UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division

Olean Wholesale Grocery Cooperative, et al.
                                                Plaintiff,

v.                                                          Case No.: 1:19−cv−08318
                                                          Honorable Virginia M. Kendall

Agri Stats, Inc., et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 26, 2020:

       MINUTE entry before the Honorable Virginia M. Kendall. Parties Agreed Motion to Reassign Case Number 20 C 2995 and consolidate case number 19 C 8318 with case number 20 C 2992 [131] is granted. The Clerk of Court is directed to reassign case number 20 C 2992 to Judge Kendall and consolidate case number 19 C 8318 with case number 20 C 2992. The Clerk shall transmit this order to the Executive Committee so it can process the reassignment.Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.