# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Olean Wholesale Grocery Cooperative, et al.

                                                Plaintiff,

v.                                                                          Case No.: 1:19–cv–08318
                                                                         Honorable Virginia M. Kendall

Agri Stats, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2020:

      MINUTE entry before the Honorable Virginia M. Kendall. Teleconference held regarding 19 C 8318 and 20 C 2295 on 10/27/2020. Defendants for both cases shall Answer or otherwise plead by 12/4/2020. Joint Status Report regarding Discovery schedule due by 12/11/2020. Teleconference Status hearing set for 12/15/2020 at 9:00 AM. Prior to the conference call, Please click on this hyper link: https://teleconference.uc.att.com/ecm/?bp=40444321 70&mac=2413900; to take you to Judge Kendall's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877)848–7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, we ask that you keep your phone on mute until your case is called. Please also remember to SAY YOUR NAME EACH AND EVERY TIME BEFORE YOU SPEAK. The Court is also asking that speaker phone not be used. Please consider the sound quality when utilizing certain devices. If Parties have issues being heard or hearing, please log off and either call in or log back in. Plaintiff's Counsel for both cases inform the Court that they do not intend to re−plead with respect to Defendants Kraft Foods Group Brands LLC and Kraft Heinz Foods Company. Defendants Kraft Foods Group Brands LLC and Kraft Heinz Foods are terminated from both cases. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.