## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| OLEAN WHOLESALE GROCERY COOPERATIVE, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AGRI STATS, INC., *et al.*, <br><br> Defendants. | Case No.: 1:19-cv-08318 <br><br> Honorable Virginia M. Kendall <br> Hon. Gabriel A. Fuentes |
| SANDEE'S CATERING, <br><br> Plaintiff, <br><br> v. <br><br> AGRI STATS, INC., *et al.*, <br><br> Defendants. | Case No.: 1:20-cv-02295 <br><br> Honorable Virginia M. Kendall <br> Hon. Gabriel A. Fuentes |

**DEFENDANTS TYSON FOODS, INC.; TYSON FRESH MEATS, INC.; TYSON PREPARED FOODS, INC. AND THE HILLSHIRE BRANDS COMPANY'S <u>MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

Pursuant to Fed. R. Civ. P. 12(c), Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., Tyson Prepared Foods, Inc., and The Hillshire Brands Company (collectively, "Tyson") respectfully submit this Motion for Judgment on the Pleadings seeking judgment in Tyson's favor on the pleadings. The reasons for the Motion are set forth in the accompanying Memorandum of Law in Support of Motion for Judgement on the Pleadings Under Federal Rule of Civil Procedure 12(c), filed contemporaneously herewith.

WHEREFORE, Tyson respectfully requests the court issues judgment in Tyson's favor on the pleadings.

Dated: February 15, 2021

Respectfully submitted,

\s\*Jordan M. Tank*
Jordan M. Tank
230 West Monroe Street
Suite 2260
Chicago, IL 60606
Telephone: 312.702.0586
jmt@lipelyons.com

Tiffany Rider Rohrbaugh
Rachel J. Adcox
Axinn, Veltrop & Harkrider LLP
950 F. Street, NW
Washington, DC 20004
Telephone: 202.912.4700
Facsimile: 202.912.4701
trider@axinn.com
radcox@axinn.com

Jarod G. Taylor (*pro hac vice* pending)
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Telephone:  860.275.8100
Facsimile:  860.275.8101
jtaylor@axinn.com

*Counsel for Tyson Foods, Inc., Tyson Fresh
Meats, Inc., Tyson Prepared Foods, Inc.,
and The Hillshire Brands Company*

2

3

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on February 15, 2021, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

By: /s/ *Jordan M. Tank*