**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| OLEAN WHOLESALE GROCERY COOPERATIVE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AGRI STATS, INC., et al.,<br><br>Defendants. | Civil No. 1:19-cv-08318<br><br>Hon. Virginia M. Kendall<br>Hon. Gabriel A. Fuentes |

**DIRECT PURCHASER PLAINTIFFS' NOTICE OF SETTLEMENT WITH TYSON DEFENDANTS**

Direct Purchaser Plaintiffs respectfully notify the Court that they have reached an agreement with Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., Tyson Prepared Foods, Inc. and the Hillshire Brands Company and all of their predecessors, successors, assigns, and affiliates (collectively referred to as "Tyson") to settle all claims against Tyson. The parties are working to finalize and document all the terms of that agreement, which is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the parties' agreement, Plaintiffs will move for preliminary – and, ultimately, final – approval of a proposed settlement in the near future.

558849.1

Dated: May 3, 2021

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

s/ Steve W. Berman
STEVE W. BERMAN
455 North Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
steve@hbsslaw.com

Shana E. Scarlett
Rio S. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

s/ Brian D. Clark
W. Joseph Bruckner
Brian D. Clark
Maureen Kane Berg
Simeon A. Morbey
Steven E. Serdikoff
Leona B. Ajavon
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
mkberg@locklaw.com
samorbey@locklaw.com
seserdikoff@locklaw.com
lbajavon@locklaw.com

*Counsel for Plaintiffs and the
Proposed Direct Purchaser Plaintiff Class*

558849.1