# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OLEAN WHOLESALE GROCERY COOPERATIVE, INC., et al., | Civil Action No. 19-cv-08318 |
| Plaintiffs, | |
| v. | Hon. Virginia M. Kendall |
| AGRI STATS, INC., et al., | |
| Defendants. | |

## MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT BETWEEN DIRECT PURCHASER PLAINTIFFS AND DEFENDANT TYSON

PLEASE TAKE NOTE that on the date and time to be determined by the Court, if the Court determines that a hearing is necessary, the Direct Purchaser Plaintiffs ("DPPs") will appear (or will appear by remote means) before the Honorable Virginia M. Kendall in her courtroom at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL and will then and there present their Motion for Preliminary Approval of the Settlement Agreement between DPPs and Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., Tyson Prepared Foods, Inc., and the Hillshire Brands Company (collectively "Tyson"). This motion is based on this notice of motion and motion, the Federal Rules of Civil Procedure, the concurrently filed Memorandum of Law and supporting declarations and exhibits, and all other evidence and arguments presented in the briefings and at the hearing of this motion.

559548.1

Dated: May 21, 2021

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

s/ Steve W. Berman
STEVE W. BERMAN
455 North Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
steve@hbsslaw.com

Shana E. Scarlett
Rio S. Pierce
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

s/ Brian D. Clark
W. Joseph Bruckner
Brian D. Clark
Maureen Kane Berg
Simeon A. Morbey
Steven E. Serdikoff
Leona B. Ajavon
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
mkberg@locklaw.com
samorbey@locklaw.com
seserdikoff@locklaw.com
lbajavon@locklaw.com

*Counsel for Plaintiffs and the
Proposed Direct Purchaser Plaintiff Class*

559548.1