## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OLEAN WHOLESALE GROCERY COOPERATIVE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AGRI STATS, INC., et al.,<br><br>Defendants. | No. 19-cv-08318<br><br>Hon. Virginia M. Kendall<br>Hon. Gabriel A. Fuentes |
| SANDEE'S BAKERY d/b/a SANDEE'S CATERING BAKERY & DELI AND GNEMI, LLC d/b/a LOGAN FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>AGRI STATS, INC., et al.,<br><br>Defendants. | No. 20-cv-02295<br><br>Hon. Virginia M. Kendall<br>Hon. Gabriel A. Fuentes |
| WINN-DIXIE STORES, INC., AND BI-LO HOLDING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AGRI STATS, INC., ET AL.,<br><br>Defendants. | No. 1:21-cv-4131 |

## ORDER REGARDING STIPULATION OF REASSIGNMENT, CONSOLIDATION, AND COORDINATION OF DIRECT ACTION PLAINTIFF COMPLAINT

Direct Action Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC ("DAPs") and defendants Agri Stats, Inc., Butterball LLC, Cargill Incorporated, Cargill Meat Solutions Corporation, Cooper Farms, Inc., Farbest Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, The Hillshire Brands Company, Hormel Foods Corporation, Hormel Foods, LLC, House of Raeford Farms, Inc., Perdue Farms, Inc., Perdue Foods LLC, Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods, Inc. (together "Defendants"), hereby stipulate to the following:

1.      Pursuant to Local Rule 40.4, *Winn-Dixie Stores, Inc., et al. v. Agri Stats, Inc., et al.*, Case No. 1:21-cv-4131, shall be reassigned to the Honorable Virginia Kendall and Magistrate Judge Gabriel A. Fuentes for coordination with *Olean Wholesale Grocery Cooperative, Inc., et al. v. Agri Stats, Inc.* Case No. 1:19-cv-08318 ("*Olean*") and *Sandee's Bakery d/b/a Sandee's Catering Bakery & Deli, et al.*, Case No. 20-cv-02295 ("*Sandee's*").

2.      Defendants agree to accept service of DAPs' Complaint, filed August 3, 2021 ("Complaint"), with which they have not been formally served, and any future amended complaints, by electronic mail on the respective undersigned counsel for each Defendant.

3.      The Protective Order entered in the *Olean* and *Sandee's* actions (ECF 201-*Olean*) and (ECF 115—*Sandee's*) is hereby amended to be applicable to the instant action and DAPs hereafter shall be a "plaintiff", "named plaintiff", a "party", and one of the "parties" for all purposes in that order.

4.      The DAPs agree to bound by the Court's Order Regarding Production of Electronically Stored Information and Paper Documents (ECF 202—*Olean*; ECF 116—*Sandee's*).

5.      Except as modified by this stipulation, DAPs agree to abide by the Scheduling and Discovery Order in the *Olean* and *Sandee's* actions (ECF 210—*Olean*) and (ECF 123— *Sandee's*)

and shall be deemed a "Plaintiff" / "Named Plaintiff" for all purposes therein. DAPs shall coordinate all future discovery and related activities with the putative class plaintiffs in *Olean* and *Sandee's* so as to avoid unnecessary duplication and/or delay.

6.　　Defendants shall not be required to answer, move, or otherwise plead in response to the Complaint and Defendants' answers filed in *Olean* and *Sandee's* shall be deemed filed in the *Winn-Dixie* action. All allegations contained in DAPs' Complaint that are not specifically answered in Defendants' answers filed in *Olean* and *Sandee's* shall be deemed denied by all Defendants.

