**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OLEAN WHOLESALE GROCERY COOPERATIVE, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> AGRISTATS, INC., et al., <br><br> Defendants | Case No. 1:19-cv-08318 <br><br> Hon. Virginia M. Kendall <br><br> Hon. Gabriel A. Fuentes |

**STIPULATION OF VOLUNTARY DISMISSAL OF
DIRECT PURCHASER CLAIMS OF PLAINTIFF OLEAN WHOLESALE
GROCERY COOPERATIVE, INC.
WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS STIPULATED AND AGREED by Plaintiff Olean Wholesale Grocery Cooperative, Inc. ("Olean") and all Defendants in the above-referenced and numbered case that, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii):

1. Plaintiff Olean's direct purchaser claims and causes of action against all Defendants in this action hereby are voluntarily dismissed, with prejudice as to re-filing such claims and causes of action against Defendants in the future (whether as a representative of a class or as a direct action), as well as with prejudice as to Olean's filing in the future any claims or causes of action against Defendants that arise, directly or indirectly, out of the same set of operative facts as those alleged in captioned litigation; and

2. All Parties to this stipulation will bear their own attorneys' fees, litigation expenses, and court costs.

**IT IS SO STIPULATED.**

Dated: October 11, 2021

/s/Brian D. Clark
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Maureen Kane Berg (MN #033344X)
Simeon A. Morbey (MN #0391338)
Steve E. Serdikoff (PA #86773)
Leona B. Ajavon (MN #0401687)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Telephone: (612) 339-6900
wjbruckner@locklaw.com
bdclark@locklaw.com
mkberg@locklaw.com
samorbey@locklaw.com
seserdikoff@locklaw.com
lbajavon@locklaw.com

/s/ Colin R. Kass
Marc E. Rosenthal
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3530
Mrosenthal@proskauer.com

Christopher E. Ondeck
Colin R. Kass
Stephen R. Chuk
Rucha A. Desai
Erica T. Jones
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Telephone: (202) 416-6800
Condeck@proskauer.com
CKass@proskauer.com
SChuk@proskauer.com
RDesai@proskauer.com
EJones@proskauer.com

*Counsel for Butterball LLC*

Respectfully submitted,

/s/ Shana E. Scarlett
Shana E. Scarlett
Rio S. Pierce
HAGENS BERMAN SOBOLSHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
steve@hbsslaw.com

*Counsel for Plaintiffs Olean Wholesale Grocery Cooperative, Inc., John Gross and Company, Inc., and Maplevale Farms, Inc., and the Proposed Direct Purchaser Plaintiff Class*

/s/ Britt M. Miller
Britt M. Miller
Robert E. Entwisle
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

Sybil Dunlop
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-8346
sdunlop@greeneespel.com

*Counsel for Cargill, Incorporated and Cargill Meat Solutions Corporation*

3

| | |
|---|---|
| */s/ Michael L. McCluggage* <br> Michael L. McCluggage <br> Daniel D. Birk <br> EIMER STAHL LLP <br> 224 South Michigan Ave, Suite 1100 <br> Chicago, IL 60604 <br> Telephone: (312) 660-7600 <br> Mmcluggage@eimerstahl.com <br> Dbirk@eimerstahl.com <br><br> Joshua Goldberg <br> CARPENTER, LIPPS & LELAND LLP <br> 180 North LaSalle Street, Suite 2105 <br> Chicago, IL 60601 <br> Telephone: (312) 777-4825 <br> Goldberg@carpenterlipps.com <br><br> Jennifer A.L. Battle <br> David J. Barthel <br> Theodore M. Munsell <br> Jill Rogers Spiker <br> Joel E. Sechler <br> CARPENTER, LIPPS & LELAND LLP <br> 280 North High Street <br> Suite 1300 <br> Columbus, OH 43215 <br> Telephone : (614) 365-4100 <br> Battle@carpenterlipps.com <br> Barthel@carpenterlipps.com <br> Munsell@carpenterlipps.com <br> Spiker@carpenterlipps.com <br> Sechler@carpenterlipps.com <br><br> ***Counsel for Cooper Farms, Inc.*** | */s/ Michael K. Sciaccotta* <br> Michael K. Sciaccotta <br> DENTONS US LLP <br> 233 S. Wacker Drive, Suite 5900 <br> Chicago, IL 60606 <br> Telephone: (312) 876-8000 <br> michael.sciaccotta@dentons.com <br><br> Gaspare J. Bono <br> Leslie A. Barry <br> DENTONS US LLP <br> 1900 K Street NW <br> Washington, DC 20006 <br> Telephone: (202) 496-7500 <br> gap.bono@dentons.com <br> leslie.barry@dentons.com <br><br> ***Counsel for Farbest Foods, Inc.*** <br><br><br> */s/ Carmine R. Zarlenga* <br> Carmine R. Zarlenga <br> William Stallings <br> Stephen M. Medlock <br> Oral Pottinger <br> MAYER BROWN LLP <br> 1999 K Street NW <br> Washington DC 20009 <br> Telephone: (202) 263-3000 <br> czarlenga@mayerbrown.com <br> wstallings@mayerbrown.com <br> smedlock@mayerbrown.com <br> opottinger@mayerbrown.com <br><br> ***Counsel for Foster Farms, LLC, Foster Poultry Farms*** |

/s/ Colby Anne Kingsbury
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE
& REATH LLP
311 South Wacker Drive, #4300
Chicago, IL 60606
Telephone: (312) 212-6500
Colby.Kingsbury@Faegredrinker.com

Richard A. Duncan
Craig S. Coleman
Emily E. Chow
Isaac B. Hall
FAEGRE DRINKER BIDDLE
& REATH LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
Telephone: (612) 766-7000
Richard.Duncan@Faegredrinker.com
Craig.Coleman@Faegredrinker.com
Emily.Chow@Faegredrinker.com
Isaac.Hall@Faegredrinker.com

Christopher A. Kreuder
FAEGRE DRINKER BIDDLE
& REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone : (515) 248-9000
Christopher.Kreuder@Faegredrinker.com

***Counsel for Hormel Foods Corporation and Hormel Foods, LLC***

/s/ Gregory G. Wrobel
Gregory G. Wrobel, (#03122900)
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7500
gwrobel@vedderprice.com

Henry W. Jones, Jr. (*pro hac vice*)
JORDAN PRICE WALL GRAY
JONES & CARLTON, PLLC
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
hjones@jordanprice.com

***Counsel for House of Raeford Farms, Inc***

/s/ Kirstin B. Ives
Kirstin B. Ives
FALKENBERG IVES LLP
230 West Monroe Street, Suite 2220
Chicago, IL 60606
Telephone: (312) 566-4803
kbi@falkenbergives.com

J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley
Andrew T. Hernacki
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20004
Telephone: (202) 344-4000
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

***Counsel for Perdue Foods LLC and Perdue Farms, Inc.***

5

/s/ Jacob D. Koering
Jacob D. Koering
MILLER, CANFIELD, PADDOCK &
STONE, PLC
225 West Washington Avenue, Suite 2600
Chicago, IL 60606
Telephone: (312) 460-4272
koering@millercanfield.com

William L. Monts III (*pro hac vice pending*)
Justin W. Bernick (*pro hac vice pending*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 11, 2021, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

By    /s/ Simeon A. Morbey
        Simeon A. Morbey