# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* <br><br> This Document Relates To: Direct Purchaser Plaintiffs' Actions | Civil Action No. 19-cv-08318 <br><br> Hon. Virginia M. Kendall <br> Hon. Gabriel A. Fuentes |

## DIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF COSTS AND ONGOING LITIGATION EXPENSES FROM THE TYSON SETTLEMENT FUND

PLEASE TAKE NOTE that on January 6, 2022 at 9:00 a.m., the Direct Purchaser Plaintiffs ("DPPs") will appear (or will appear by remote means) before the Honorable Virginia M. Kendall in her courtroom at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL and will then and there present their **Motion for an Award of Costs and Ongoing Litigation Expenses from the Tyson Settlement Fund**. This motion is based on this notice of motion and motion, the Federal Rules of Civil Procedure, the concurrently filed Memorandum of Law and supporting declarations and exhibits, and all other evidence and arguments presented in the briefings and at the hearing of this motion.

563551.1

Dated: November 8, 2021 Respectfully submitted,

<div style="display: flex;">

<div>

*s/ Brian D. Clark*
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Maureen Kane Berg (MN #033344X)
Simeon A. Morbey (MN #0391338)
Steve E. Serdikoff (PA #86773)
Leona B. Ajavon (MN #0401687)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
mkberg@locklaw.com
samorbey@locklaw.com
seserdikoff@locklaw.com
lbajavon@locklaw.com

</div>

<div>

*s/ Shana E. Scarlett*
Shana E. Scarlett
Rio S. Pierce
Abigail "Abby" R. Wolf
HAGENS BERMAN SOBOLSHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com
abbyw@hbsslaw.com

Steve Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
steve@hbsslaw.com

***Interim Co-Lead Counsel for the Direct Purchaser Plaintiff Class***

</div>

</div>

563551.1

2