**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* | Civil Action No. 19-cv-08318 |
| This Document Relates To: | Hon. Virginia M. Kendall |
| Direct Purchaser Plaintiffs' Actions | Hon. Gabriel A. Fuentes |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THEIR SETTLEMENT WITH DEFENDANTS TYSON FOODS, INC., TYSON FRESH MEATS, INC., TYSON PREPARED FOODS, INC., AND THE HILLSHIRE BRANDS COMPANY**

PLEASE TAKE NOTE that January 6, 2022 at 9:00 a.m., the Direct Purchaser Plaintiffs ("DPPs") will appear (or will appear by remote means) before the Honorable Virginia M. Kendall in her courtroom at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL and will then and there present their **Motion for Final Approval of Their Settlement with Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., Tyson Prepared Foods, Inc., and the Hillshire Brands Company (collectively, "Tyson")**. This motion is based on this notice of motion and motion, the Federal Rules of Civil Procedure, the concurrently filed Memorandum of Law and supporting declarations and exhibits, and all other evidence and arguments presented in the briefings and at the hearing of this motion.

564331.1

Dated: December 23, 2021  Respectfully submitted,

| | |
|---|---|
| *s/ Brian D. Clark* | *s/ Shana E. Scarlett* |
| W. Joseph Bruckner (MN #147758) | Shana E. Scarlett |
| Brian D. Clark (MN #0390069) | Rio S. Pierce |
| Maureen Kane Berg (MN #033344X) | Abby R. Wolf |
| Simeon A. Morbey (MN #0391338) | HAGENS BERMAN SOBOLSHAPIRO LLP |
| Steve E. Serdikoff (PA #86773) | 715 Hearst Avenue, Suite 202 |
| Leona B. Ajavon (MN #0401687) | Berkeley, California 94710 |
| LOCKRIDGE GRINDAL NAUEN P.L.L.P. | Telephone: (510) 725-3000 |
| 100 Washington Avenue South, Suite 2200 | Facsimile: (510) 725-3001 |
| Minneapolis, Minnesota 55401 | shanas@hbsslaw.com |
| Telephone: (612) 339-6900 | riop@hbsslaw.com |
| Facsimile: (612) 339-0981 | abbyw@hbsslaw.com |
| wjbruckner@locklaw.com | |
| bdclark@locklaw.com | Steve Berman |
| mkberg@locklaw.com | HAGENS BERMAN SOBOL SHAPIRO LLP |
| samorbey@locklaw.com | 455 North Cityfront Plaza Drive, Suite 2410 |
| seserdikoff@locklaw.com | Chicago, Illinois 60611 |
| lbajavon@locklaw.com | Telephone: (708) 628-4949 |
| | Facsimile: (708) 628-4950 |
| | steve@hbsslaw.com |

***Interim Co-Lead Counsel for the Direct Purchaser Plaintiff Class***