UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLEAN WHOLESALE GROCERY COOPERATIVE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AGRI STATS, INC., et al.,<br><br>Defendants. | Civil No. 1:19-cv-08318<br><br>Hon. Virginia M. Kendall<br>Hon. Gabriel A. Fuentes |

**DECLARATION OF ERIC SCHACHTER IN SUPPORT OF MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT BETWEEN DIRECT PURCHASER PLAINTIFFS AND THE TYSON DEFENDANTS**

I, Eric Schachter, declare as follows:

1. I am a Vice President of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"). Pursuant to the Court's May 25, 2021, Order Preliminarily Approving Settlement with Tyson, Certifying the Proposed Settlement Class, Approving Notification to the Settlement Class, and Related Relief (ECF No. 265, the "Preliminary Approval Order"), A.B. Data was authorized to act as the Settlement Administrator in connection with the Settlement in the above-captioned action (the "Action"). I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. This Declaration describes the implementation of the notice plan, as proposed in my Declaration of Eric Schachter in Support of Motion for Preliminary Approval of the Class Action Settlement Between Direct Purchaser Plaintiffs and Tyson (ECF No. 264, the "Initial Declaration") and amended in my Supplemental Declaration of Eric Schachter Regarding Updated Notice Plan (ECF No. 295, the "Supplemental Declaration").

## CLASS MEMBER DATA

3. Pursuant to Paragraph 10 of the Preliminary Approval Order, each Defendant was directed to provide a list of potential Settlement Class members and their contact information to A.B. Data. Beginning on June 16, 2021, A.B. Data received 13 data files from various Defendants with the names and contact information of 21,091 potential Settlement Class members. A.B. Data electronically processed, consolidated, and deduplicated the data, which ultimately identified 2,776 unique potential Settlement Class member records to use for direct notice.

## **NOTICE**

4. Prior to commencing direct notice, A.B. Data standardized and updated, where applicable, the potential Settlement Class member mailing addresses using data from the United States Postal Service ("USPS") National Change of Address Database. As a result of this work, beginning on September 23, 2021, A.B. Data caused the Court-approved Long-Form Notice to be sent by USPS First-Class Mail to the 2,776 potential Settlement Class member mailing addresses.

5. As of the date of this Declaration, A.B. Data has tracked 456 Long-Form Notices to be undeliverable as addressed. Of these, 264 Long-Form Notices have been remailed to updated addresses obtained through either the USPS, an authorized representative of the intended recipient, or third-party information services to which we subscribe.

6. On September 23, 2021, A.B. Data caused the Email Notice to be sent by email to 825 email addresses contained within the potential Settlement Class member data files provided by Defendants. To maximize deliverability, A.B. Data used certain best practices, such as avoiding attachments and certain key words likely to trigger SPAM and junk filters and sending the emails in batches over a period of days. Of the 825 emails sent, 787 were successfully delivered.

7. To supplement the direct notice efforts, A.B. Data caused the Publication Notice, attached as Exhibit A, to be published October 1, 2021 in the October edition of *Supermarket News* and October 15, 2021 in the October edition of *Nation's Restaurant News*, trade journals targeting supply chain executives and food industry professionals. A.B. Data also effectuated a thirty-day digital media banner ad campaign on www.supermarketnews.com, running from

September 27, 2022 through October 26, 2022 and on www.nrn.com, running from October 11, 2022 through November 9, 2022 , attached as Exhibit B.

8. The Long Form Notice, Email Notice and Summary Notice were written in plain language that clearly and concisely described, among other things: the definition of the Settlement Class; the binding effects of remaining part of the Settlement Class; the Settlement benefits; Co-Lead Counsel's contact information; and the costs and fees that Co-Lead Counsel would seek to be paid from the Settlement fund.

## SETTLEMENT WEBSITE

9. On September 23, 2021, A.B. Data established a case-specific Settlement website, www.TurkeyLitigation.com. The website provides general information in English and Spanish regarding the case and its current status, as well as downloadable copies of the notice documents, the Settlement Agreement, the Preliminary Approval Order, and the operative Complaint. The website is accessible 24 hours a day, 7 days a week. As of the date of this Declaration, the website has received 15,532 page views.

## TELEPHONE HELPLINE

10. On September 23, 2021, A.B. Data established a case-specific toll-free phone number, 877-777-9637, with an Interactive Voice Response system and live operators in both English and Spanish. An automated attendant answers all calls initially and presents callers with a series of choices to respond to basic questions. If callers need further help, they have the option to be transferred to an operator during business hours. As of the date of this Declaration, the toll-free number has received 77 calls.

## EXCLUSIONS AND OBJECTIONS

11. The Long-Form Notice informed potential Settlement Class members that requests for exclusion were to be submitted to A.B. Data by mail or email such that they were postmarked or submitted by November 22, 2021. As of the date of this Declaration, A.B. Data has received 19 requests for exclusion, many of which included various affiliated entities and partial assignments. In consultation with Co-Lead Counsel, A.B. Data reached out to many of the entities requesting exclusion to confirm and clarify their intent related to subsidiaries and assignments. Of the 19 requests for exclusion, all 19 requests were received on or before the November 22, 2021, deadline and met all requirements set forth in the Long Form notice. The current working list of all entities (inclusive of affiliated entities) that requested exclusion is attached as **Exhibit C**.

12. Of the 19 requests for exclusion, 4 requestors included documentation showing claims partially assigned to them by other potential Settlement Class members. The current working list of the requests with partial assignments is attached as **Exhibit D**.

13. The Long-Form Notice informed potential Settlement Class members seeking to object to part or all of the proposed Settlement that they could do so by submitting a written request that is received by the Parties and filed with the Court no later than November 22, 2021. As of the date of this Declaration, A.B. Data has not received and is not aware of any objections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of December 2021.

_____

Eric Schachter

5