# EXHIBIT C

*Olean Wholesale Grocery Cooperative, Inc., et al., v. Agri Stats, Inc., et al., N.D. Ill. Case No. 1:19-cv-08318*

**Exclusion Report- Tyson**

| | Name 1 | Postmark Date | Assigned Claims | Notes |
|---|---|---|---|---|
| 1 | Sysco Corporation | 10/21/2021 | N | Includes subsidiaries, affiliates, and assignors - not specifically named |
| 1-1 | A.M. Briggs, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-2 | Baugh South Cooperative, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-3 | Baugh Supply Chain Cooperative, Inc. (AKA BSSC, Inc.) | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-4 | Baugh Supply Chain, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-5 | Buckhead Meat & Seafood of Houston, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-6 | Buckhead Meat Company | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-7 | Buckhead Meat Florida, a division of Buckhead Meat Company | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-8 | Buckhead Meat Midwest, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-9 | Buckhead Meat New Jersey, a division of Buckhead Meat Company | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-10 | Buckhead Meat North Carolina, a division of Buckhead Meat Company | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-11 | Buckhead Meat of Dallas, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-12 | Buckhead Meat of Denver, Inc. Delaware | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-13 | Buckhead Meat of San Antonio, LP | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-14 | Buckhead Meat Rhode Island, a division of Buckhead Meat Company | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-15 | Buzztable, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-16 | Cake Corporation | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-17 | Doerle Food Service, a division of Sysco USA II, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-18 | Dust Bowl City, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-19 | EMPYR Incorporated | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-20 | Enclave Insurance Company | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-21 | Enclave Parkway Association, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-22 | Enclave Properties, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-23 | European Imports, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-24 | Freedman Meats, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-25 | Freedman-KB, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-26 | FreshPoint Arizona, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-27 | FreshPoint Atlanta, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-28 | FreshPoint California, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-29 | FreshPoint Central California, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-30 | FreshPoint Central Florida, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-31 | FreshPoint Connecticut, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-32 | FreshPoint Dallas, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-33 | FreshPoint Denver, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-34 | FreshPoint Las Vegas, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-35 | FreshPoint North Carolina, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-36 | FreshPoint North Florida, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-37 | FreshPoint Oklahoma City, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-38 | FreshPoint Pompano Real Estate, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-39 | FreshPoint San Francisco, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-40 | FreshPoint South Florida, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-41 | FreshPoint South Texas, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-42 | FreshPoint Southern California, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-43 | FreshPoint Tomato, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-44 | FreshPoint, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-45 | G&S Real Estate, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-46 | Gilchrist & Soames Holdings Corporation | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-47 | Gilchrist & Soams, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-48 | Guest Packaging, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-49 | Iowa Premium, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-50 | Metropolitan Poultry, a division of A.M. Briggs | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-51 | Newport Meat Northern California, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-52 | Newport Meat of Nevada, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-53 | Newport Meat Pacific Northwest, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-54 | Newport Meat Southern California, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-55 | North Star Holding Corporation | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-56 | North Star Seafood Acquisition Corporation | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-57 | North Star Seafood, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-58 | Palisades Ranch, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-59 | Restaurant Of Tomorrow, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-60 | SMS Lux Holdings LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-61 | SOTF, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-62 | Specialty Meat Holdings, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-63 | Sysco Albany, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-64 | Sysco Arizona Leasing, a division. of Sysco Leasing, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-65 | Sysco Arizona, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-66 | Sysco Arkansas, a division of Sysco USA II, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-67 | Sysco Asian Foods, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-68 | Sysco Atlanta, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-69 | Sysco Baltimore, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-70 | Sysco Baraboo, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-71 | Sysco Boston, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-72 | Sysco Central Alabama, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-73 | Sysco Central California, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-74 | Sysco Central Florida, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-75 | Sysco Central Illinois, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-76 | Sysco Central Pennsylvania, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-77 | Sysco Central Texas, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-78 | Sysco Charlotte, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-79 | Sysco Chicago, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-80 | Sysco Cincinnati, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-81 | Sysco Cleveland, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-82 | Sysco Columbia, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |

