# EXHIBIT D

*Olean Wholesale Grocery Cooperative, Inc., et al., v. Agri Stats, Inc., et al., N.D. Ill. Case No. 1:19-cv-08318*

### Assignment Report

| Assigment ID | Exclusion Number | Assignee | Assignor Name |
|---|---|---|---|
| 1 | 6-1 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Independent Purchasing Cooperative, Inc. |
| 1-1 | 6-2 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Lineage Logistics |
| 1-2 | 6-3 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Performance Food Group, Inc., Including its majority-owned subsidiaries |
| 1-3 | 6-4 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Saladino's Inc. |
| 1-4 | 6-5 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Shamrock Foods Company |
| 1-5 | 6-6 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | Ed Miniat LLC |
| 1-6 | 6-7 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust | West Liberty Foods, LLC |
| 2 | 15-2 | Southeastern Grocers, LLC | Southeastern Grocers, LLC (as assignee of C&S Wholesale Grocers, Inc.) |
| 2-1 | 15-4 | Winn-Dixie Stores, Inc. | Winn-Dixie Stores, Inc. (as assignee of C&S Wholesale Grocers, Inc.) |
| 2-2 | 15-12 | Bi-Lo Holding LLC | Bi-Lo Holding LLC (as assignee of C&S Wholesale Grocers, Inc.) |
| 2-3 | 15-14 | Bi-Lo LLC | Bi-Lo LLC (as assignee of C&S Wholesale Grocers, Inc.) |
| 2-4 | 15-19 | Bi-Lo, LLC | Bi-Lo, LLC (as assignee of C&S Wholesale Grocers, Inc.) |
| 2-5 | 15-24 | Southeastern Grocers, LLC, Winn-Dixie Stores, Inc., Bi-Lo Holding LLC and Bi-Lo LLC | C&S Wholesale Grocers, Inc. |
| 3 | 18 | Associated Wholesale Grocers, Inc. | Affiliated Foods Midwest Cooperative, Inc. ("AFM") |
| 4 | 19-2 | Amory Investments LLC | MPFS Liquidating Trust, acting by and through Advisory Trust Group, LLC |
| 4-1 | 19-3 | Amory Investments LLC | Maines Paper & Food Service, Inc. ("MPFS") (dba MainSource; dba MainSource Food & Party Warehouse; dba Produce Express; dba Maines Food & Party Warehouse) |
| 4-2 | 19-4 | Amory Investments LLC | Maines Funding Corporation ("MFC") |
| 4-3 | 19-5 | Amory Investments LLC | Maines Paper & Food Service – Chicago, Inc. ("MPFS-Chicago") |
| 4-4 | 19-6 | Amory Investments LLC | Maines Paper & Food Service – Dallas, Inc. ("MPFS-Dallas") |
| 4-5 | 19-7 | Amory Investments LLC | Maines Paper & Food Service – Great Lakes, Inc. ("MPFS-Great Lakes") |
| 4-6 | 19-8 | Amory Investments LLC | Maines Paper & Food Service – Maryland, Inc. ("MPFS-MD") |
| 4-7 | 19-9 | Amory Investments LLC | Maines Paper & Food Service – Mid-Atlantic, Inc. ("MPFS-Mid-Atlantic") |
| 4-8 | 19-10 | Amory Investments LLC | Maines Paper & Food Service – New England, Inc. ("MPFS-NE") |
| 4-9 | 19-11 | Amory Investments LLC | Maines Paper & Food Service – NY Metro, Inc. ("MPFS-NY") |
| 4-10 | 19-12 | Amory Investments LLC | Maines Paper & Food Service – Ohio, Inc. ("MPFS-OH") |
| 4-11 | 19-13 | Amory Investments LLC | Maines Paper & Food Service – Tennessee, Inc. ("MPFS-TN") |
| 4-12 | 19-14 | Amory Investments LLC | Maines Paper & Food Service – Worcester, Inc. ("MPFS-Worcester") |
| 4-13 | 19-15 | Amory Investments LLC | Warehouse & Logistics, Inc. ("W&L") |