**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* | Civil Action No. 19-cv-08318 |
| This Document Relates To: Direct Purchaser Plaintiffs' Actions | Hon. Virginia M. Kendall<br>Hon. Gabriel A. Fuentes |

**ORDER GRANTING DIRECT PURCHASER PLAINTIFF'S MOTION FOR AN AWARD FOR COSTS AND ONGOING LITIGATION EXPENSES FROM THE <u>TYSON SETTLEMENT FUND</u>**

This cause came before the Court on the Co-Lead Counsel for the Direct Purchaser Plaintiffs' ("Co-Lead Counsel") Motion for Award of Costs and Ongoing Litigation Expenses from the Tyson Settlement Fund ("Motion"). The Court, having reviewed all the pleadings relating to the Motion, and exhibits thereto, including Co-Lead Counsel's declaration in support of the Motion, and having held a hearing on the matter, hereby:

**ORDERS and ADJUDGES:**

1. The Court has approved Direct Purchaser Plaintiffs' settlement with Defendant Tyson in the amount of $4,650,000, which has been placed in an interest-bearing escrow account ("Settlement Fund").

2. Co-Lead Counsel's Motion, seeks an award of $1,000,000 from the Settlement Fund for costs and ongoing litigation expenses in this case.

3. Substantial authority supports the use of funds obtained in partial settlements for the reimbursement or payment to Co-Lead Counsel of expenses incurred in the case. *See Mills v. Elec. Auto-Lite Co.*, 396 U.S. 375, 392 (1970) (recognizing the right to reimbursement of litigation

expenses where a common fund has been produced or preserved for the benefit of the class); *In re Synthroid Mktg. Litig.*, 264 F.3d 712, 722 (7th Cir. 2001) (recognizing a right to reimbursement of reasonable litigation expenses at market rates); *In re Dairy Farmers of Am., Inc.*, 80 F. Supp. 3d 838, 853 (N.D. Ill. 2015) (recognizing the right to reimbursement of expenses from a common fund that has been produced or preserved for the benefit of a class in an antitrust case); Fed. R. Civ. P. 23(h).

4. Co-Lead Counsel have already paid $589,880.96 in costs to support this litigation as it proceeds to trial. These costs were reasonable and necessary to support this litigation, which as thus far resulted in the creation of the Settlement Fund.

5. Co-Lead Counsel anticipate expenses of at least $410,119.04 to support this litigation as it proceeds to trial. These anticipated expenses are reasonable and necessary to support this litigation as it proceeds to trial.

6. Co-Lead Counsel's request for an award of 1,000,000 from the Settlement Fund for litigation costs already paid and ongoing litigation expenses is hereby **GRANTED.**

   **IT IS SO ORDERED.**

DATED: 1/10/2022

The Honorable Virginia M. Kendall
United States District Court Judge