# EXHIBIT A

*Olean Wholesale Grocery Cooperative, Inc., et al., v. Agri Stats, Inc., et al., N.D. Ill. Case No. 1:19-cv-08318*
Exclusion Report- Tyson

**Neither Performance Food Group, Inc. nor its Reinhardt subsidiary (together, "PFG") have requested exclusion from the Settlement Class and, therefore, PFG, to the extent of its eligible purchases that have not been assigned, (a) is a member of the Settlement Class, and (b) such membership of is not affected by any exclusion request submitted by any other entity, including Subway.

| | Name 1 | Postmark Date | Assigned Claims | Notes |
|---|---|---|---|---|
| 1 | Sysco Corporation | 10/21/2021 | N | Includes subsidiaries, affiliates, and assignors - not specifially named |
| 1-1 | A.M. Briggs, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-2 | Baugh South Cooperative, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-3 | Baugh Supply Chain Cooperative, Inc. (AKA BSSC, Inc.) | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-4 | Baugh Supply Chain, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-5 | Buckhead Meat & Seafood of Houston, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-6 | Buckhead Meat Company | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-7 | Buckhead Meat Florida, a division of Buckhead Meat Company | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-8 | Buckhead Meat Midwest, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-9 | Buckhead Meat New Jersey, a division of Buckhead Meat Company | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-10 | Buckhead Meat North Carolina, a division of Buckhead Meat Company | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-11 | Buckhead Meat of Dallas, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-12 | Buckhead Meat of Denver, Inc. Delaware | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-13 | Buckhead Meat of San Antonio, LP | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-14 | Buckhead Meat Rhode Island, a division of Buckhead Meat Company | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-15 | Buzztable, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-16 | Cake Corporation | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-17 | Doerle Food Service, a division of Sysco USA II, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-18 | Dust Bowl City, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-19 | EMPYR Incorporated | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-20 | Enclave Insurance Company | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-21 | Enclave Parkway Association, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-22 | Enclave Properties, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-23 | European Imports, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-24 | Freedman Meats, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-25 | Freedman-KB, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-26 | FreshPoint Arizona, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-27 | FreshPoint Atlanta, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-28 | FreshPoint California, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-29 | FreshPoint Central California, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-30 | FreshPoint Central Florida, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-31 | FreshPoint Connecticut, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-32 | FreshPoint Dallas, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-33 | FreshPoint Denver, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-34 | FreshPoint Las Vegas, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-35 | FreshPoint North Carolina, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-36 | FreshPoint North Florida, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-37 | FreshPoint Oklahoma City, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-38 | FreshPoint Pompano Real Estate, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-39 | FreshPoint San Francisco, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-40 | FreshPoint South Florida, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-41 | FreshPoint South Texas, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-42 | FreshPoint Southern California, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-43 | FreshPoint Tomato, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-44 | FreshPoint, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-45 | G&S Real Estate, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-46 | Gilchrist & Soames Holdings Corporation | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-47 | Gilchrist & Soams, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-48 | Guest Packaging, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-49 | Iowa Premium, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-50 | Metropolitan Poultry, a division of A.M. Briggs | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-51 | Newport Meat Northern California, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-52 | Newport Meat of Nevada, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-53 | Newport Meat Pacific Northwest, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-54 | Newport Meat Southern California, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-55 | North Star Holding Corporation | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-56 | North Star Seafood Acquisition Corporation | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-57 | North Star Seafood, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-58 | Palisades Ranch, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-59 | Restaurant Of Tomorrow, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-60 | SMS Lux Holdings LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-61 | SOTF, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-62 | Specialty Meat Holdings, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-63 | Sysco Albany, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-64 | Sysco Arizona Leasing, a division. of Sysco Leasing, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-65 | Sysco Arizona, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-66 | Sysco Arkansas, a division of Sysco USA II, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-67 | Sysco Asian Foods, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-68 | Sysco Atlanta, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-69 | Sysco Baltimore, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-70 | Sysco Baraboo, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-71 | Sysco Boston, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-72 | Sysco Central Alabama, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-73 | Sysco Central California, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-74 | Sysco Central Florida, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-75 | Sysco Central Illinois, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-76 | Sysco Central Pennsylvania, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |

*Olean Wholesale Grocery Cooperative, Inc., et al., v. Agri Stats, Inc., et al., N.D. Ill. Case No. 1:19-cv-08318*
Exclusion Report- Tyson

**Neither Performance Food Group, Inc. nor its Reinhardt subsidiary (together, "PFG") have requested exclusion from the Settlement Class and, therefore, PFG, to the extent of its eligible purchases that have not been assigned, (a) is a member of the Settlement Class, and (b) such membership of is not affected by any exclusion request submitted by any other entity, including Subway.

| | Name 1 | Postmark Date | Assigned Claims | Notes |
|---|---|---|---|---|
| 1-77 | Sysco Central Texas, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-78 | Sysco Charlotte, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-79 | Sysco Chicago, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-80 | Sysco Cincinnati, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-81 | Sysco Cleveland, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-82 | Sysco Columbia, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-83 | Sysco Connnecticut, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-84 | Sysco Cooperative Services, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-85 | Sysco Corporation | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-86 | Sysco Corporation Good Government Committee, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-87 | Sysco Denver, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-88 | Sysco Detroit, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-89 | Sysco Disaster Relief Foundation, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-90 | Sysco East Texas, a division of USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-91 | Sysco Eastern Maryland, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-92 | Sysco Eastern Wisconsin, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-93 | Sysco Foundation, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-94 | Sysco George Town II, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-95 | Sysco Global Resources, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-96 | Sysco Global Services, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-97 | Sysco Grand Rapids, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-98 | Sysco Guest Supply, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-99 | Sysco Gulf Coast, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-100 | Sysco Hampton Roads, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-101 | Sysco Hawaii, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-102 | Sysco Holdings, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-103 | Sysco Houston, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-104 | Sysco Idaho, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-105 | Sysco Indianapolis, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-106 | Sysco Intermountain, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-107 | Sysco International Food Group, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-108 | Sysco Iowa, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-109 | Sysco Jackson, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-110 | Sysco Jacksonville, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-111 | Sysco Kansas City, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-112 | Sysco Knoxville, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-113 | Sysco Las Vegas, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-114 | Sysco Leasing, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-115 | Sysco Lincoln Transportation Company, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-116 | Sysco Lincoln, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-117 | Sysco Long Island, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-118 | Sysco Los Angeles, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-119 | Sysco Louisville, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-120 | Sysco Memphis, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-121 | Sysco Merchandising and Supply Chain Services, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-122 | Sysco Metro New York, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-123 | Sysco Minnesota, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-124 | Sysco Montana, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-125 | Sysco Nashville, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-126 | Sysco Netherlands Partners, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-127 | Sysco New Mexico, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-128 | Sysco New Orleans, a divsion of Sysco USA II, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-129 | Sysco North Central Florida, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-130 | Sysco North Dakota, Inc. Delaware | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-131 | Sysco North Texas, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-132 | Sysco Northern New England, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-133 | Sysco Oklahoma, a division of Sysco USA II, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-134 | Sysco Philadelphia, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-135 | Sysco Pittsburgh, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-136 | Sysco Portland, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-137 | Sysco Raleigh, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-138 | Sysco Resources Services, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-139 | Sysco Riverside, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-140 | Sysco Sacramento, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-141 | Sysco San Diego, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-142 | Sysco San Francisco, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-143 | Sysco Seattle, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-144 | Sysco South Florida, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-145 | Sysco Southeast Florida, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-146 | Sysco Spokane, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-147 | Sysco St. Louis, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-148 | Sysco Syracuse, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-149 | Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-150 | Sysco USA II, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-151 | Sysco USA III, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-152 | Sysco Ventura, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-153 | Sysco Ventures, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-154 | Sysco Virginia, LLC | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-155 | Sysco West Coast Florida, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-156 | Sysco West Texas, a division of Sysco USA I, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-157 | Sysco Western Minnesota, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-158 | The SYGMA Network, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |

*Olean Wholesale Grocery Cooperative, Inc., et al., v. Agri Stats, Inc., et al., N.D. Ill. Case No. 1:19-cv-08318*
Exclusion Report- Tyson

**Neither Performance Food Group, Inc. nor its Reinhardt subsidiary (together, "PFG") have requested exclusion from the Settlement Class and, therefore, PFG, to the extent of its eligible purchases that have not been assigned, (a) is a member of the Settlement Class, and (b) such membership of is not affected by any exclusion request submitted by any other entity, including Subway.

| | Name 1 | Postmark Date | Assigned Claims | Notes |
|---|---|---|---|---|
| 1-159 | Tri-City Meats, a division of Sysco Idaho | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 1-160 | Walker Foods, Inc. | 10/21/2021 | N | Affiliate, Subsidiary or Assignor of Sysco Corporation |
| 2 | Henry W. Stapf, Inc. | 11/16/2021 | N | |
| 3 | Cheney Bros., Inc. | 11/18/2021 | N | Includes various affiliates |
| 3-1 | Bari Importing Corporation | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-2 | Bari Italian Foods | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-3 | Cheney Bros., Inc. | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-4 | Cheney Brother, Inc - Autofax | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-5 | Cheney Brothers | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-6 | Cheney Brothers Inc | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-7 | Cheney Brothers Inc N Carolina | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-8 | Cheney Brothers Inc. | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-9 | Cheney Brothers Inc. Ocala | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-10 | Cheney Brothers Inc. Riviera | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-11 | Cheney Brothers Punta Gorda | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-12 | Cheney Brothers, Inc. | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-13 | Cheney Brothers-Ocala | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-14 | Cheney Brothers-Punta Gord | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-15 | Cheney Brothers-Riviera Be | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-16 | Grand Western | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-17 | Grand Western Brands Inc | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-18 | Grand Western Brands, Inc. | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-19 | Meat & Seafood Soultions LLC | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-20 | Meat & Seafood Soultions, LLC | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-21 | Meat & Seafood Soultions | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-22 | Pate Dawson | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-23 | Pate Dawson Co | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-24 | Pate Dawson Comp- Statesvil | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-25 | Pate Dawson Company | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-26 | Pate Dawson Company- Atlant | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-27 | Pate Dawson Company- Goldsb | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-28 | Pate Dawson Inc | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-29 | Pate-Dawson Co Inc | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-30 | Pate-Dawson Company, Inc. | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-31 | Southern Foods | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-32 | Southern Foods - KY | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-33 | Southern Foods - NC | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-34 | Southern Foods Group LLC - NC | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-35 | Southern Foods Group LLC DBA Southe | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-36 | Southern Foods Inc | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-37 | Southern Foods Inc. | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-38 | Southern Foods LLC | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-39 | Southern Foods, Inc. | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-40 | Southern Foods/Bowling Gr | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-41 | Southern Foods/Reinhart Bo | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 3-42 | PDNC, LLC | 11/18/2021 | N | Affiliate of Cheney Bros., Inc. |
| 4 | Wawa, Inc. | 11/18/2021 | N | |
| 5 | Jimmy John's Buying Group SPV, LLC | 11/18/2021 | N | |
| 6 | Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust and as assignee of certain claims | 11/18/2021 | N | Includes Various Assignors |
| 6-1 | Independent Purchasing Cooperative, Inc. | 11/18/2021 | Y | Exclusion Includes Claims assigned to Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust Only |
| 6-2 | Lineage Logistics | 11/18/2021 | Y | Exclusion Includes Claims assigned to Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust Only |
| 6-3 | Performance Food Group, Inc., Including its majority-owned subsidiaries** | 11/18/2021 | Y | Exclusion Includes Claims assigned to Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust Only |
| 6-4 | Saladino's Inc. | 11/18/2021 | Y | Exclusion Includes Claims assigned to Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust Only |
| 6-5 | Shamrock Foods Company | 11/18/2021 | Y | Exclusion Includes Claims assigned to Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust |
| 6-6 | Ed Miniat LLC | 11/18/2021 | Y | Exclusion Includes Claims assigned to Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust Only |
| 6-7 | West Liberty Foods, LLC | 11/18/2021 | Y | Exclusion Includes Claims assigned to Subway Protein Litigation Corp. as Litigation Trustee of the Subway Protein Litigation Trust Only |
| 7 | Caesars Entertainment, Inc. | 11/19/2021 | N | Includes subsidiaries and affiliates |
| 7-1 | Caesars Entertprise Services, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-2 | Parball Newco, LLC d/b/a Bally's Las Vegas | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-3 | Boardwalk Regency LLC d/b/a Caesars Atlantic City | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-4 | Desert Palace LLC d/b/a Caesars Palace | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-5 | Flamingo Las Vegas Operating Company, LLC d/b/a Flamingo Las Vegas | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-6 | Harrah's | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-7 | Harrah's Arizona Corporation d/b/a Harrah's Ak-Chin Hotel & Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |

*Olean Wholesale Grocery Cooperative, Inc., et al., v. Agri Stats, Inc., et al., N.D. Ill. Case No. 1:19-cv-08318*
Exclusion Report- Tyson

**Neither Performance Food Group, Inc. nor its Reinhardt subsidiary (together, "PFG") have requested exclusion from the Settlement Class and, therefore, PFG, to the extent of its eligible purchases that have not been assigned, (a) is a member of the Settlement Class, and (b) such membership of is not affected by any exclusion request submitted by any other entity, including Subway.

| | Name 1 | Postmark Date | Assigned Claims | Notes |
|---|---|---|---|---|
| 7-8 | Harrah's Atlantic City Operating Company, LLC d/b/a Harrah's Resort Atlantic City | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-9 | Harrah's NC Casino Company, LLC d/b/a Harrah's Cherokee | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-10 | Harveys Iowa Management Company, LLC d/b/a Harrah's Council Bluffs Casino and Hotel | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-11 | Grand Casinos of Biloxi, LLC d/b/a Harrah's Gulf Coast | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-12 | Harrah's Illinois LLC d/b/a Harrah's Joliet Casino Hotel | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-13 | Harrah's Las Vegas, LLC d/b/a Harrah's Casino Hotel, Las Vegas | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-14 | Harrah's Laughlin, LLC d/b/a Harrah's Laughlin | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-15 | Harrah's Bossier City Investment Company, LLC d/b/a Harrah's Louisiana Downs | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-16 | Southern Illinois Riverboat/Casino Cruises LLC d/b/a Harrah's Metropolis Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-17 | Jazz Casino Company, L.L.C. d/b/a Harrah's New Orleans Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-18 | Harrah's North Kansas City LLC d/b/a Harrah's Kansas City | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-19 | Chester Downs and Marina, LLC d/b/a Harrah's Philadelphia Casino & Racetrack | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-20 | HCAL, LLC d/b/a Harrah's Resort Southern California | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-21 | Harveys Tahoe Management Company, LLC d/b/a Harveys Resort Hotel Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-22 | Hoosier Park, LLC d/b/a Harrah's Hoosier Park Racing & Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-23 | Caesars Baltimore Management Company, LLC d/b/a Horseshoe Baltimore | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-24 | Horseshoe Entertainment d/b/a Horseshoe Bossier City | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-25 | Harveys BR Management Company, Inc. d/b/a Horseshoe Council Bluffs | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-26 | Horseshoe Hammond, LLC d/b/a Horseshoe Casino Hammond | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-27 | Caesars Riverboat Casino, LLC d/b/a Horseshoe Southern Indiana | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-28 | Robinson Property Group LLC d/b/a Horseshoe Tunica | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-29 | Centaur Acquisition, LLC d/b/a Indiana Grand Racing & Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-30 | Paris Las Vegas Operating Company, LLC d/b/a Paris Las Vegas | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-31 | PHWLV, LLC d/b/a Planet Hollywood Resort and Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-32 | Rio Properties, LLC d/b/a Rio All Suite Hotel and Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-33 | Corner Investment Company, LLC d/b/a The Cromwell | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 7-34 | 3535 LV Newco, LLC d/b/a The LINQ Hotel & Casino | 11/19/2021 | N | Affiliate or Subsidiary of Caesars Entertainment, Inc. |
| 8 | Conagra Brands, Inc. | 11/19/2021 | N | Includes subsidiaries and affiliates - not specifically named |
| 8-1 | Pinnacle Foods, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Conagra Brands, Inc. |
| 9 | Golden Corral Corporation | 11/19/2021 | Y | Includes assignors - not specifically named |
| 10 | Nestlé USA, Inc. | 11/19/2021 | N | Includes subsidiaries and affiliates - not specifically named |
| 11 | Nestlé Purina PetCare Company | 11/19/2021 | N | Includes subsidiaries and affiliates - not specifically named |
| 12 | Compass Group, Inc. | 11/19/2021 | N | Includes subsidiaries and affiliates |
| 12-1 | Ace Foods, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-2 | Bench Works, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-3 | Canteen One, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-4 | Canteen One, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-5 | Coastal Food Service, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-6 | Community Living Holdings, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-7 | Unidine Corporation | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-8 | The Food ans Management Enterprise Corporation | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-9 | Fame Food Management, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-10 | Unidine Nevada, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-11 | Unidine Lifestyles, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-12 | Coreworks, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-13 | Coffee Distributing Corp. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-14 | Compass Group Holdings (BVI) Limited | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-15 | Compass LCS, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-16 | Compass LV, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-17 | Compass ND, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-18 | Compass One, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-19 | Food Works of Mexico, S. De R.L. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-20 | Food Works Services of Mexico, S. De R.L. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-21 | Compass Paramount, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-22 | Compass Two, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-23 | Compass HE Services, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-24 | Compass 2K12 Services, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-25 | Food Works of Mexico, S. De R.L. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-26 | Food Works Services of Mexico, S. De R.L. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-27 | Convenience Foods International, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-28 | Crothall Services Group | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-29 | Crothall Healthcare Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-30 | Eurest Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-31 | Crothall Facilities Management Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-32 | Southeast Service Corporation | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-33 | Crothall Services Canada, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |

*Olean Wholesale Grocery Cooperative, Inc., et al., v. Agri Stats, Inc., et al., N.D. Ill. Case No. 1:19-cv-08318*
Exclusion Report- Tyson

**Neither Performance Food Group, Inc. nor its Reinhardt subsidiary (together, "PFG") have requested exclusion from the Settlement Class and, therefore, PFG, to the extent of its eligible purchases that have not been assigned, (a) is a member of the Settlement Class, and (b) such membership of is not affected by any exclusion request submitted by any other entity, including Subway.

| | Name 1 | Postmark Date | Assigned Claims | Notes |
|---|---|---|---|---|
| 12-34 | Eversource LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-35 | CulinArt Group, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-36 | CulinArt, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-37 | Sacco Dining Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-38 | CulinArt of California, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-39 | Wiliamson Hospitality Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-40 | Cuyahoga Dining Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-41 | Flik International Corp | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-42 | Flik One, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-43 | Foodbuy, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-44 | Concierge Consulting Services, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-45 | SpenDifference, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-46 | Parlay Solutions, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-47 | Gourmet Dining, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-48 | Hudson Yards Catering LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-49 | Inter Pacific Management, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-50 | Levy GP Corporation | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-51 | Levy Premium Foodservice Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-52 | Levy Holdings GP, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-53 | Levy Restaurant Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-54 | Levy Oklahoma, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-55 | Levy Restaurant Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-56 | Levy Premium Foodservice Limited Partnership Food Services Management by MGR, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-57 | Park Concession Management, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-58 | Atlanta Sports Catering | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-59 | Orlando Foodservice Partners | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-60 | Chicago Restaurant Partners, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-61 | Levy Kansas, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-62 | Levy LA Concessions, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-63 | Learfield Levy Foodservice, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-64 | Convention Hospitality Partners | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-65 | Professional Sports Catering, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-66 | Levy Prom Golf, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-67 | Rank + Rally, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-68 | Curiology, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-69 | Levy Maryland, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-70 | Superior Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-71 | Restaurant One Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-72 | Levy Illinois Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-73 | Levy Premium Foodservice, L.L.C. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-74 | Levy Food Service Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-75 | Levy (Events) Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-76 | Levy World Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-77 | Levy R&H Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-78 | Levy (IP) Limited Partnership | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-79 | Morrison Management Specialists, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-80 | Compass Group North America Investments No. 2 (formerly known as Curfewbell) | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-81 | Custom Management Corporation of Pennsylvania | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-82 | Morrison's Custom Management Corporation of Pennsylvania | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-83 | Morrison's Health Care of Texas, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-84 | Morrison Investment Company, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-85 | Foodbuy, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-86 | HHP-MMS JV1, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-87 | Newport Food Service, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-88 | PFM Kansas, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-89 | ProDine, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-90 | Quality Food Management, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-91 | RAC Holdings Corp. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-92 | Mazzone Hospitality, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-93 | Restaurant Associates Corp. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-94 | Restaurant Associates, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-95 | Restaurant Associates LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-96 | Restaurant Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-97 | RA Tennis Corp. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-98 | RANYST, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-99 | RA Patina, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-100 | Restaurant Services I, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-101 | RA Patina Management, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-102 | S-82,LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-103 | S.H.R.M. Catering Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-104 | Statewide Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-105 | KIJIK/ESS, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-106 | Statewide/Gana-a'Yoo Joint Venture | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-107 | Thompson Hospitality Services LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-108 | Thompson Facilities Services LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-109 | TouchPoint Support Services, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-110 | University Food Services, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-111 | University Food Services, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-112 | Vendlink, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-113 | VenueNext, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |

*Olean Wholesale Grocery Cooperative, Inc., et al., v. Agri Stats, Inc., et al., N.D. Ill. Case No. 1:19-cv-08318*
**Exclusion Report- Tyson**

**Neither Performance Food Group, Inc. nor its Reinhardt subsidiary (together, "PFG") have requested exclusion from the Settlement Class and, therefore, PFG, to the extent of its eligible purchases that have not been assigned, (a) is a member of the Settlement Class, and (b) such membership of is not affected by any exclusion request submitted by any other entity, including Subway.

| | Name 1 | Postmark Date | Assigned Claims | Notes |
|---|---|---|---|---|
| 12-114 | Wolfgang Puck Catering and Events, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-115 | WPL, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-116 | Wolfgang Puck Catering & Events of Texas, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-117 | B&I Catering, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-118 | CMCA Catering, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-119 | C&B Holdings, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-120 | H&H Catering, L.P. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-121 | GLV Restaurant Management Associates, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-122 | H&H Catering, L.P. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-123 | PCHI Catering, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-124 | WP Casual Catering, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-125 | Waveguide LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-126 | Yorkmont Four, Inc. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-127 | Bon Appetit Management Co. | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-128 | BAMCO Restaurants of Texas LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-129 | Bon Appetit Maryland, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 12-130 | Cosmopolitan Catering, LLC | 11/19/2021 | N | Affiliate or Subsidiary of Compass Group, Inc. |
| 13 | Boston Market Corporation | 11/22/2021 | Y | Includes assignors - not specifically named |
| 14 | Shamrock Foods Company | 11/22/2021 | N | Includes subsidiaries and affiliates |
| 14-1 | United Food Service, Inc. | 11/22/2021 | N | Affiliate or Subsidiary of Shamrock Foods Company |
| 15 | Winn-Dixie Stores, Inc. | 11/22/2021 | Y | Includes subsidiaries and affiliates |
| 15-1 | Southeastern Grocers, LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-2 | C&S Wholesale Grocers, Inc. | 11/22/2021 | Y | Exclusion Includes Claims assigned to Southeastern Grocers, LLC Only |
| 15-3 | Winn-Dixie Stores, Inc. | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-4 | C&S Wholesale Grocers, Inc. | 11/22/2021 | Y | Exclusion Includes Claims assigned to Winn-Dixie Stores, Inc. Only |
| 15-5 | Winn-Dixie Procurement, Inc. | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-6 | Harveys | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-7 | Sweet Bay | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-8 | Fresco Y Mas | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-9 | Save-Rite | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-10 | Bi-Lo | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-11 | Bi-Lo Holding LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-12 | C&S Wholesale Grocers, Inc. | 11/22/2021 | Y | Exclusion Includes Claims assigned to Bi-Lo Holding LLC Only |
| 15-13 | Bi-Lo LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-14 | C&S Wholesale Grocers, Inc. | 11/22/2021 | Y | Exclusion Includes Claims assigned to Bi-Lo LLC Only |
| 15-15 | Superbrand | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-16 | J.H. Harvey Co., LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-17 | Bi-Lo Holding Finance LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-18 | Bi-Lo, LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-19 | C&S Wholesale Grocers, Inc. | 11/22/2021 | Y | Exclusion Includes Claims assigned to Bi-Lo, LLC Only |
| 15-20 | Samson Merger Sub, LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-21 | Winn-Dixie Logictics, Inc. | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-22 | Winn-Dixie Corporation | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-23 | Bruno's Supermarkets Incorporated | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Winn-Dixie Stores, Inc. |
| 15-24 | C&S Wholesale Grocers, Inc. | 11/22/2021 | Y | Exclusion Includes Claims assigned to Southeastern Grocers, LLC, Winn-Dixie Stores, Inc., Bi-Lo Holding LLC and Bi-Lo LLC Only |
| 16 | Capriotti's Sandwich Shop, Inc. | 11/22/2021 | N | Includes subsidiaries, affiliates and assignments - not specifially named |
| 17 | Associated Wholesale Grocers, Inc. ("AWG") | 11/22/2021 | N | Includes Assignment |
| 17-1 | Valu Merchandisers Company | 11/22/2021 | N | Subsidiary of AWG |
| 18 | Affiliated Foods Midwest Cooperative, Inc. ("AFM") | 11/22/2021 | Y | Exclusion Includes Claims Assigned to Associated Wholesale Grocers, Inc. ("AWG") Only |
| 19 | Amory Investments LLC ("Amory") | 11/22/2021 | N | Includes subsidiaries, affiliates, and assignors |
| 19-1 | Amory Investments LLC | 11/22/2021 | N | Affiliate, Subsidiary or Assignor of Amory Investments LLC |
| 19-2 | MPFS Liquidating Trust, acting by and through Advisory Trust Group, LLC | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-3 | Maines Paper & Food Service, Inc. ("MPFS") (dba MainSource; dba MainSource Food & Party Warehouse; dba Produce Express; dba Maines Food & Party Warehouse) | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-4 | Maines Funding Corporation ("MFC") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-5 | Maines Paper & Food Service – Chicago, Inc. ("MPFS-Chicago") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-6 | Maines Paper & Food Service – Dallas, Inc. ("MPFS-Dallas") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-7 | Maines Paper & Food Service – Great Lakes, Inc. ("MPFS-Great Lakes") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-8 | Maines Paper & Food Service – Maryland, Inc. ("MPFS-MD") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-9 | Maines Paper & Food Service – Mid-Atlantic, Inc. ("MPFS-Mid-Atlantic") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-10 | Maines Paper & Food Service – New England, Inc. ("MPFS-NE") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-11 | Maines Paper & Food Service – NY Metro, Inc. ("MPFS-NY") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-12 | Maines Paper & Food Service – Ohio, Inc. ("MPFS-OH") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-13 | Maines Paper & Food Service – Tennessee, Inc. ("MPFS-TN") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-14 | Maines Paper & Food Service – Worcester, Inc. ("MPFS-Worcester") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |
| 19-15 | Warehouse & Logistics, Inc. ("W&L") | 11/22/2021 | Y | Claims Assigned to Amory Investments LLC |