UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* <br><br> This Document Relates To: <br><br> Commercial and Institutional Indirect Purchaser Plaintiffs' Action (1:20-cv-02295) | No. 1:19-cv-08318 |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPROVAL OF THEIR SETTLEMENT WITH DEFENDANTS TYSON FOODS, INC., TYSON FRESH MEATS, INC., TYSON PREPARED FOODS, INC., AND THE HILLSHIRE BRANDS COMPANY**

PLEASE TAKE NOTE that February 22, 2022 at 1:00 p.m., the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") will appear (or will appear by remote means) before the Honorable Virginia M. Kendall in her courtroom at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL and will then and there present their **Motion for Final Approval of Their Settlement with Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., Tyson Prepared Foods, Inc., and the Hillshire Brands Company (collectively, "Tyson")**. This motion is based on this notice of motion and motion, the Federal Rules of Civil Procedure, the concurrently filed Memorandum of Law and supporting declarations and exhibits, and all other evidence and arguments presented in the briefings and at the hearing of this motion.

Dated: February 8, 2021  Respectfully submitted,

**CUNEO GILBERT & LADUCA, LLP**

By: */s/ Blaine Finley*
Jonathan W. Cuneo (*pro hac vice*)
Blaine Finley (*pro hac vice*)
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
(202) 789-3960 Telephone
jonc@cuneolaw.com
bfinley@cuneolaw.com

Don Barrett (*pro hac vice*)
Katherine Barrett Riley (*pro hac vice*)
Sterling Aldridge (*pro hac vice*)
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488 Telephone
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

*Settlement Class Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs Sandee's Bakery and Gnemi LLC*

**CERTIFICATE OF SERVICE**

The undersigned attorney, hereby certifies that on February 8, 2021, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

By: */s/ Blaine Finley*
Blaine Finley