## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* | Civil Action No. 19-cv-08318 |
| This Document Relates To:<br><br>*Direct Purchaser Plaintiffs' and Commercial and Institutional Indirect Purchaser Plaintiff's Actions* | Hon. Virginia M. Kendall<br>Hon. Gabriel A. Fuentes |

## STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY OBLIGATIONS OF DEFENDANT JENNIE-O TURKEY STORE, INC.

The Direct Purchaser Plaintiffs ("DPPs") and Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") (collectively "Plaintiffs") have met and conferred with Defendant Jennie-O Turkey Store, Inc. ("JOTS") regarding JOTS' discovery obligations in this litigation. The Parties (defined herein as JOTS and Plaintiffs) agree and stipulate as follows:

1. JOTS agrees to be bound by the Protective Order (ECF No. 201).

2. JOTS agrees to be bound by the Court's Order Regarding Production of Electronically Stored Information and Paper Documents (ECF No. 202).

3. Except as modified in this stipulation, JOTS agrees to abide by the Scheduling and Discovery Order (ECF No. 210), including any amendments or modifications thereto, and shall be deemed a "Defendant" for all purposes therein.

4. The Rule 26(a) Initial Disclosures made by Defendants Hormel Foods Corporation and Hormel Foods, LLC (collectively "Hormel") on December 15, 2020 shall be deemed to have been made on behalf of JOTS. JOTS is unaware of any disclosures required by Rule 26(a) that

565737.2

were withheld from Plaintiffs solely on the basis that JOTS was not a named Defendant in this case until January 10, 2022.

5.      The Rule 34 document productions made by Hormel in this litigation shall be deemed to have been made on behalf of JOTS.  JOTS is unaware of any responsive document being withheld from Plaintiffs solely on the basis that JOTS was not a named Defendant in this case until January 10, 2022. The parties agree that the fact that JOTS has been added as a named Defendant in amended complaints does not, by itself, establish good cause to revisit the parties' agreements regarding custodians, most of whom are or were JOTS employees; search terms; and the scope of discovery.

6.      JOTS agrees to collect and produce documents responsive to Plaintiffs' Rule 34 discovery requests for document custodians Heather Carr and Jay Maxwell consistent with prior agreements between Plaintiffs and Hormel regarding offers of production.

7.      JOTS will substantially complete its document production by June 1, 2022.

8.      JOTS will produce a privilege log for the custodial documents of Heather Carr and Jay Maxwell consistent with ¶ 20 of the Protective Order (ECF No. 201) no later than 30 days after the June 1, 2022 deadline for substantial completion of document production.

9.      Hormel's objections and responses to Plaintiffs' Rule 33 discovery requests in this litigation shall be deemed to have been made on behalf of JOTS.  JOTS is unaware of any responsive information withheld from Plaintiffs solely on the basis that JOTS was not a named Defendant in this case until January 10, 2022.

**IT IS SO STIPULATED.**

Dated:  February 22, 2022.

_s/ Simeon A. Morbey_
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Steve E. Serdikoff (PA #86773)
Leona B. Ajavon (MN #0401687)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
seserdikoff@locklaw.com
lbajavon@locklaw.com

_s/ Shana E. Scarlett_
Shana E. Scarlett
Rio S. Pierce
Abby R. Wolf
HAGENS BERMAN SOBOLSHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com
abbyw@hbsslaw.com

Steve Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone:  (708) 628-4949
Facsimile:  (708) 628-4950
steve@hbsslaw.com

***Interim Co-Lead Counsel for the Direct
Purchaser Plaintiff Class***

_s/ Blaine Finley_
Blaine Finley
Jonathan W. Cuneo
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES, PC
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
Telephone: (312) 899-9090
rac@cliffordlaw.com
smm@cliffordlaw.com

Don Barrett
Katherine Barrett Riley
Sterling Aldridge
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

***Counsel for Commercial and
Institutional Indirect Purchaser Plaintiffs***

*s/ Colby Anne Kingsbury*
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
311 South Wacker Drive, #4300
Chicago, IL 60606
Telephone:  (312) 212-6500
Colby.Kingsbury@Faegredrinker.com

Richard A. Duncan
Craig S. Coleman
Emily E. Chow
Isaac B. Hall
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
Telephone: (612) 766-7000
Richard.Duncan@Faegredrinker.com
Craig.Coleman@Faegredrinker.com
Emily.Chow@Faegredrinker.com
Isaac.Hall@Faegredrinker.com

Christopher A. Kreuder
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: (515) 248-9000
Christopher.Kreuder@Faegredrinker.com

***Counsel for Jennie-O Turkey Store, Inc.***

**IT IS SO ORDERED**

Date: _____          /s/ _____

                                                         Hon. Gabriel A. Fuentes
                                                         United States Magistrate Judge