# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Turkey Antitrust Litigation*<br><br>This Document Relates To:<br><br>*Winn-Dixie Stores, Inc. and Bi-Lo Holdings, Inc. v. Agri Stats, Inc., et al.*,<br>No. 1:21-cv-04131 | No. 1:19-cv-08318<br><br>Hon. Virginia M. Kendall<br>Hon. Gabriel A. Fuentes |

## JOINT STATUS REPORT DATED JUNE 15, 2022

Plaintiffs Winn-Dixie Stores, Inc. ("Winn-Dixie") and Bi-Lo Holding, Inc. ("Bi-Lo") (collectively "Winn-Dixie Plaintiffs") and undersigned Defendants jointly respond to the Court's minute entry (ECF No. 537) directing the parties to file a status report detailing the Winn-Dixie Plaintiffs' compliance with outstanding discovery.

To date, Winn-Dixie Plaintiffs have provided documents (non-structured) and have supplemented the Winn-Dixie and Bi-Lo structured data to span the time period specified in the ESI Order. However, the following production has not occurred:

- Structured data of C&S Wholesale Grocers – **June 8, 2022**

Undersigned counsel spoke telephonically on June 14, 2022, and Counsel for Winn-Dixie Plaintiffs indicated that it has been requesting the C&S Wholesale Grocers, Inc. structured data and has neither received such data nor any date by which such data could be provided.

**Defendants' Position**

If Winn-Dixie Plaintiffs intend to pursue claims assigned to them by C&S Wholesale Grocers, Inc. ("C&S"), they must provide discoverable documents from C&S, and, if Winn-Dixie

Plaintiffs cannot do so, they should not be permitted to pursue such claims. The deadline for substantial completion of structured data was October 29, 2021, at which point Winn-Dixie Plaintiffs had produced no structured data (including from C&S). Following Defendants' motion to compel, the Court ordered a status report to be filed on May 11, 2022. In that Joint Status Report, Winn-Dixie Plaintiffs chose June 8, 2022 as the date by which they would produce C&S's structured data – a date more than seven months after the Court-Ordered substantial completion deadline. Given Winn-Dixie Plaintiffs' failure to meet even this much later date, Defendants intend to renew their motion to compel as to the structured data from C&S. Defendants will request that the Court order that such structured data be produced within fourteen days, and if Winn-Dixie Plaintiffs fail to comply with the Court's order, Defendants will move for the sanction of excluding claims on behalf of C&S Wholesale Grocers.

**Winn-Dixie Plaintiffs' Position**

The Winn-Dixie Plaintiffs produced the structured data in their possession on February 16, 2022. In addition, the structured data sought from C&S is obviously in the possession of C&S. While the Winn-Dixie Plaintiffs have been requesting that C&S produce the data, they have no ability to compel C&S to do so absent serving a subpoena. Finally, C&S has indicated that it will cooperate and produce the data, but just has not been able to provide the data or an estimate of when it will be able to provide the data. Based on all of the above, the Winn-Dixie Plaintiffs request that this Court grant one additional week, or until June 22, 2022, to submit a Status Report, by which time the Winn-Dixie Plaintiffs are confident that they will have a date certain by which the C&S data will be produced.

Dated: June 15, 2022                                    Respectfully submitted,

*/s/ Patrick J. Ahern*                                  */s/ Jennifer A.L. Battle*
Patrick J. Ahern                                        Jennifer A.L. Battle (admitted *pro hac vice*)
AHERN AND ASSOCIATES, P.C.                              David J. Barthel
Willoughby Tower                                        Theodore M. Munsell
8 South Michigan Avenue, Ste. 3600                      Jill Rogers Spiker
Chicago, Illinois 60603                                 Joel E. Sechler
Tel: (312) 404-3760                                     CARPENTER, LIPPS & LELAND LLP
Email:                                                  280 North High Street Suite 1300
patrick.ahern@ahernandassociatespc.com                  Columbus, OH 43215
                                                        (614) 365-4100
*Attorneys for Plaintiffs Winn-Dixie Stores,*           Battle@carpenterlipps.com
*Inc. and Bi-Lo Holding LLC*                            Barthel@carpenterlipps.com
                                                        Munsell@carpenterlipps.com
                                                        Spiker@carpenterlipps.com
                                                        Sechler@carpenterlipps.com

                                                        Michael L. McCluggage
                                                        Daniel D. Birk
                                                        EIMER STAHL LLP
                                                        224 South Michigan Ave, Suite 1100
                                                        Chicago, IL 60604
                                                        (312) 660-7600
                                                        Mmcluggage@eimerstahl.com
                                                        Dbirk@eimerstahl.com

                                                        Joshua Goldberg
                                                        CARPENTER, LIPPS & LELAND LLP
                                                        180 North LaSalle Street, Suite 2105
                                                        Chicago, IL 60601
                                                        (312) 777-4825
                                                        Goldberg@carpenterlipps.com

                                                        *Counsel for Cooper Farms, Inc.*

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
Robert E. Entwisle
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com
rentwisle@mayerbrown.com

Sybil L. Dunlop
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-8345
sdunlop@greeneespel.com

*Counsel for Cargill, Incorporated and Cargill Meat Solutions Corporation*

/s/ Marc E. Rosenthal
Marc E. Rosenthal
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602
(312) 962-3530
Mrosenthal@proskauer.com

Christopher E. Ondeck
Colin R. Kass
Stephen R. Chuk
Rucha A. Desai
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
(202) 416-6800
COndeck@proskauer.com
CKass@proskauer.com
SChuk@proskauer.com
RDesai@proskauer.com

*Counsel for Butterball, LLC*

| | |
|---|---|
| */s/ Michael K. Sciaccotta* <br> Michael K. Sciaccotta <br> DENTONS US LLP <br> 233 S. Wacker Drive, Suite 5900 <br> Chicago, IL 60606 <br> (312) 876-8000 <br> michael.sciaccotta@dentons.com <br><br> Gaspare J. Bono <br> Leslie A. Barry <br> DENTONS US LLP <br> 1900 K Street NW <br> Washington, DC 20006 <br> (202) 496-7500 <br> gap.bono@dentons.com <br> leslie.barry@dentons.com <br><br> *Counsel for Farbest Foods, Inc.* | */s/ Gregory G. Wrobel* <br> Gregory G. Wrobel, Bar No. 03122900 <br> VEDDER PRICE P.C. <br> 222 North LaSalle Street <br> Chicago, Illinois 60601 <br> Telephone: (312) 609-7500 <br> gwrobel@vedderprice.com <br><br> Henry W. Jones, Jr. (*pro hac vice*) <br> JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC <br> 1951 Clark Avenue <br> Raleigh, North Carolina 27605 <br> Telephone: (919) 828-2501 <br> Facsimile: (919) 834-8447 <br> hjones@jordanprice.com <br><br> *Counsel for Defendant House of Raeford Farms, Inc.* |
| */s/ William H. Stallings* <br> Carmine R. Zarlenga <br> William H. Stallings <br> Stephen M. Medlock <br> Oral D. Pottinger <br> MAYER BROWN LLP <br> 1999 K Street NW <br> Washington DC 20009 <br> (202) 263-3000 <br> czarlenga@mayerbrown.com <br> wstallings@mayerbrown.com <br> smedlock@mayerbrown.com <br> opottinger@mayerbrown.com <br><br> *Counsel for Foster Farms, LLC, Foster Poultry Farms* | |

/s/ Colby Anne Kingsbury
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
311 South Wacker Drive, #4300
Chicago, IL 60606
(312) 212-6500
Colby.Kingsbury@faegredrinker.com

Richard A. Duncan
Craig S. Coleman
Emily E. Chow
Isaac B. Hall
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
(612) 766-7000
Richard.Duncan@faegredrinker.com
Craig.Coleman@faegredrinker.com
Emily.Chow@faegredrinker.com
Isaac.Hall@faegredrinker.com

Christopher A. Kreuder
Robert Gallup
Stephanie Koltookian
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000
Christopher.Kreuder@faegredrinker.com
Robert.Gallup@faegredrinker.com
Stephanie.Koltookian@faegredrinker.com

Jonathan H. Todt
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 230-5000
Jonathan.Todt@faegredrinker.com

*Counsel for Hormel Foods Corporation and Jennie-O Turkey Store, Inc.*

/s/ J. Douglas Baldridge
Kirstin B. Ives
FALKENBERG IVES LLP
30 N. LaSalle St., Suite 4020
Chicago, IL 60602
(312) 566-4803
kbi@falkenbergives.com

J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley
Paul Feinstein
Andrew T. Hernacki
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20004
(202) 344-4000
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
pfeinstein@venable.com
athernacki@venable.com

*Counsel for Perdue Foods LLC and Perdue Farms, Inc.*

/s/ Jacob D. Koering
Jacob D. Koering
MILLER, CANFIELD, PADDOCK & STONE, PLC
225 West Washington Avenue, Suite 2600
Chicago, IL 60606
(312) 460-4272
koering@millercanfield.com

William L. Monts III (*pro hac vice pending*)
Justin W. Bernick (*pro hac vice pending*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W. Washington, DC 20004-1109
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc.*

*/s/ Jordan Matthew Tank*
Jordan Matthew Tank
Sahrish Moyeed
LIPE LYONS MURPHY NAHRSTADT & PONTIKIS
230 West Monroe Street, Suite 2260
Chicago, Illinois 60606
Telephone: (312) 702-0586
jmt@lipelyons.com
sm@lipelyons.com

Tiffany Rider Rohrbaugh
Rachel J. Adcox
Lindsey Strang Aberg
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW
Washington, DC 20004
Telephone: (202) 469-3550
trider@axinn.com
radcox@axinn.com
lstrang@axinn.com

*Counsel for The Hillshire Brands Company, Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 15, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

By: /s/ *Jennifer A. L. Battle*