## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION*<br><br>This Document Relates to: *Direct Purchaser Plaintiffs' and Commercial and Institutional Indirect Purchaser Plaintiffs' Actions* | No. 19-cv-08318<br><br>Hon. Virginia M. Kendall<br>Hon. Gabriel A. Fuentes |

### PLAINTIFFS' MOTION TO AMEND THE SCHEDULING & DISCOVERY ORDER FOR DEPOSITIONS RELATED TO EVIDENTIARY ISSUES

Direct Purchaser Plaintiffs and Commercial and Institutional Indirect Purchaser Plaintiffs by and through their attorneys, move this Court to amend the Scheduling and Discovery Order so that the Parties may take Rule 30(b)(6) depositions limited to evidentiary issues after the close of fact discovery. A memorandum, declaration, and exhibits in support of this motion are filed contemporaneously herewith.

1

Dated: October 18, 2022

Respectfully submitted,

*s/ Simeon A. Morbey*
W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Steve E. Serdikoff (PA #86773)
Leona B. Ajavon (MN #0401687)
Stephen M. Owen (MN#0399370)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
seserdikoff@locklaw.com
lbajavon@locklaw.com
smowen@locklaw.com

*s/ Shana E. Scarlett*
Shana E. Scarlett
Rio S. Pierce
Abby R. Wolf
HAGENS BERMAN SOBOLSHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com
abbyw@hbsslaw.com

Steve Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
steve@hbsslaw.com

***Interim Co-Lead Counsel for the Direct Purchaser Plaintiff Class***

*s/ Blaine Finley*
Blaine Finley
Jonathan W. Cuneo
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
bfinley@cuneolaw.com
jonc@cuneolaw.com

Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES, PC
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
Telephone: (312) 899-9090
rac@cliffordlaw.com
smm@cliffordlaw.com

4860-8978-5401, v. 1

Don Barrett
Katherine Barrett Riley
Sterling Aldridge
BARRETT LAW GROUP, P.A.
P.O. Box 927 404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

*Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*