UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* | Case No. 1:19-cv-08318 |
| This Document Relates To | Hon. Gabriel A. Fuentes |
| ALL ACTIONS | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, pursuant to the Northern District of Illinois' Fourth Amended General Order 21-0027,[1] the undersigned counsel will not request in-person presentment of **Direct Purchaser Plaintiffs' and Commercial and Institutional Indirect Purchaser Plaintiffs' ("Class Plaintiffs") Motion to Quash Subpoena Served on Tyson Foods, Inc., The Hillshire Brands Company, Tyson Fresh Meats, Inc., and Tyson Prepared Foods, Inc. LLC**, a copy of which is herewith served upon you. The Northern District of Illinois' Fifth Amended General Order states that, "[u]nless required by an individual judge's case management procedures, motions must not be noticed for presentment," and that, if presentment is required by a judge's procedures, the "presiding judge will notify parties of the need, if any, for a hearing by electronic means or in-court proceeding."[2] Magistrate Judge Fuentes' Standing Order provides that parties should "file motions without noticing them for

---

[1] U.S. District Court for the Northern District of Illinois, Fifth Amended General Order 21-0027, ¶ 2 (Oct. 11, 2022), https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_clerksoffice/rules/admin/pdf-orders/General%20Order%2021-0027%20-%20Suspending%20Courtesy%20Copies%20Notices%20of%20Presentment%20-%20(102022).pdf.

[2] *Id.*

1

presentation[.]"³ Counsel confirm that they are available for a hearing by electronic means or in person, if the Court so requires.

| | |
|---|---|
| Dated: November 4, 2022 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: _/s/ Shana E. Scarlett_ |
| | Shana E. Scarlett |
| | Rio S. Pierce |
| | Abby R. Wolf |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 715 Hearst Avenue, Suite 202 |
| | Berkeley, California 94710 |
| | Telephone: (510) 725-3000 |
| | Facsimile: (510) 725-3001 |
| | shanas@hbsslaw.com |
| | riop@hbsslaw.com |
| | abbyw@hbsslaw.com |
| | |
| | Steve W. Berman |
| | 455 North Cityfront Plaza Drive, Suite 2410 |
| | Chicago, Illinois 60611 |
| | Telephone: (708) 628-4949 |
| | Facsimile: (708) 628-4950 |
| | steve@hbsslaw.com |

---

³ Magistrate Judge Gabriel A. Fuentes, Standing Order for Civil Cases (June 16, 2021), https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_judges/Fuentes/Standing%20Order%20For%20Civil%20Cases%20Before%20Judge%20Fuentes%20rev'd_SIGNED_6-16-21.pdf

By: /s/ *Blaine Finley*
　　　　Blaine Finley

Jonathan W. Cuneo (*pro hac vice*)
Yifei (Evelyn) Li (*pro hac vice*)
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com
evelyn@cuneolaw.com

Don Barrett (*pro hac vice*)
Katherine Barrett Riley (*pro hac vice*)
Sterling Starns (*pro hac vice*)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
sstarns@barrettlawgroup.com

W. Joseph Bruckner (MN #147758)
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Steve E. Serdikoff (PA #86773)
Leona B. Ajavon (MN #0401687)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
seserdikoff@locklaw.com
lbajavon@locklaw.com

***Co-Lead Counsel for the Direct Purchaser Plaintiff Class***

Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
Telephone: (312) 899-9090
rac@cliffordlaw.com
smm@cliffordlaw.com

Jon Tostrud (*pro hac vice*)
Anthony Carter (*pro hac vice*)
TOSTRUD LAW GROUP, PC
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 278-2600
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

***Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs Sandee's Bakery and Gnemi LLC***

3

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on November 4th, 2022 a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

By: /s/ *Shana Scarlett*
SHANA E. SCARLETT