UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Turkey Antitrust Litigation* <br><br> This Document Relates To: <br><br> *Amory Investments LLC v. Agri Stats, Inc., et al.*, No. 1:21-cv-06600 | No. 1:19-cv-08318 <br><br> Hon. Virginia M. Kendall <br> Hon. Gabriel A. Fuentes |

### JOINT STATUS REPORT DATED JANUARY 25, 2023

Pursuant to the Court's Order dated January 23, 2023 (ECF # 687), Plaintiff Amory Investments LLC ("Amory") and undersigned Defendants jointly file this status report regarding the topics below.

### Amended Initial Disclosures

Amory has not yet served amended Initial Disclosures, which it stipulated that it would do by October 31, 2022 (ECF # 615) and has continued to promise to do. Amory states that it will serve its amended Initial Disclosures by January 30, 2023.

### Deposition of Jack Loomis

The deposition of Jack Loomis has been rescheduled for Tuesday, January 31, 2023.

### The Status of the 30(b)(6) Deposition(s) of Amory

The parties were scheduled to discuss the date for a 30(b)(6) deposition last week, but counsel for Amory suffered a concussion that required him to rest all week on doctor's orders. Counsel for Amory has not provided the availability of his 30(b)(6) witness(es). It is Amory's position that the setting of that deposition should await the conclusion of the meet and confer on the deposition designations referenced below, at which time the topics that the 30(b)(6) witness will cover will be clarified.

In addition, the parties exchanged proposed 30(b)(6) designations from the deposition of Mr. Dietrick in an effort to reach agreement as to the 30(b)(6) topics that still need to be covered. The parties were scheduled to meet and confer, but counsel for Amory would like to respond in writing first. Amory states that it will respond by Wednesday, February 1, 2023, and the parties will meet and confer as soon as possible after that date.

**<u>Any Other Outstanding Discovery Issues</u>**

Regarding the remaining discovery, Amory has not yet provided new structured data to address the deficiencies that became clear during the testimony of Mr. Dietrick and that were specified in Defendants' letter dated December 8, 2022. Amory states that it will be able to produce the corrected structured data by February 3, 2023.

Amory has also not provided verifications for its answers to interrogatories. Amory states that it will serve those by January 30, 2023.

In light of the fact that several issues remain open, the parties respectfully request that the Court order another Joint Status Report be submitted on February 10, 2023 to address whether any of the issues above remain outstanding and to address any other discovery issues.

| | |
|---|---|
| Dated: January 25, 2023 | Respectfully submitted, |
| /s/ Patrick J. Ahern<br>Patrick J. Ahern<br>AHERN AND ASSOCIATES, P.C.<br>Willoughby Tower<br>8 South Michigan Avenue, Ste. 3600<br>Chicago, Illinois 60603<br>Tel: (312) 404-3760<br>Email:<br>patrick.ahern@ahernandassociatespc.com<br><br>*Attorneys for Plaintiff Amory Investments LLC* | /s/ Jennifer A.L. Battle<br>Jennifer A.L. Battle (admitted *pro hac vice*)<br>David J. Barthel<br>Theodore M. Munsell<br>Jill Rogers Spiker<br>Joel E. Sechler<br>CARPENTER, LIPPS & LELAND LLP<br>280 North High Street Suite 1300<br>Columbus, OH 43215<br>(614) 365-4100<br>Battle@carpenterlipps.com<br>Barthel@carpenterlipps.com<br>Munsell@carpenterlipps.com<br>Spiker@carpenterlipps.com<br>Sechler@carpenterlipps.com<br><br>Michael L. McCluggage<br>Daniel D. Birk<br>EIMER STAHL LLP<br>224 South Michigan Ave, Suite 1100<br>Chicago, IL 60604<br>(312) 660-7600<br>Mmcluggage@eimerstahl.com<br>Dbirk@eimerstahl.com<br><br>Joshua Goldberg<br>CARPENTER, LIPPS & LELAND LLP<br>180 North LaSalle Street, Suite 2105<br>Chicago, IL 60601<br>(312) 777-4825<br>Goldberg@carpenterlipps.com<br><br>*Counsel for Cooper Farms, Inc.* |

| | |
|---|---|
| */s/ Britt M. Miller* | */s/ Marc E. Rosenthal* |
| Britt M. Miller | Marc E. Rosenthal |
| Matthew D. Provance | PROSKAUER ROSE LLP |
| Robert E. Entwisle | 70 West Madison, Suite 3800 |
| MAYER BROWN LLP | Chicago, IL 60602 |
| 71 South Wacker Drive | (312) 962-3530 |
| Chicago, IL 60606 | Mrosenthal@proskauer.com |
| (312) 782-0600 | |
| bmiller@mayerbrown.com | Christopher E. Ondeck |
| mprovance@mayerbrown.com | Colin R. Kass |
| rentwisle@mayerbrown.com | Stephen R. Chuk |
| | Rucha A. Desai |
| Sybil L. Dunlop | PROSKAUER ROSE LLP |
| GREENE ESPEL PLLP | 1001 Pennsylvania Avenue NW, Suite 600 |
| 222 South Ninth Street, Suite 2200 | Washington, DC 20004 |
| Minneapolis, MN 55402 | (202) 416-6800 |
| (612) 373-8345 | COndeck@proskauer.com |
| sdunlop@greeneespel.com | CKass@proskauer.com |
| | SChuk@proskauer.com |
| *Counsel for Cargill, Incorporated and Cargill Meat Solutions Corporation* | RDesai@proskauer.com |
| | *Counsel for Butterball, LLC* |

| | |
|---|---|
| */s/ Michael K. Sciaccotta* | */s/ Gregory G. Wrobel* |
| Michael K. Sciaccotta | Gregory G. Wrobel, Bar No. 03122900 |
| DENTONS US LLP | VEDDER PRICE P.C. |
| 233 S. Wacker Drive, Suite 5900 | 222 North LaSalle Street |
| Chicago, IL 60606 | Chicago, Illinois 60601 |
| (312) 876-8000 | Telephone: (312) 609-7500 |
| michael.sciaccotta@dentons.com | gwrobel@vedderprice.com |
| | |
| Gaspare J. Bono | Henry W. Jones, Jr. (*pro hac vice*) |
| Leslie A. Barry | JORDAN PRICE WALL GRAY JONES |
| DENTONS US LLP | & CARLTON, PLLC |
| 1900 K Street NW | 1951 Clark Avenue |
| Washington, DC 20006 | Raleigh, North Carolina 27605 |
| (202) 496-7500 | Telephone: (919) 828-2501 |
| gap.bono@dentons.com | Facsimile: (919) 834-8447 |
| leslie.barry@dentons.com | hjones@jordanprice.com |
| | |
| *Counsel for Farbest Foods, Inc.* | *Counsel for Defendant House of Raeford Farms, Inc.* |

*/s/ William H. Stallings*
Carmine R. Zarlenga
William H. Stallings
Stephen M. Medlock
Oral D. Pottinger
MAYER BROWN LLP
1999 K Street NW
Washington DC 20009
(202) 263-3000
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
smedlock@mayerbrown.com
opottinger@mayerbrown.com

*Counsel for Foster Farms, LLC, Foster Poultry Farms*

/s/ Lance W. Lange
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
311 South Wacker Drive, #4300
Chicago, IL 60606
(312) 212-6500
Colby.Kingsbury@faegredrinker.com

Richard A. Duncan
Craig S. Coleman
Emily E. Chow Isaac
B. Hall
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
(612) 766-7000
Richard.Duncan@faegredrinker.com
Craig.Coleman@faegredrinker.com
Emily.Chow@faegredrinker.com
Isaac.Hall@faegredrinker.com

Jacob D. Bylund
Lance W. Lange
Christopher A. Kreuder
Robert Gallup
Stephanie Koltookian
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000
Jacob.Bylund@faegredrinker.com
Lance.Lange@faegredrinker.com
Christopher.Kreuder@faegredrinker.com
Robert.Gallup@faegredrinker.com
Stephanie.Koltookian@faegredrinker.com

Jonathan H. Todt
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 230-5000
Jonathan.Todt@faegredrinker.com

*Counsel for Hormel Foods Corporation and Jennie-O Turkey Store, Inc.*

/s/ J. Douglas Baldridge
Kirstin B. Ives
FALKENBERG IVES LLP
30 N. LaSalle St., Suite 4020
Chicago, IL 60602
(312) 566-4803
kbi@falkenbergives.com

J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley
Paul Feinstein
Andrew T. Hernacki
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20004
(202) 344-4000
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
pfeinstein@venable.com
athernacki@venable.com

*Counsel for Perdue Foods LLC and Perdue Farms, Inc.*

/s/ Jacob D. Koering
Jacob D. Koering
MILLER, CANFIELD, PADDOCK & STONE, PLC
225 West Washington Avenue, Suite 2600
Chicago, IL 60606
(312) 460-4272
koering@millercanfield.com

William L. Monts III (*pro hac vice pending*)
Justin W. Bernick (*pro hac vice pending*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W. Washington, DC 20004-1109
(202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc.*

*/s/ Jordan Matthew Tank*
Jordan Matthew Tank
Sahrish Moyeed
LIPE LYONS MURPHY NAHRSTADT & PONTIKIS
230 West Monroe Street, Suite 2260
Chicago, Illinois 60606
Telephone: (312) 702-0586
jmt@lipelyons.com
sm@lipelyons.com

Tiffany Rider Rohrbaugh
Rachel J. Adcox
Lindsey Strang Aberg
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW
Washington, DC 20004
Telephone: (202) 469-3550
trider@axinn.com
radcox@axinn.com
lstrang@axinn.com

*Counsel for The Hillshire Brands Company, Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on January 25, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

By: /s/ *Jennifer A.L. Battle*