7.　　The briefing of the following pending motions filed in *Olean* and *Sandee's* shall be deemed to have been filed in the *Winn-Dixie* action and no further briefing shall be submitted by the parties on any of the motions:

　　a.　Defendants' Motion for Protective Order Barring Discovery Beyond Scope of Claim (ECF 205—*Olean* and ECF 118—*Sandee's*); Plaintiffs' Response (ECF 209—*Olean* and ECF 122—*Sandee's*); and Defendants' Reply (ECF 214—*Olean* and ECF 129—*Sandee's*).

　　b.　Defendants' Motion to Compel Sales and Pricing Custodians (ECF 242—*Olean* and ECF 163—*Sandee's*); Plaintiffs' Response (ECF 249—*Olean* and ECF 172—*Sandee's*); Defendants' Reply (ECF 252—*Olean* and ECF 176—*Sandee's*).

　　c.　Plaintiffs' Motion to Quash Subpoenas and Defendants' Cross Motion to Compel Pre-Investigative Materials.

　　　　i.　Motions to Quash: *Olean Wholesale Grocery Coop., Inc. v. Agri Stats, Inc.*, 2:21-mc-00066-RSL (W.D. Wash. June 21, 2021), ECF 1; *Olean Wholesale Grocery Coop., Inc. v. Agri Stats, Inc.*, 2:21-mc-00066-RSL (W.D. Wash.

June 30, 2021 ), ECF 9; *Olean Wholesale Grocery Coop., Inc. v. Agri Stats, Inc.*, 2:21-mc-00191-JCN (D. Me. July 12, 2021), ECF 9.

ii. Motion to Compel (ECF 275—*Olean*); Plaintiffs' Response and Reply In Support of Motion to Quash (ECF 282—*Olean*); Defendants' Reply In Support of Motion to Compel (ECF 284—*Olean*)

8.     DAPs shall serve Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and applicable organizational charts on or before September 30, 2021.

9.     The following discovery shall be deemed served on DAPs as of the date of this Stipulation and DAPs shall serve their responses and objections to such discovery within thirty (30) days of the date of service:

a.   All Defendants' First Set of Interrogatories to All Plaintiffs (January 29, 2021);

b.   Defendants' First Requests for Production to Plaintiffs (January 29, 2021);

c.   All Defendants Second Set of Interrogatories to All Plaintiffs (August 6, 2021);

d.   Defendants' First Requests for Admissions to Plaintiffs (August 6, 2021).

10.     No later than September 1, 2021, each Defendant shall serve DAPs with copies of all written discovery responses and document productions served by each such Defendant in the *Olean* and *Sandee's* actions.

11.     DAPs' production of structured data in response to Defendants' discovery requests shall be substantially complete by October 29, 2021.

12.     DAPs' production of documents (non-structured) in response to Defendants' discovery requests shall be substantially complete by December 30, 2021.

* * *

13.     DAPs and the Defendants stipulate and agree that the entry into this stipulation by the Defendants shall not constitute a waiver of (a) any jurisdictional defenses that may be available to any Defendant, (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure or otherwise, or (c) any other statutory or common law defenses that may be available to the Defendants in this or any other action.  Further, the parties stipulate and agree that entry into this stipulation does not constitute an admission of any kind by any party hereto including as to the merits or DAPs allegations and Defendants' defenses thereto.

**IT IS SO STIPULATED.**

Dated:  August 25, 2021

/s/ Patrick J. Ahern
Patrick J. Ahern
Theodore B. Bell
AHERN AND ASSOCIATES, P.C.
8 South Michigan Avenue, Suite 3600
Chicago, IL 60603
(312) 404-3760
Patrick.ahern@ahernandassociatespc.com
Theo.bell@ahernandassociatespc.com

*Counsel for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC*

/s/ Michael L. McCluggage
Michael L. McCluggage
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Ave, Suite 1100
Chicago, IL 60604
(312) 660-7600
Mmcluggage@eimerstahl.com
Dbirk@eimerstahl.com

Joshua Goldberg
CARPENTER, LIPPS & LELAND LLP
180 North LaSalle Street, Suite 2105
Chicago, IL 60601

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
Robert E. Entwisle
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com
rentwisle@mayerbrown.com

Sybil L. Dunlop
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
sdunlop@greeneespel.com

*Counsel for Cargill, Incorporated and Cargill Meat Solutions Corporation*

/s/ Marc E. Rosenthal
Marc E. Rosenthal
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602
(312) 962-3530

5

(312) 777-4825
Goldberg@carpenterlipps.com

Jennifer A.L. Battle
David J. Barthel
Theodore M. Munsell
Jill Rogers Spiker
Joel E. Sechler
CARPENTER, LIPPS & LELAND LLP
280 North High Street
Suite 1300
Columbus, OH 43215
(614) 365-4100
Battle@carpenterlipps.com
Barthel@carpenterlipps.com
Munsell@carpenterlipps.com
Spiker@carpenterlipps.com
Sechler@carpenterlipps.com

*Counsel for Cooper Farms, Inc.*

*/s/ Jordan Matthew Tank*
Jordan Matthew Tank
Sahrish Moyeed
LIPE LYONS MURPHY NAHRSTADT
   & PONTIKIS
230 West Monroe Street, Suite 2260
Chicago, IL 60606
312-702-0586
Jmt@lipelyons.com
Sm@lipelyons.com

Tiffany Rider Rohrbaugh
Kenina Lee
Lindsey Strang
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 469-3550
trider@axinn.com
klee@axinn.com
lstrang@axinn.com

*Counsel for The Hillshire Brands Company, Tyson Foods, Inc., Tyson Fresh Meats, Inc., Tyson Prepared Foods, Inc.*

Mrosenthal@proskauer.com

Christopher E. Ondeck
Colin R. Kass
Stephen R. Chuk
Rucha A. Desai
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
(202) 416-6800
Condeck@proskauer.com
CKass@proskauer.com
SChuk@proskauer.com
RDesai@proskauer.com

*Counsel for Butterball LLC*

*/s/ Michael K. Sciaccotta*
Michael K. Sciaccotta
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
michael.sciaccotta@dentons.com

Gaspare J. Bono
Leslie A. Barry
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500
gap.bono@dentons.com
leslie.barry@dentons.com

*Counsel for Farbest Foods, Inc.*

*/s/ Carmine R. Zarlenga*
Carmine R. Zarlenga
William Stallings
Stephen M. Medlock
Oral Pottinger
MAYER BROWN LLP
1999 K Street NW
Washington DC 20009
(202) 263-3000
czarlenga@mayerbrown.com

6

/s/ Gregory G. Wrobel
Gregory G. Wrobel, Bar No. 03122900
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500
gwrobel@vedderprice.com

Henry W. Jones, Jr. (pro hac vice)
JORDAN PRICE WALL GRAY JONES
& Carlton, PLLC
1951 Clark Avenue
Raleigh, North Carolina 27605
(919) 828-2501
hjones@jordanprice.com

Counsel for House of Raeford Farms, Inc.

/s/ Jacob D. Koering
Jacob D. Koering
MILLER, CANFIELD, PADDOCK &
   STONE, PLC
225 West Washington Avenue, Suite 2600
Chicago, IL 60606
(312) 460-4272
koering@millercanfield.com

William L. Monts III
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

Counsel for Agri Stats, Inc.

wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

Counsel for Foster Farms, LLC, Foster
Poultry Farms

/s/ Kirsten B. Ives
Kirstin B. Ives
FALKENBERG IVES LLP
230 West Monroe Street, Suite 2220
Chicago, IL 60606
(312) 566-4803
kbi@falkenbergives.com

J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley
Andrew T. Hernacki
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20004
(202) 344-4000
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

Counsel for Perdue Foods LLC and Perdue
Farms, Inc.

/s/ Colby Anne Kingsbury
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE
   & REATH LLP
311 South Wacker Drive, #4300
Chicago, IL 60606
(312) 212-6500
Colby.Kingsbury@Faegredrinker.com

Richard A. Duncan
Craig S. Coleman
Emily E. Chow
Isaac B. Hall
FAEGRE DRINKER BIDDLE
   & REATH LLP
90 S. Seventh Street, Ste. 2200

7

Minneapolis, MN 55402
(612) 766-7000
Richard.Duncan@Faegredrinker.com
Craig.Coleman@Faegredrinker.com
Emily.Chow@Faegredrinker.com
Isaac.Hall@Faegredrinker.com

Christopher A. Kreuder
FAEGRE DRINKER BIDDLE
   & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA  50309
(515) 248-9000
Christopher.Kreuder@Faegredrinker.com

*Counsel for Hormel Foods Corporation and
Hormel Foods, LLC*

SO ORDERED:

Honorable Virginia M. Kendall
U.S. District Court, N.D. Illinois

8