*Olean Wholesale Grocery Cooperative, Inc., et al., v. Agri Stats, Inc., et al., N.D. Ill. Case No. 1:19-cv-08318*

**Exclusion Report- Tyson**

| Name 1 | Postmark Date | Assigned Claims | Notes |
|---|---|---|---|
| 1-83 Sysco Connnecticut, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-84 Sysco Cooperative Services, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-85 Sysco Corporation | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-86 Sysco Corporation Good Government Committee, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-87 Sysco Denver, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-88 Sysco Detroit, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-89 Sysco Disaster Relief Foundation, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-90 Sysco East Texas, a division of USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-91 Sysco Eastern Maryland, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-92 Sysco Eastern Wisconsin, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-93 Sysco Foundation, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-94 Sysco George Town II, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-95 Sysco Global Resources, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-96 Sysco Global Services, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-97 Sysco Grand Rapids, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-98 Sysco Guest Supply, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-99 Sysco Gulf Coast, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-100 Sysco Hampton Roads, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-101 Sysco Hawaii, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-102 Sysco Holdings, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-103 Sysco Houston, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-104 Sysco Idaho, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-105 Sysco Indianapolis, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-106 Sysco Intermountain, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-107 Sysco International Food Group, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-108 Sysco Iowa, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-109 Sysco Jackson, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-110 Sysco Jacksonville, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-111 Sysco Kansas City, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-112 Sysco Knoxville, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-113 Sysco Las Vegas, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-114 Sysco Leasing, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-115 Sysco Lincoln Transportation Company, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-116 Sysco Lincoln, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-117 Sysco Long Island, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-118 Sysco Los Angeles, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-119 Sysco Louisville, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-120 Sysco Memphis, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-121 Sysco Merchandising and Supply Chain Services, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-122 Sysco Metro New York, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-123 Sysco Minnesota, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-124 Sysco Montana, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-125 Sysco Nashville, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-126 Sysco Netherlands Partners, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-127 Sysco New Mexico, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-128 Sysco New Orleans, a division of Sysco USA II, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-129 Sysco North Central Florida, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-130 Sysco North Dakota, Inc. Delaware | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-131 Sysco North Texas, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-132 Sysco Northern New England, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-133 Sysco Oklahoma, a division of Sysco USA II, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-134 Sysco Philadelphia, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-135 Sysco Pittsburgh, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-136 Sysco Portland, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-137 Sysco Raleigh, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-138 Sysco Resources Services, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-139 Sysco Riverside, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-140 Sysco Sacramento, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-141 Sysco San Diego, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-142 Sysco San Francisco, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-143 Sysco Seattle, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-144 Sysco South Florida, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-145 Sysco Southeast Florida, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-146 Sysco Spokane, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-147 Sysco St. Louis, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-148 Sysco Syracuse, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-149 Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-150 Sysco USA II, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-151 Sysco USA III, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-152 Sysco Ventura, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-153 Sysco Ventures, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-154 Sysco Virginia, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-155 Sysco West Coast Florida, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-156 Sysco West Texas, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-157 Sysco Western Minnesota, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-158 The SYGMA Network, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-159 Tri-City Meats, a division of Sysco Idaho | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-160 Walker Foods, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 2 Henry W. Stapf, Inc. | 11/16/2021 | N | |
| 3 Cheney Bros., Inc. | 11/18/2021 | N | Includes various affiliates |
| 3-1 Bari Importing Corporation | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-2 Bari Italian Foods | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-3 Cheney Bros., Inc. | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-4 Cheney Brother, Inc - Autofax | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-5 Cheney Brothers | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-6 Cheney Brothers Inc | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-7 Cheney Brothers Inc N Carolina | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-8 Cheney Brothers Inc. | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |

*Olean Wholesale Grocery Cooperative, Inc., et al., v. Agri Stats, Inc., et al., N.D. Ill. Case No. 1:19-cv-08318*
**Exclusion Report- Tyson**

| | Name 1 | Postmark Date | Assigned Claims | Notes |
|---|---|---|---|---|
| 3-9 | Cheney Brothers Inc. Ocala | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-10 | Cheney Brothers Inc. Riviera | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-11 | Cheney Brothers Punta Gorda | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-12 | Cheney Brothers, Inc. | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-13 | Cheney Brothers-Ocala | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-14 | Cheney Brothers-Punta Gord | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-15 | Cheney Brothers-Riviera Be | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-16 | Grand Western | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-17 | Grand Western Brands Inc | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-18 | Grand Western Brands, Inc. | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-19 | Meat & Seafood Soultions LLC | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-20 | Meat & Seafood Soultions, LLC | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-21 | Meat & Seafood Soultions | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-22 | Pate Dawson | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-23 | Pate Dawson Co | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-24 | Pate Dawson Comp- Statesvil | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-25 | Pate Dawson Company | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-26 | Pate Dawson Company- Atlant | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-27 | Pate Dawson Company- Goldsb | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-28 | Pate Dawson Inc | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-29 | Pate-Dawson Co Inc | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-30 | Pate-Dawson Company, Inc. | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-31 | Southern Foods | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-32 | Southern Foods - KY | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-33 | Southern Foods - NC | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-34 | Southern Foods Group LLC - NC | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-35 | Southern Foods Group LLC DBA Southe | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-36 | Southern Foods Inc | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-37 | Southern Foods Inc. | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-38 | Southern Foods LLC | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-39 | Southern Foods, Inc. | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-40 | Southern Foods/Bowling Gr | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-41 | Southern Foods/Reinhart Bo | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-42 | PDNC, LLC | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 4 | Wawa, Inc. | 11/18/2021 | N | |
| 5 | Jimmy John's Buying Group SPV, LLC | 11/18/2021 | N | |
| 6 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust and as assignee of certain claims | 11/18/2021 | Y | Includes Various Assignors |
| 6-1 | Independent Purchasing Cooperative, Inc. | 11/18/2021 | Y | Claims assigned to Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust |
| 6-2 | Lineage Logistics | 11/18/2021 | Y | Claims assigned to Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust |
| 6-3 | Performance Food Group, Inc., Including its majority-owned subsidiaries | 11/18/2021 | Y | Claims assigned to Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust |
| 6-4 | Saladino's Inc. | 11/18/2021 | Y | Claims assigned to Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust |
| 6-5 | Shamrock Foods Company | 11/18/2021 | Y | Claims assigned to Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust |
| 6-6 | Ed Miniat LLC | 11/18/2021 | Y | Claims assigned to Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust |
| 6-7 | West Liberty Foods, LLC | 11/18/2021 | Y | Claims assigned to Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust |
| 7 | Caesars Entertainment, Inc. | 11/19/2021 | N | Includes subsidiaries and affiliates |
| 7-1 | Caesars Entertprise Services, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-2 | Parball Newco, LLC d/b/a Bally's Las Vegas | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-3 | Boardwalk Regency LLC d/b/a Caesars Atlantic City | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-4 | Desert Palace LLC d/b/a Caesars Palace | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-5 | Flamingo Las Vegas Operating Company, LLC d/b/a Flamingo Las Vegas | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-6 | Harrah's | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-7 | Harrah's Arizona Corporation d/b/a Harrah's Ak-Chin Hotel & Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-8 | Harrah's Atlantic City Operating Company, LLC d/b/a Harrah's Resort Atlantic City | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-9 | Harrah's NC Casino Company, LLC d/b/a Harrah's Cherokee | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-10 | Harveys Iowa Management Company, LLC d/b/a Harrah's Council Bluffs Casino and Hotel | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-11 | Grand Casinos of Biloxi, LLC d/b/a Harrah's Gulf Coast | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-12 | Harrah's Illinois LLC d/b/a Harrah's Joliet Casino Hotel | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-13 | Harrah's Las Vegas, LLC d/b/a Harrah's Casino Hotel, Las Vegas | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-14 | Harrah's Laughlin, LLC d/b/a Harrah's Laughlin | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-15 | Harrah's Bossier City Investment Company, LLC d/b/a Harrah's Louisiana Downs | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-16 | Southern Illinois Riverboat/Casino Cruises LLC d/b/a Harrah's Metropolis Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-17 | Jazz Casino Company, L.L.C. d/b/a Harrah's New Orleans Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-18 | Harrah's North Kansas City LLC d/b/a Harrah's Kansas City | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-19 | Chester Downs and Marina, LLC d/b/a Harrah's Philadelphia Casino & Racetrack | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-20 | HCAL, LLC d/b/a Harrah's Resort Southern California | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-21 | Harveys Tahoe Management Company, LLC d/b/a Harveys Resort Hotel Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |

*Olean Wholesale Grocery Cooperative, Inc., et al., v. Agri Stats, Inc., et al., N.D. Ill. Case No. 1:19-cv-08318*

**Exclusion Report- Tyson**

| | Name 1 | Postmark Date | Assigned Claims | Notes |
|---|---|---|---|---|
| 7-22 | Hoosier Park, LLC d/b/a Harrah's Hoosier Park Racing & Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-23 | Caesars Baltimore Management Company, LLC d/b/a Horseshoe Baltimore | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-24 | Horseshoe Entertainment d/b/a Horseshoe Bossier City | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-25 | Harveys BR Management Company, Inc. d/b/a Horseshoe Council Bluffs | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-26 | Horseshoe Hammond, LLC d/b/a Horseshoe Casino Hammond | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-27 | Caesars Riverboat Casino, LLC d/b/a Horseshoe Southern Indiana | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-28 | Robinson Property Group LLC d/b/a Horseshoe Tunica | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-29 | Centaur Acquisition, LLC d/b/a Indiana Grand Racing & Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-30 | Paris Las Vegas Operating Company, LLC d/b/a Paris Las Vegas | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-31 | PHWLV, LLC d/b/a Planet Hollywood Resort and Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-32 | Rio Properties, LLC d/b/a Rio All Suite Hotel and Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-33 | Corner Investment Company, LLC d/b/a The Cromwell | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-34 | 3535 LV Newco, LLC d/b/a The LINQ Hotel & Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 8 | Conagra Brands, Inc. | 11/19/2021 | N | Includes subsidiaries and affiliates - not specifially named |
| 8-1 | Pinnacle Foods, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Conagra Brands, Inc. |
| 9 | Golden Corral Corporation | 11/19/2021 | Y | Includes assignors - not specifically named |
| 10 | Nestlé USA, Inc. | 11/19/2021 | N | Includes subsidiaries and affiliates - not specifially named |
| 11 | Nestlé Purina PetCare Company | 11/19/2021 | N | Includes subsidiaries and affiliates - not specifially named |
| 12 | Compass Group, Inc. | 11/19/2021 | N | Includes subsidiaries and affiliates |
| 12-1 | Ace Foods, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-2 | Bench Works, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-3 | Canteen One, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-4 | Canteen One, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-5 | Coastal Food Service, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-6 | Community Living Holdings, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-7 | Unidine Corporation | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-8 | The Food ans Management Enterprise Corporation | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-9 | Fame Food Management, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-10 | Unidine Nevada, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-11 | Unidine Lifestyles, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-12 | Coreworks, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-13 | Coffee Distributing Corp. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-14 | Compass Group Holdings (BVI) Limited | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-15 | Compass LCS, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-16 | Compass LV, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-17 | Compass ND, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-18 | Compass One, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-19 | Food Works of Mexico, S. De R.L. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-20 | Food Works Services of Mexico, S. De R.L. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-21 | Compass Paramount, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-22 | Compass Two, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-23 | Compass HE Services, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-24 | Compass 2K12 Services, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-25 | Food Works of Mexico, S. De R.L. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-26 | Food Works Services of Mexico, S. De R.L. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-27 | Convenience Foods International, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-28 | Crothall Services Group | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-29 | Crothall Healthcare Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-30 | Eurest Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-31 | Crothall Facilities Management Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-32 | Southeast Service Corporation | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-33 | Crothall Services Canada, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-34 | Eversource LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-35 | CulinArt Group, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-36 | CulinArt, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-37 | Sacco Dining Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-38 | CulinArt of California, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-39 | Wiliamson Hospitality Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-40 | Cuyahoga Dining Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-41 | Flik International Corp | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-42 | Flik One, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-43 | Foodbuy, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-44 | Concierge Consulting Services, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-45 | SpenDifference, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-46 | Parlay Solutions, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-47 | Gourmet Dining, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-48 | Hudson Yards Catering LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-49 | Inter Pacific Management, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-50 | Levy GP Corporation | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-51 | Levy Premium Foodservice Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-52 | Levy Holdings GP, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-53 | Levy Restaurant Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-54 | Levy Oklahoma, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-55 | Levy Restaurant Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-56 | Levy Premium Foodservice Limited Partnership Food Services Management by MGR, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-57 | Park Concession Management, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-58 | Atlanta Sports Catering | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-59 | Orlando Foodservice Partners | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-60 | Chicago Foodservice Partners, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-61 | Levy Kansas, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |

*Olean Wholesale Grocery Cooperative, Inc., et al., v. Agri Stats, Inc., et al., N.D. Ill. Case No. 1:19-cv-08318*

**Exclusion Report- Tyson**

| | Name 1 | Postmark Date | Assigned Claims | Notes |
|---|---|---|---|---|
| 12-62 | Levy LA Concessions, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-63 | Learfield Levy Foodservice, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-64 | Convention Hospitality Partners | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-65 | Professional Sports Catering, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-66 | Levy Prom Golf, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-67 | Rank + Rally, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-68 | Curiology, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-69 | Levy Maryland, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-70 | Superior Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-71 | Restaurant One Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-72 | Levy Illinois Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-73 | Levy Premium Foodservice, L.L.C. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-74 | Levy Food Service Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-75 | Levy (Events) Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-76 | Levy World Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-77 | Levy R&H Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-78 | Levy (IP) Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-79 | Morrison Management Specialists, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-80 | Compass Group North America Investments No. 2 (formerly known as Curfewbell) | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-81 | Custom Management Corporation of Pennsylvania | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-82 | Morrison's Custom Management Corporation of Pennsylvania | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-83 | Morrison's Health Care of Texas, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-84 | Morrison Investment Company, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-85 | Foodbuy, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-86 | HHP-MMS JV1, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-87 | Newport Food Service, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-88 | PFM Kansas, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-89 | ProDine, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-90 | Quality Food Management, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-91 | RAC Holdings Corp. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-92 | Mazzone Hospitality, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-93 | Restaurant Associates Corp. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-94 | Restaurant Associates, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-95 | Restaurant Associates LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-96 | Restaurant Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-97 | RA Tennis Corp. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-98 | RANYST, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-99 | RA Patina, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-100 | Restaurant Services I, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-101 | RA Patina Management, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-102 | S-82.LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-103 | S.H.R.M. Catering Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-104 | Statewide Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-105 | KIJIK/ESS, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-106 | Statewide/Gana-a'Yoo Joint Venture | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-107 | Thompson Hospitality Services LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-108 | Thompson Facilities Services LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-109 | TouchPoint Support Services, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-110 | University Food Services, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-111 | University Food Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-112 | Vendlink, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-113 | VenueNext, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-114 | Wolfgang Puck Catering and Events, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-115 | WPL, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-116 | Wolfgang Puck Catering & Events of Texas, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-117 | B&I Catering, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-118 | CMCA Catering, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-119 | C&B Holdings, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-120 | H&H Catering, L.P. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-121 | GLV Restaurant Management Associates, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-122 | H&H Catering, L.P. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-123 | PCHI Catering, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-124 | WP Casual Catering, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-125 | Waveguide LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-126 | Yorkmont Four, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-127 | Bon Appetit Management Co. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-128 | BAMCO Restaurants of Texas LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-129 | Bon Appetit Maryland, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-130 | Cosmopolitan Catering, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 13 | Boston Market Corporation | 11/22/2021 | Y | Includes assignors - not specifically named |
| 14 | Shamrock Foods Company | 11/22/2021 | N | Includes subsidiaries and affiliates |
| 14-1 | United Food Service, Inc. | 11/22/2021 | N | Affiliate or Subsidiary of Shamrock Foods Company |
| 15 | Winn-Dixie Stores, Inc. | 11/22/2021 | Y | Includes subsidiaries and affiliates |
| 15-1 | Southeastern Grocers, LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-2 | C&S Wholesale Grocers, Inc. | 11/22/2021 | Y | Claims assigned to Southeastern Grocers, LLC |
| 15-3 | Winn-Dixie Stores, Inc. | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-4 | C&S Wholesale Grocers, Inc. | 11/22/2021 | Y | Claims assigned to Winn-Dixie Stores, Inc. |
| 15-5 | Winn-Dixie Procurement, Inc. | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-6 | Harveys | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-7 | Sweet Bay | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-8 | Fresco Y Mas | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-9 | Save-Rite | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-10 | Bi-Lo | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-11 | Bi-Lo Holding LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-12 | C&S Wholesale Grocers, Inc. | 11/22/2021 | Y | Claims assigned to Bi-Lo Holding LLC |
| 15-13 | Bi-Lo LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |

*Olean Wholesale Grocery Cooperative, Inc., et al., v. Agri Stats, Inc., et al., N.D. Ill. Case No. 1:19-cv-08318*

**Exclusion Report- Tyson**

| | Name 1 | Postmark Date | Assigned Claims | Notes |
|---|---|---|---|---|
| 15-14 | C&S Wholesale Grocers, Inc. | | Y | Claims assigned to Bi-Lo LLC |
| 15-15 | Superbrand | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-16 | J.H. Harvey Co., LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-17 | Bi-Lo Holding Finance LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-18 | Bi-Lo, LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-19 | C&S Wholesale Grocers, Inc. | 11/22/2021 | Y | Claims assigned to Bi-Lo, LLC |
| 15-20 | Samson Merger Sub, LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-21 | Winn-Dixie Logistics, Inc. | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-22 | Winn-Dixie Corporation | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-23 | Bruno's Supermarkets Incorporated | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-24 | C&S Wholesale Grocers, Inc. | 11/22/2021 | Y | Claims assigned to Southeastern Grocers, LLC, Winn-Dixie Stores, Inc., Bi-Lo Holding LLC and Bi-Lo LLC |
| 16 | Capriotti's Sandwich Shop, Inc. | 11/22/2021 | N | Includes subsidiaries, affiliates and assignments - not specifically named |
| 17 | Associated Wholesale Grocers, Inc. ("AWG") | 11/22/2021 | N | Includes Assignment |
| 17-1 | Valu Merchandisers Company | 11/22/2021 | N | Subsidiary of AWG |
| 18 | Affiliated Foods Midwest Cooperative, Inc. ("AFM") | 11/22/2021 | Y | Claims Assigned to Associated Wholesale Grocers, Inc. ("AWG") |
| 19 | Amory Investments LLC ("Amory") | 11/22/2021 | N | Includes subsidiaries, affiliates, and assignors |
| 19-1 | Amory Investments LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Amory Investments LLC |
| 19-2 | MPFS Liquidating Trust, acting by and through Advisory Trust Group, LLC | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-3 | Maines Paper & Food Service, Inc. ("MPFS") (dba MainSource; dba MainSource Food & Party Warehouse; dba Produce Express; dba Maines Food & Party Warehouse) | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-4 | Maines Funding Corporation ("MFC") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-5 | Maines Paper & Food Service – Chicago, Inc. ("MPFS-Chicago") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-6 | Maines Paper & Food Service – Dallas, Inc. ("MPFS-Dallas") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-7 | Maines Paper & Food Service – Great Lakes, Inc. ("MPFS-Great Lakes") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-8 | Maines Paper & Food Service – Maryland, Inc. ("MPFS-MD") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-9 | Maines Paper & Food Service – Mid-Atlantic, Inc. ("MPFS-Mid-Atlantic") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-10 | Maines Paper & Food Service – New England, Inc. ("MPFS-NE") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-11 | Maines Paper & Food Service – NY Metro, Inc. ("MPFS-NY") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-12 | Maines Paper & Food Service – Ohio, Inc. ("MPFS-OH") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-13 | Maines Paper & Food Service – Tennessee, Inc. ("MPFS-TN") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-14 | Maines Paper & Food Service – Worcester, Inc. ("MPFS-Worcester") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-15 | Warehouse & Logistics, Inc. ("W&L") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |