**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* | No. 1:19-cv-08318 |
| This Document Relates To: | |
| COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION (1:20-cv-02295) | **(Filed Under Seal)** |

## DEFENDANTS CARGILL INCORPORATED AND CARGILL MEAT SOLUTIONS CORPORATION'S ANSWER TO PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINT

Defendants Cargill, Incorporated ("Cargill") and Cargill Meat Solutions Corporation ("CMS"), by and through their counsel of record, respond as follows to the corresponding numbered allegations in the Fourth Amended Class Action Complaint ("Complaint") while reserving the right to file any motions permitted by the Rules or by this Court. Except as expressly stated below, and in accordance with Federal Rule of Civil Procedure 8(b)(3), Cargill and CMS deny all allegations in the Complaint not specifically admitted. For the reader's convenience, Cargill and CMS have organized this Answer to correspond with the headings, subheadings, and numbering used within the Complaint. In doing so, Cargill and CMS do not admit that the headings or subheadings are factually accurate, and to the extent that any heading can be read to contain factual allegations, each and every one of them is denied. In addition, Plaintiffs' Complaint contains dozens of footnotes. To the extent the contents of those footnotes are not addressed in the text of the response to the Complaint paragraph to which the footnote relates and/or to the extent that the content of any footnote can be read to contain factual allegations, Cargill and CMS deny each and every one of them.

## ANSWER

**ANSWER TO UNNUMBERED PARAGRAPH:** The Unnumbered Paragraph of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint purports to bring a class action on behalf of the class set forth in the Unnumbered Paragraph, but Cargill and CMS deny that such a class may be properly certified. Cargill and CMS further admit that Plaintiffs seek relief under federal law, but Cargill and CMS deny that Plaintiffs are entitled to any relief whatsoever. Cargill and CMS deny the remaining allegations in the Unnumbered Paragraph.

## I.  NATURE OF ACTION

**ANSWER TO PARAGRAPH 1:** Paragraph 1 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit that Cargill and CMS are named as defendants in this matter and that the Complaint refers to Cargill and CMS collectively as "Cargill," but Cargill and CMS deny that it is appropriate to so refer to them. Cargill and CMS admit that, during the alleged Class Period, CMS sold certain turkey products in the United States. Cargill and CMS admit that the Complaint purports to characterize data from various unidentified sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 1 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 2:** Cargill and CMS deny the allegations in Paragraph 2 of the Complaint.

**ANSWER TO PARAGRAPH 3:** Paragraph 3 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit that for

a period of time during the alleged Class Period CMS subscribed to certain Agri Stats reports related to the production and sales of turkey products. Cargill and CMS deny the remaining allegations in Paragraph 3 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 3 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 4:** Paragraph 4 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit that for a period of time during the alleged Class Period CMS subscribed to certain Agri Stats reports related to the production and sales of turkey products. Cargill and CMS further admit that the Complaint purports to characterize Agri Stats reports related to turkey products. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 4 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 4 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 5:** Paragraph 5 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint purports to quote from and characterize various sources, including the language selectively excerpted from *United States v. U.S. Gypsum Co.*, 438 U.S. 422 (1978). Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS further admit that for a period of time during the alleged Class Period CMS subscribed to Agri Stats reports related to turkey products. Cargill and CMS admit that the Complaint purports to characterize Agri Stats reports related to turkey products. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 5.

**ANSWER TO PARAGRAPH 6:** Paragraph 6 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 6.

**ANSWER TO PARAGRAPH 7:** Cargill and CMS admit that the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 7 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 7 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 8:** Cargill and CMS admit that the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 8 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 8 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 9:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS admit that for a period of time during the alleged Class Period CMS subscribed to certain Agri Stats reports related to the production and sales of turkey products. Cargill and CMS deny the remaining allegations in Paragraph 9 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 9 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 10:** Paragraph 10 of the Complaint states legal conclusions to

which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint purports to quote from and characterize various sources, including the language selectively excerpted from *Todd v. Exxon Corp.*, 275 F.3d 191 (2d Cir. 2001). Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 10.

**ANSWER TO PARAGRAPH 11:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 11 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 12:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 12 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 12 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 13:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 13 relating to any "confidential witness," and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 13 of the Complaint.

**ANSWER TO PARAGRAPH 14:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 14 relating to any "confidential witness," and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 14 of the Complaint.

**ANSWER TO PARAGRAPH 15:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 15 relating to any "confidential witness," and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 15 of the Complaint.

**ANSWER TO PARAGRAPH 16:** Cargill and CMS admit the Complaint purports to quote from and characterize Agri Stats reports related to turkey products. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 16.

**ANSWER TO PARAGRAPH 17:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources, including Agri Stats reports related to turkey products. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 17.

**ANSWER TO PARAGRAPH 18:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 18 relating to any "confidential witness," and therefore deny them. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 18 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 19:** Cargill and CMS admit that for a period of time during the alleged Class Period CMS subscribed to certain Agri Stats reports related to the production and sales of turkey products. Cargill and CMS deny the remaining allegations in Paragraph 19 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 19 relating

to any "confidential witness," and therefore deny them. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 19 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 20:** Paragraph 20 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint contains a chart purporting to reflect data from various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 20.

**ANSWER TO PARAGRAPH 21:** Paragraph 21 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint contains a chart purporting to reflect data from various unidentified sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 21 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations about Plaintiffs' experts, and therefore deny them. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 21 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 22:** ████████████████████

██████████████████████████████████████████

Cargill and CMS deny the remaining allegations in Paragraph 22 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 22 relating to any "confidential witness," and therefore deny them. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 22 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 23:** Cargill and CMS deny the allegations in Paragraph 23 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 23 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 24:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 24 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 25:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 25 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 26:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 26 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 27:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 27 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 28:**  Paragraph 28 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 28.

**ANSWER TO PARAGRAPH 29:**  Paragraph 29 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 29.

**ANSWER TO PARAGRAPH 30:**  Paragraph 30 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 30.

**ANSWER TO PARAGRAPH 31:**  Paragraph 31 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint contains a chart purporting to reflect data from various unidentified sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 31 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations about Plaintiffs' experts, and therefore deny them. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 31 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 32:**  Paragraph 32 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint purports to characterize data from various unidentified sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 32 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations

about Plaintiffs' experts, and therefore deny them. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 32 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 33:** Paragraph 33 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 33.

## II.        JURISDICTION AND VENUE

**ANSWER TO PARAGRAPH 34:** Paragraph 34 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint seeks damages and injunctive relief under federal law. Cargill and CMS further admit that the Court has subject matter jurisdiction. Cargill and CMS deny the remaining allegations in Paragraph 34.

**ANSWER TO PARAGRAPH 35:** Paragraph 35 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS do not contest venue in this District. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 35 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 36:** Paragraph 36 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS do not contest personal jurisdiction in this action. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 36 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 37:** Paragraph 37 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny

the allegations in Paragraph 37.

### III. PARTIES

#### A. Plaintiffs

**ANSWER TO PARAGRAPH 38:** Cargill and CMS deny that Plaintiff Sandee's Bakery d/b/a Sandee's Catering Bakery & Deli suffered any antitrust injury. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 38 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 39:** Cargill and CMS deny that Plaintiff Gnemi, LLC d/b/a Logan Farms suffered any antitrust injury. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 39 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 40:** Cargill and CMS deny that Plaintiff Maquoketa Care Center suffered any antitrust injury. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 40 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 41:** Cargill and CMS deny that Plaintiff Thyme Cage & Market suffered any antitrust injury. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 41 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 42:** Cargill and CMS deny that Plaintiff Bernie's LLC suffered any antitrust injury. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 42 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 43:** Cargill and CMS deny that Plaintiff Liberty Holding

Company d/b/a Liberty Tap Room and Grill suffered any antitrust injury. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 43 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 44:** Cargill and CMS deny that Plaintiff Music Matters, LLC d/b/a Stickyz Rock 'N' Roll Chicken Shack suffered any antitrust injury. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 44 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 45:** Cargill and CMS deny that Plaintiff Martin's BBQ, LLC suffered any antitrust injury. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 45 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 46:** Cargill and CMS deny that Plaintiff Social Kitchen suffered any antitrust injury. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 46 of the Complaint, and therefore deny them.

B.     **Defendants**

**ANSWER TO PARAGRAPH 47:** Cargill and CMS deny that Cargill or CMS participated in the alleged conspiracy. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 47 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 48:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 48 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 49:** Cargill and CMS admit that Cargill, Incorporated, is a privately held Delaware corporation headquartered in Wayzata, Minnesota. Cargill and CMS

admit that, during the alleged Class Period, CMS sold certain turkey products in the United States. To the extent not specifically admitted, Cargill and CMS deny the remaining allegations in Paragraph 49.

**ANSWER TO PARAGRAPH 50:** Cargill and CMS admit that Cargill Meat Solutions Corporation is a Delaware corporation and wholly owned subsidiary of Cargill, Incorporated. Cargill and CMS further admit that during the alleged Class Period, Cargill Meat Solutions Corporation sold certain turkey products in the United States. To the extent not specifically admitted, Cargill and CMS deny the remaining allegations in Paragraph 50.

**ANSWER TO PARAGRAPH 51:** Cargill and CMS admit the Complaint refers to Cargill and CMS collectively as "Cargill," but Cargill and CMS deny that it is appropriate to so refer to them. To the extent not specifically admitted, Cargill and CMS deny the remaining allegations in Paragraph 51.

**ANSWER TO PARAGRAPH 52:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 52 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 53:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 53 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 54:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 54 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 55:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 55 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 56:**  Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 56 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 57:**  Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 57 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 58:**  Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 58 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 59:**  Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 59 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 60:**  Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 60 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 61:**  Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 61 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 62:**  Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 62 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 63:**  Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 63 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 64:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 64 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 65:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 65 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 66:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 66 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 67:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 67 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 68:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 68 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 69:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 69 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 70:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 70 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 71:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 71 of the Complaint, and therefore deny them.

C.    **Co-Conspirators**

**ANSWER TO PARAGRAPH 72:** Cargill and CMS deny that Cargill or CMS participated in the alleged conspiracy. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 72 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 73:** Cargill and CMS deny that Cargill or CMS participated in the alleged conspiracy. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 73 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 74:** Cargill and CMS deny that Cargill or CMS participated in the alleged conspiracy. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 74 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 75:** Cargill and CMS deny that Cargill or CMS participated in the alleged conspiracy. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 75 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 76:** Cargill and CMS deny that Cargill or CMS participated in the alleged conspiracy. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 76 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 77:** Cargill and CMS deny that Cargill or CMS participated in the alleged conspiracy. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 77 of the Complaint, and therefore deny

them.

## IV.    FACTUAL ALLEGATIONS

**A.    Agri Stats lies at the center of an extensive conspiracy between Defendants.**

**ANSWER TO PARAGRAPH 78:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the allegations in Paragraph 78 to the extent they relate to Agri Stats' subscription services. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 78 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 79:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 79 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 80:** Cargill and CMS deny the allegations in the Paragraph 80 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 80, and therefore deny them.

**ANSWER TO PARAGRAPH 81:** Cargill and CMS deny the allegations in the Paragraph 81 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 81, and therefore deny them.

**ANSWER TO PARAGRAPH 82:** Paragraph 82 of the Complaint contains legal argument to which no response is required. To the extent a response may be required, Cargill and CMS deny that Cargill or CMS used Agri Stats reports for anticompetitive purposes. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in

Paragraph 82, and therefore deny them.

**ANSWER TO PARAGRAPH 83:** Paragraph 83 of the Complaint contains legal argument to which no response is required. To the extent a response may be required, Cargill and CMS deny that Cargill or CMS used Agri Stats reports for anticompetitive purposes. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 83, and therefore deny them.

**ANSWER TO PARAGRAPH 84:** Paragraph 84 of the Complaint contains legal argument to which no response is required. To the extent a response may be required, Cargill and CMS deny that Cargill or CMS used Agri Stats reports for anticompetitive purposes. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 84, and therefore deny them.

**ANSWER TO PARAGRAPH 85:** Paragraph 85 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint purports to quote from and characterize various sources, including the language selectively excerpted from *United States v. Gypsum Co.*, 438 U.S. 422 (1978). Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 85.

**ANSWER TO PARAGRAPH 86:** Paragraph 86 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint purports to quote from and characterize various sources, including the language selectively excerpted from *Todd v. Exxon Corp.*, 275 F.3d 191 (2d Cir. 2001). Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 86.

1.     **Agri Stats Reports and Subscriptions by Defendants and their Co-**

Conspirators.

**ANSWER TO PARAGRAPH 87:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 87 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 87 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 88:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS further admit that for a period of time during the alleged Class Period CMS subscribed to certain Agri Stats reports related to the production and sales of turkey products. Cargill and CMS deny the remaining allegations in Paragraph 88 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 88 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 89:** Cargill and CMS admit that for a period of time during the alleged Class Period CMS subscribed to certain Agri Stats reports related to the production and sales of turkey products. Cargill and CMS deny the remaining allegations in Paragraph 89 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 89 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 90:** Cargill and CMS deny the allegations in Paragraph 90 of the Complaint.

**ANSWER TO PARAGRAPH 91:** Cargill and CMS admit that for a period of time during the

alleged Class Period CMS subscribed to certain Agri Stats reports related to the production and sales of turkey products. Cargill and CMS further admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 91.

**ANSWER TO PARAGRAPH 92:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 92 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 93:** Cargill and CMS admit that for a period of time during the alleged Class Period CMS subscribed to certain Agri Stats reports related to the production and sales of turkey products. Cargill and CMS further admit that the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 93 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 93 insofar as they are directed at others, and therefore deny them.

       *a.*     ***Examples of Agri Stats Reports.***

**ANSWER TO PARAGRAPH 94:** Cargill and CMS deny the allegations in Paragraph 94 of the Complaint.

**ANSWER TO PARAGRAPH 95:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 95.

**ANSWER TO PARAGRAPH 96:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 96.

**ANSWER TO PARAGRAPH 97:** Cargill and CMS admit the USDA and Urner Barry provide some publicly available data regarding turkey products and that Agri Stats's services were subscription based. Cargill and CMS further admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 97.

**ANSWER TO PARAGRAPH 98:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS further admit that for a period of time during the alleged Class Period CMS subscribed to certain Agri Stats reports related to the production and sales of turkey products. Cargill and CMS deny the remaining allegations in Paragraph 98.

**ANSWER TO PARAGRAPH 99:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 99.

**ANSWER TO PARAGRAPH 100:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 100.

**ANSWER TO PARAGRAPH 101:** Cargill and CMS admit the USDA published information that related to sales of turkey products during the alleged Class Period. Cargill and CMS further admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 101.

**ANSWER TO PARAGRAPH 102:** Cargill and CMS admit the Complaint contains pages from and purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the

remaining allegations in Paragraph 102.

**ANSWER TO PARAGRAPH 103:** Cargill and CMS admit the Complaint contains pages from and purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 103.

**ANSWER TO PARAGRAPH 104:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 104.

**ANSWER TO PARAGRAPH 105:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 105.

> **b.** *Defendants subscribed to Agri Stats/EMI reports throughout the class period.*

**ANSWER TO PARAGRAPH 106:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 106 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 107:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS further admit that for a period of time during the alleged Class Period CMS subscribed to certain Agri Stats reports related to the production and sales of turkey products. Cargill and CMS deny the remaining allegations in Paragraph 107.

**ANSWER TO PARAGRAPH 108:** Cargill and CMS admit the Complaint purports to

characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 108 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 109:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 109 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 110:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 110 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 111:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 111 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 112:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 112 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 113:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 113 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 114:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 114 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 115:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 115 of the Complaint, and therefore deny them.

*c.*     *The Co-Conspirators also participated in Agri Stats/EMI.*

**ANSWER TO PARAGRAPH 116:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 116 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 117:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form

a belief as to the truth of the remaining allegations in Paragraph 117 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 118:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 118 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 119:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 119 of the Complaint, and therefore deny them.

**ANSWER TO PARAGRAPH 120:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 120 of the Complaint, and therefore deny them.

    **2.**    **Defendants relied on Agri Stats reports for every critical part of their operations.**

**ANSWER TO PARAGRAPH 121:** Cargill and CMS deny the allegations in Paragraph 121 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 121 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 122:** Cargill and CMS admit the Complaint purports to quote from

and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 122, and therefore deny them.

### a. *Defendants Relied on Agri Stats Reports in Setting Prices and Identifying Opportunities to Raise Prices.*

**ANSWER TO PARAGRAPH 123:** Cargill and CMS deny the allegations in Paragraph 123 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 123 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 124:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 124 relating to any "confidential witness," and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 124 of the Complaint.

**ANSWER TO PARAGRAPH 125:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 125 relating to any "confidential witness," and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 125 of the Complaint.

**ANSWER TO PARAGRAPH 126:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 126 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 127:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 127 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 128:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 128 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 129:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 129 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 130:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 130 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 131:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 131 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 132:** Cargill and CMS admit the Complaint purports to quote from

and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 132 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 133:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS further admit that for a period of time during the alleged Class Period CMS subscribed to certain Agri Stats reports related to turkey products. Cargill and CMS deny the remaining allegations in Paragraph 133.

**ANSWER TO PARAGRAPH 134:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS further admit that for a period of time during the alleged Class Period CMS subscribed to certain Agri Stats reports related to the production and sales of turkey products. Cargill and CMS deny the remaining allegations in Paragraph 134.

**ANSWER TO PARAGRAPH 135:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS admit that for a period of time during the alleged Class Period CMS subscribed to certain Agri Stats reports related to the production and sales of turkey products. ██████████████████████████████ ██████████████████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 135.

**ANSWER TO PARAGRAPH 136:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in

Paragraph 136.

**ANSWER TO PARAGRAPH 137:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 137 relating to any "confidential witness," and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 137 of the Complaint.

**ANSWER TO PARAGRAPH 138:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 138 relating to any "confidential witness," and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 138 of the Complaint.

**ANSWER TO PARAGRAPH 139:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 139 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 139 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 140:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 140 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 141:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 141 insofar as they are directed at

others, and therefore deny them.

**ANSWER TO PARAGRAPH 142:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 142 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 143:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 143 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 144:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 144 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 145:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 145 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 146:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form

a belief as to the truth of the remaining allegations in Paragraph 146 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 147:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 147 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 148:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. ███████████████████

████████████████████████████████

██████████████████ Cargill and CMS deny the remaining allegations in Paragraph 148.

**ANSWER TO PARAGRAPH 149:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 149 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 149 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 150:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources, including a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. █████████████

████████████████████████████████

███████████ ██████████ Cargill and CMS deny the remaining allegations in Paragraph 150 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient

knowledge or information to form a belief as to the truth of the allegations in Paragraph 150 insofar as they are directed at others, and therefore deny them.

        *b.*     ***Defendants Relied on Agri Stats Reports to*** ███████████

**ANSWER TO PARAGRAPH 151:** Cargill and CMS deny that Cargill or CMS used Agri Stats reports for anticompetitive purposes. Cargill and CMS deny the remaining allegations in Paragraph 151 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 151 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 152:** Cargill and CMS deny the allegations in Paragraph 152 of the Complaint.

**ANSWER TO PARAGRAPH 153:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 153 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 154:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. ██████████████

████████████████████████████

████████████████████████████

██████████ Cargill and CMS deny the remaining allegations in Paragraph 154.

**ANSWER TO PARAGRAPH 155:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that

is inconsistent with such source. ████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████ Cargill and CMS deny the remaining allegations in Paragraph 155.

**ANSWER TO PARAGRAPH 156:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. ████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████ Cargill and CMS deny the remaining allegations in Paragraph 156.

**ANSWER TO PARAGRAPH 157:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. ████████████████████████████████

████████████████████████████████████████████████████████████████

████████████ Cargill and CMS deny the remaining allegations in Paragraph 157.

**ANSWER TO PARAGRAPH 158:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 158 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 159:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 159 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 160:** Cargill and CMS admit the Complaint purports to quote from

and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 160 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 161:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 161 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 162:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 162 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 163:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 163 insofar as they are directed at others, and therefore deny them.

              *c.*     *Agri Stats Reports and Metrics Were Tremendously Important to Defendants and their Co-Conspirators.*

**ANSWER TO PARAGRAPH 164:** Cargill and CMS deny the allegations in Paragraph 164 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 164 insofar as they are

directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 165:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 165 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 166:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 166.

**ANSWER TO PARAGRAPH 167:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 167 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 167 insofar as they are directed at others, and therefore deny them.

d.      *Agri Stats Directly Facilitated the Exchange of Sensitive Information* ███████████████████████████████████████████ ██████████████████████

**ANSWER TO PARAGRAPH 168:** Cargill and CMS deny the allegations in Paragraph 168 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 168 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 169:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 169 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 170:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 170 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 171:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 171 relating to any "confidential witness," and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 171 of the Complaint.

**ANSWER TO PARAGRAPH 172:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. █████████████████████████████████

██████████████████████████████████████████████

Cargill and CMS deny the remaining allegations in Paragraph 172.

**ANSWER TO PARAGRAPH 173:** █████████████████████████████

███████████████████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 173.

**ANSWER TO PARAGRAPH 174:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 174 relating to any "confidential witness," and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 174 of the Complaint.

**ANSWER TO PARAGRAPH 175:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 175 relating to any "confidential witness," and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 175 of the Complaint.

**ANSWER TO PARAGRAPH 176:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 176 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 177:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 177 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 178:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 178 insofar as they are directed at

others, and therefore deny them.

**ANSWER TO PARAGRAPH 179:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 179 insofar as they are directed at others, and therefore deny them.

> ### e. *Certain Defendants Tied Compensation and Performance Reviews to their* ▮▮▮▮▮▮▮▮▮▮

**ANSWER TO PARAGRAPH 180:** Cargill and CMS deny the allegations in Paragraph 180 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 180 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 181:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 181 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 182:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 182 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 183:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 183 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 184:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 184.

**ANSWER TO PARAGRAPH 185:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 185 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 186:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 186 insofar as they are directed at others, and therefore deny them.

3.    **Defendants and Their Co-Conspirators regularly and easily** ████

**ANSWER TO PARAGRAPH 187:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 187 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 188:** Cargill and CMS deny the allegations in Paragraph 188 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient

knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 188 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 189:** Cargill and CMS deny the allegations in Paragraph 189 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 189 relating to any "confidential witness," and therefore deny them. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 189 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 190:** Cargill and CMS deny the allegations in Paragraph 190 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 190 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 191:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 191 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 191 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 192:** Cargill and CMS deny the allegations in Paragraph 192 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 192 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 193:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 193 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 194:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 194 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 195:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 195 relating to any "confidential witness," and therefore deny them. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 195 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 196:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 196 relating to any "confidential witness," and therefore deny them. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 196 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 197:** Cargill and CMS admit that for a period of time during the alleged Class Period CMS subscribed to certain Agri Stats reports related to the production and

sales of turkey products. Cargill and CMS deny the remaining allegations in Paragraph 197 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 197 relating to any "confidential witness," and therefore deny them. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 197 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 198:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 198 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 198 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 199:** Cargill and CMS admit the Complaint purports to quote from and characterize documents produced by CMS. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. ████████████████████

████████████████████████████████████████████████

████████████████ Cargill and CMS deny the remaining allegations in Paragraph 199 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 199 relating to any "confidential witness," and therefore deny them. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 199 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 200:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that

is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 200 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 200 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 201:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 201 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 202:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 202 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 203:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 203 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 204:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 204 insofar as they are directed at others, and therefore deny them.

    **4.**     *Agri Stats was aware reports* ███████████████████
███████████

**ANSWER TO PARAGRAPH 205:** Cargill and CMS deny the allegations in Paragraph 205 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 205 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 206:** Cargill and CMS deny the allegations in Paragraph 206 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 206 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 207:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 207 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 208:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 208 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 209:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 209 insofar as they are directed at

others, and therefore deny them.

**ANSWER TO PARAGRAPH 210:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 210 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 211:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 211 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 212:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. ████████████████████████

████████████████████████████████████

Cargill and CMS deny the remaining allegations in Paragraph 212 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 212 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 213:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 213 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 213 insofar

as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 214:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 214 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 214 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 215:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 215 insofar as they are directed at others, and therefore deny them.

**B.** ███████████████████████ **provided a forum for coordination among the Defendants and their Co-Conspirators.**

**ANSWER TO PARAGRAPH 216:** Cargill and CMS admit the allegations in Paragraph 216 of the Complaint.

**ANSWER TO PARAGRAPH 217:** ████████████████████████

████████████████████████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 217 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 217 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 218:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. ████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████ Cargill and

CMS deny the remaining allegations in Paragraph 218 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 218 relating to any "confidential witness," and therefore deny them. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 218 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 219:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 219 relating to any "confidential witness," and therefore deny them. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 219 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 220:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 220 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 221:** ████████████████████████████████

████████████████████████████████████████████████████

████████████ Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 221 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 222:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. ████████████████████████████████████

████████████████████ ██████████████████████████ ████████████████

████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 222 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 222 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 223:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 223 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 224:** Cargill and CMS deny the allegations in Paragraph 224 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 224 relating to any "confidential witness," and therefore deny them. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 224 insofar as they are directed at others, and therefore deny them.

**C.**    **Defendants conspired to restrain competition in the market for turkey.**

**1.**    **Pre-Class Liability Period from 2008-2009:** ████████████ ████████████ █
████████████████████████████████████████████████████████████
████████████████████████████████████████████████

**ANSWER TO PARAGRAPH 225:** Paragraph 225 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 225.

**a.**    ██████████████████████████████████████████████████ *In*

████████████████████████████████
██████████████████████

**ANSWER TO PARAGRAPH 226:** Cargill and CMS admit that feed is one of the costs associated with growing a turkey. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 226, and therefore deny them.

**ANSWER TO PARAGRAPH 227:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 227, and therefore deny them.

**ANSWER TO PARAGRAPH 228:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 228 insofar as they are directed at others, and therefore deny them.

**b.** ████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████

**ANSWER TO PARAGRAPH 229:** ████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 229 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 229 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 230:** Cargill and CMS admit the Complaint purports to quote from

and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. ████████████████████████████

████████████████████████████████████████████████████████

████████████████ Cargill and CMS deny the remaining allegations in Paragraph 230 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 230 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 231:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 231 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 232:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 232 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 233:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 233 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 234:** ████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

Cargill and CMS deny the remaining allegations in Paragraph 234 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 234 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 235:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 235 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 235 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 236:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 236 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 237:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 237 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 238:** Cargill and CMS admit the Complaint purports to quote from

and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 238 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 239:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 239 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 240:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 240 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 241:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. █████████████████████████

██████████████████████████████████████████████

███████████████ Cargill and CMS deny the remaining allegations in Paragraph 241 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 241 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 242:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 242 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 242 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 243:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 243 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 244:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 244 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 244 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 245:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny that plaintiffs have not located a copy of the initial draft of the Outlook Study. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 245 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 246:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form

a belief as to the truth of the remaining allegations in Paragraph 246 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 247:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 247 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 248:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 248 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 249:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 249 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 250:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 250 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 251:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 251 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 252:** ███████████████████████████

███████████████████████████████████████████████████

████████████████████ Cargill and CMS further admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 252 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 252 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 253:** ███████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

Cargill and CMS deny the remaining allegations in Paragraph 253 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 253 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 254:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 254 insofar as they are directed at

others, and therefore deny them.

**ANSWER TO PARAGRAPH 255:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 255 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 256:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 256 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 257:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 257 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 258:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 258 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 259:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form

a belief as to the truth of the remaining allegations in Paragraph 259 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 260:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 260 insofar as they are directed at others, and therefore deny them.

c. 

**ANSWER TO PARAGRAPH 261:** Cargill and CMS deny the allegations in Paragraph 261 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 261 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 262:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 262 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 263:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 263 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 264:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 264 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 265:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 265 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 265 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 266:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 266 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 267:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 267 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 268:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form

a belief as to the truth of the remaining allegations in Paragraph 268 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 269:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 269 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 269 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 270:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 270 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 271:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. ████████████████████████

████████████████████████████████████

████████████████ Cargill and CMS deny the remaining allegations in Paragraph 271 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 271 insofar as they are directed at others, and therefore deny them.

      **d.** ████████████████████ ████████████
████████████████████ ████████████
████████████

**ANSWER TO PARAGRAPH 272:** Cargill and CMS admit the Complaint purports to quote from

and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 272 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 273:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 273 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 274:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 274 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 275:** Cargill and CMS admit the Complaint purports to quote from and characterize documents produced by CMS. Cargill and CMS deny any characterization or reflection that is inconsistent with such documents. Cargill and CMS deny the remaining allegations in Paragraph 275 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 275 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 276:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 276 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or

information to form a belief as to the truth of the allegations in Paragraph 276 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 277:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 277 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 277 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 278:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 278 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 279:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. ███████████████

███████████████████████████████████

█████████ Cargill and CMS deny the remaining allegations in Paragraph 279 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 279 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 280:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form

a belief as to the truth of the remaining allegations in Paragraph 280 insofar as they are directed at others, and therefore deny them.

e. ██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████

**ANSWER TO PARAGRAPH 281:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 281 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 282:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 282 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 283:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 283 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 284:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 284 insofar as they are directed at

others, and therefore deny them.

**ANSWER TO PARAGRAPH 285:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 285 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 286:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 286 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 287:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 287 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 288:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 288 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 289:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form

a belief as to the truth of the remaining allegations in Paragraph 289 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 290:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 290 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 290 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 291:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 291 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 292:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 292 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 293:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 293 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 294:** Cargill and CMS admit the Complaint purports to quote from

and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 294 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 295:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 295 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 296:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 296 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 297:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 297 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 297 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 298:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 298 insofar as they are directed at

others, and therefore deny them.

**2.** ████████████████████████████
████████████ ███████████████
█████████████████

**ANSWER TO PARAGRAPH 299:** Cargill and CMS deny the allegations in Paragraph 299 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 299 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 300:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 300 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 301:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 301 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 302:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 302 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 303:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 303 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 304:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 304 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 305:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 305 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 306:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 306 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 307:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 307 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 308:** Cargill and CMS admit the Complaint purports to quote from

and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 308 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 308 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 309:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 309 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 310:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 310 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 311:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 311 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 312:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 312 insofar as they are directed at

others, and therefore deny them.

**ANSWER TO PARAGRAPH 313:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 313 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 314:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources, including a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 314 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 324 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 315:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 315 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 316:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 316 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 317:** Cargill and CMS deny the allegations in Paragraph 317 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or

information to form a belief as to the truth of the remaining allegations in Paragraph 317 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 318:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 318 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 318 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 319:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. ████████████████████████████

████████████████████████████████████████

Cargill and CMS deny the remaining allegations in Paragraph 319 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 319 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 320:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 320 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 320 insofar as they are directed at others, and therefore deny them.

3. ████████████████████████████████
████████████████████████████████
████████████████████████████

**ANSWER TO PARAGRAPH 321:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 321 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 321 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 322:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the allegations in Paragraph 322 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 322 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 323:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 323 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 324:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 324 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 325:** Cargill and CMS admit the Complaint purports to quote from

and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 325 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 326:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 326 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 326 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 327:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 327 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 327 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 328:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 328 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 328 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 329:** Cargill and CMS admit the Complaint purports to characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 329 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 329 insofar as they are directed at others, and therefore deny them.

4. ██████████████████████████████████████
██████████████████████████████████████
█████████████████████████

**ANSWER TO PARAGRAPH 330:** Cargill and CMS deny the allegations in Paragraph 340 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 330 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 331:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 331 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 332:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 332 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 332 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 333:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form

a belief as to the truth of the remaining allegations in Paragraph 333 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 334:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 334 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 335:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. ████████████████████████████████

████████████████████████████████████████████████████

███████ Cargill and CMS deny the remaining allegations in Paragraph 335 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 335 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 336:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 336 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 337:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 337 insofar as they are directed at

others, and therefore deny them.

**ANSWER TO PARAGRAPH 338:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 338 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 338 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 339:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 339 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 340:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 340 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 341:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 341 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 341 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 342:** Cargill and CMS admit the Complaint purports to quote from

and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 342 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 343:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 343 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 343 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 344:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 344 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 344 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 345:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 345 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 346:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 346

to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 346 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 347:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 347 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 348:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 348 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 349:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 349 insofar as they are directed at others, and therefore deny them.

5. ████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████

**ANSWER TO PARAGRAPH 350:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form

a belief as to the truth of the remaining allegations in Paragraph 350 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 351:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 351 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 352:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 352 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 352 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 353:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 353 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 354:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 354 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 355:** Cargill and CMS admit the Complaint purports to quote from

and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 355 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 356:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 356 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 357:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 357 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 358:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 358 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 359:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 359 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 359 insofar as they are

directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 360:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 360 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 360 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 361:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 361 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 362:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 362 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 363:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 363 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 363 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 364:** Cargill and CMS admit the Complaint purports to quote from

and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 364 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 365:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 365 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 366:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 366 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 367:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. ████████████████████████████████

████████████████████████████████████████████████

████████████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 367 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 367 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 368:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 368 insofar as they are directed at others, and therefore deny them.

6. ██████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████

**ANSWER TO PARAGRAPH 369:** Cargill and CMS deny the allegations in Paragraph 369 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 369 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 370:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 370 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 371:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. ████████████████████████████████
████████████████████████████████
████████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 371 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 371 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 372:** Cargill and CMS admit the Complaint purports to quote from

and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 372 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 373:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 373 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 374:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 374 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 375:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. █████████████████████████████

████████████████████████████████████████████

Cargill and CMS deny the remaining allegations in Paragraph 375 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 375 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 376:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that

is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 376 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 376 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 377:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 377 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 378:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 378 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 379:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 379 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 379 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 380:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 380 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or

information to form a belief as to the truth of the allegations in Paragraph 380 insofar as they are directed at others, and therefore deny them.

    **7.** 

**ANSWER TO PARAGRAPH 381:** Cargill and CMS deny the allegations in Paragraph 381 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 381 insofar as they are directed at others, and therefore deny them

    *a.* 

**ANSWER TO PARAGRAPH 382:** Cargill and CMS deny the allegations in Paragraph 382 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 382 insofar as they are directed at others, and therefore deny them

**ANSWER TO PARAGRAPH 383:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the allegations in Paragraph 383 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 383 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 384:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 384 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 385:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 385 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 386:** ███████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 386 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 386 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 387:** ███████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 387 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 387 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 388:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 388 of the Complaint insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 389:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 389 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 390:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 390 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 391:** ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 391 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 391 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 392:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form

a belief as to the truth of the remaining allegations in Paragraph 392 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 393:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 393 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 394:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 394 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 395:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 395 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 396:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 396 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 397:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 397 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 398:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 398 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 399:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 399 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 399 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 400:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 400 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 401:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 401 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 402:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 402 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 403:** ████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ██████████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 403 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 403 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 404:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 404 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 405:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 405 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 406:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 406 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 407**: Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 407 insofar as they are directed at others, and therefore deny them.

**b.** ████████████████████████████
████████████████

**ANSWER TO PARAGRAPH 408:** Cargill and CMS deny the allegations in Paragraph 408 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 408 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 409:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 409 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 410:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form

a belief as to the truth of the remaining allegations in Paragraph 410 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 411:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 411 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 412:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 412 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 413:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 413 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 414:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 414 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 415:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 415 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 416:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 416 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 417:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 417 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 418:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 418 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 419:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 419 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 420:** Cargill and CMS admit the Complaint purports to quote from

and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 420 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 421:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 421 insofar as they are directed at others, and therefore deny them.

8. ████████████████████████████████████
████████████████████████████████████
████████████████████████

**ANSWER TO PARAGRAPH 422:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 422 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 423:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 423 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 424:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 424

to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 424 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 425:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 425 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 426:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 426 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 427:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 427 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 428:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 428 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 429:** Cargill and CMS admit the Complaint purports to quote from

and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. ████████████████████████████

████████████████████████████████████████████████████████

████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 429 to the extent they relate to Cargill and CMS.

**ANSWER TO PARAGRAPH 430:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 430 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 431:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 431 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 432:** Cargill and CMS admit that there was an avian influenza outbreak in 2014 and 2015. Cargill and CMS deny the remaining allegations in Paragraph 432 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 432 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 433:** Cargill and CMS deny the allegations in Paragraph 433 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 433 insofar as they are directed at others, and therefore deny them.

**D.** ████████████████████████████████████████████████
████████████████████████████████████████████████
███████████

    **1.** ███████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████

**ANSWER TO PARAGRAPH 434:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 434 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 435:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 435 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 436:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 436 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 437:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. ███████████████████████████████
███████████████████████████████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 437 to the extent they relate to Cargill and CMS.

Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 437 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 438:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 438 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 439:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 439 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 440:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 440 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 441:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 441 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 442:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 442 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 443:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 443 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 444:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 444 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 445:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 445 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 446:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 446 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 447:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form

a belief as to the truth of the remaining allegations in Paragraph 447 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 448:** ███████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

Cargill and CMS deny the remaining allegations in Paragraph 448 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 448 insofar as they are directed at others, and therefore deny them.

2. ████████████████████████████████████████
████████████████████████████████████████████
███████████

**ANSWER TO PARAGRAPH 449:** Paragraph 449 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 449 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 449 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 450:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 450 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 451:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information

to form a belief as to the truth of the remaining allegations in Paragraph 451 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 452:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 462 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 453:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 453 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 454:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 454 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 455:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 455 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 456:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. ██████████████████████

██████████████████████████████████████████

██████ Cargill and CMS deny the remaining allegations in Paragraph 456 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 456 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 457:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 457 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 458:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 458 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 458 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 459:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 459 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 460:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is

inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 460 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 461:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 461 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 462:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 462 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 462 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 463:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 463 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 463 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 464:** Cargill and CMS admit the Complaint purports to quote from and characterize a CMS document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 464 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or

information to form a belief as to the truth of the allegations in Paragraph 464 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 465:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 465 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 465 insofar as they are directed at others, and therefore deny them.

3. ███████████ █████ ██████ ██████ ███████ ████ ████ ████
███████████████████████

**ANSWER TO PARAGRAPH 466:** Cargill and CMS deny the allegations in Paragraph 466 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 466 insofar as they are directed at others, and therefore deny them.

      *a.*    *Numerous Trade Association Events provided ample opportunities to directly meet and collude.*

**ANSWER TO PARAGRAPH 467:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 467 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 467 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 468:** Cargill and CMS admit that at times during the alleged Class Period certain CMS employees participated as members of the ███████████████████, U.S. Poultry & Egg Export Council, the US Poultry & Egg Association, and the North American Meat

Institute. Cargill and CMS deny the remaining allegations in Paragraph 468 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 468 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 469:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 469 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 470:** Cargill and CMS deny the allegations in Paragraph 470 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 470 insofar as they are directed at others, and therefore deny them.

(1) **The United States Poultry & Egg Export Council**

**ANSWER TO PARAGRAPH 471:** Cargill and CMS admit that at times during the alleged Class Period certain CMS employees participated as members of the U.S. Poultry & Egg Export Council. Cargill and CMS deny the remaining allegations in Paragraph 471 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 471 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 472:** Cargill and CMS admit that at times during the alleged Class Period certain CMS employees participated as members of the U.S. Poultry & Egg Export Council. Cargill and CMS deny the remaining allegations in Paragraph 472 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as

to the truth of the allegations in Paragraph 472 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 473:** Cargill and CMS admit that at times during the alleged Class Period certain CMS employees participated as members of the U.S. Poultry & Egg Export Council. Cargill and ████████████████████████████████████████████

████████████████████████████████████████████.

Cargill and CMS deny the remaining allegations in Paragraph 473 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 473 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 474:** Cargill and CMS admit that at times during the alleged Class Period certain CMS employees participated as members of the U.S. Poultry & Egg Export Council. Cargill and CMS deny the remaining allegations in Paragraph 474 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 474 insofar as they are directed at others, and therefore deny them.

### (2)     U.S. Poultry & Egg Association

**ANSWER TO PARAGRAPH 475:** Cargill and CMS admit that at times during the alleged Class Period certain CMS employees participated as members of the U.S. Poultry & Egg Association. Cargill and CMS deny the remaining allegations in Paragraph 475 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 475 insofar as they are directed at others, and therefore deny them.

### (3)     North American Meat Institute

**ANSWER TO PARAGRAPH 476:** Cargill and CMS admit that at times during the alleged Class Period certain CMS employees participated as members of the North American Meat Institute. Cargill and CMS deny the remaining allegations in Paragraph 476 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 476 insofar as they are directed at others, and therefore deny them.

*b.* ████████████████████████████████████████████

**ANSWER TO PARAGRAPH 477:** Cargill and CMS deny the allegations in Paragraph 477 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 477 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 478:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 478 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 479:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 479 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 480:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 480 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 481:** Cargill and CMS deny the allegations in Paragraph 481 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or

information to form a belief as to the truth of the remaining allegations in Paragraph 481 insofar as they are directed at others, and therefore deny them.

c. ██████████████████████████████████████
██████████████████████████████████████
███████████████████████

**ANSWER TO PARAGRAPH 482:** ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 482 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 482 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 483:** ██████████████████████████████

████████████████████████████████████████████

███████████████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 483 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 483 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 484:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 484 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 485:** ██████████████████████████████

███████████████████████████████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 485 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 485 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 486:** ███████████████████████████████

███████████████████████████████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 486 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 486 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 487:** Cargill and CMS deny the allegations in Paragraph 487 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 487 insofar as they are directed at others, and therefore deny them.

*d.* ██████████████████████████████████████████████
████████████████████████████████████████████████

**ANSWER TO PARAGRAPH 488:** Cargill and CMS admit that during the alleged Class Period certain CMS employees attended events facilitated by trade associations. Cargill and CMS deny the remaining allegations in Paragraph 488 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 488 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 489:** Cargill and CMS lack sufficient knowledge or information

to form a belief as to the truth of the allegations in Paragraph 489 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 490:** Cargill and CMS admit that during the alleged Class Period certain CMS employees attended events facilitated by trade associations. Cargill and CMS deny the remaining allegations in Paragraph 490 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 490 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 491:** ███████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████. Cargill and CMS deny the remaining allegations in Paragraph 491 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 491 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 492:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 492 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 493:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 493 insofar as they are directed at

others, and therefore deny them.

**ANSWER TO PARAGRAPH 494:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 494 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 495:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. ███████████████████████████████

███████████████████████████████ Cargill and CMS deny the remaining allegations in Paragraph 495 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 495 insofar as they are directed at others, and therefore deny them.

> ### e. *Collusion Between Defendants in Other, Related Industries Supports an Inference of Collusion.*

**ANSWER TO PARAGRAPH 496:** Neither Cargill nor CMS was involved in the broiler-chicken industry during the alleged Class Period and neither is a defendant in the *In re Broiler Chicken Antitrust Litigation*. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 496 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 497:** Neither Cargill nor CMS was involved in the broiler-chicken industry during the alleged Class Period and neither is a defendant in the *In re Broiler Chicken Antitrust Litigation*. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 497 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 498:** Neither Cargill nor CMS was involved in the broiler-chicken

industry during the alleged Class Period and neither is a defendant in the *In re Broiler Chicken Antitrust Litigation*. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 498 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 499:** Neither Cargill nor CMS was involved in the broiler-chicken industry during the alleged Class Period and neither is a defendant in the *In re Broiler Chicken Antitrust Litigation*. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 499 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 500:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Neither Cargill nor CMS was involved in the broiler-chicken industry during the alleged Class Period and neither is a defendant in the *In re Broiler Chicken Antitrust Litigation*. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 500 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 501:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Neither Cargill nor CMS was involved in the broiler-chicken industry during the alleged Class Period and neither is a defendant in the *In re Broiler Chicken Antitrust Litigation*. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 501 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 502:** Neither Cargill nor CMS was involved in the broiler-chicken

industry during the alleged Class Period and neither is a defendant in the *In re Broiler Chicken Antitrust Litigation*. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 502 insofar as they are directed at others, and therefore deny them.

**E.     The structure of the turkey industry is conducive to conspiracy.**

   **1.     Defendants possess market power in the market for turkey.**

**ANSWER TO PARAGRAPH 503:** Paragraph 503 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 503.

**ANSWER TO PARAGRAPH 504:** Paragraph 504 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 504.

   ***a.     There are high barriers to entry in the market for turkey for meat consumption.***

**ANSWER TO PARAGRAPH 505:** Paragraph 505 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 505.

**ANSWER TO PARAGRAPH 506:** Paragraph 506 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 506.

**ANSWER TO PARAGRAPH 507:** Cargill and CMS deny the allegations in Paragraph 507 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 507 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 508:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 508 of the Complaint to the extent they relate to Cargill, CMS, and what Plaintiffs call the "turkey market." Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 508 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 509:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 509 of the Complaint to the extent they relate to what Plaintiffs call the "turkey market." Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 509 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 510:** Cargill and CMS deny the allegations in Paragraph 510 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 510 insofar as they are directed at others, and therefore deny them.

> b. *The Defendants have market power in the market for turkey for meat consumption.*

**ANSWER TO PARAGRAPH 511:** Paragraph 511 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint contains a chart purporting to reflect data from various unidentified sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 511.

> c. *The market for turkey is the type of market conducive to collusion.*

**ANSWER TO PARAGRAPH 512:** Paragraph 512 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 512.

**ANSWER TO PARAGRAPH 513:** Paragraph 513 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 513.

**ANSWER TO PARAGRAPH 514:** Paragraph 514 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 514.

2. **The market for turkey is the type of market where information exchanges and per se price-fixing behaviors are likely to harm competition.**

   a. *The turkey market features few sellers.*

**ANSWER TO PARAGRAPH 515:** Paragraph 515 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 515.

   b. *Turkey is a fungible product.*

**ANSWER TO PARAGRAPH 516:** Paragraph 516 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 516.

**ANSWER TO PARAGRAPH 517:** Paragraph 517 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 517 to the extent they relate to Agri Stats reports. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations about statements attributed to any "confidential witness," and therefore deny them.

### c. The turkey market features price-based competition.

**ANSWER TO PARAGRAPH 518:** Paragraph 518 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 518 to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 518 insofar as they are directed at others, and therefore deny them.

### d. Demand for turkey is relatively inelastic.

**ANSWER TO PARAGRAPH 519:** Paragraph 519 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 519.

### e. The turkey market features a trend towards price uniformity.

**ANSWER TO PARAGRAPH 520:** Paragraph 520 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 520.

### f. The turkey industry is highly vertically integrated.

**ANSWER TO PARAGRAPH 521:** Paragraph 521 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 521 to the extent they relate to what Plaintiffs call the "turkey industry." Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and therefore deny them.

**ANSWER TO PARAGRAPH 522:** Cargill and CMS admit the Complaint purports to contain and characterize a document. Cargill and CMS deny any characterization or reflection that is inconsistent with such source. Cargill and CMS deny the remaining allegations in Paragraph 522.

**F. Abnormal pricing during the Class Period demonstrates the anticompetitive effects of the alleged conduct by Defendants and their Co-Conspirators.**

116

**ANSWER TO PARAGRAPH 523:** Paragraph 523 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 523.

1. **The average turkey wholesale price experienced an unprecedented increase beginning in 2009.**

**ANSWER TO PARAGRAPH 524:** Cargill and CMS admit the Complaint purports to characterize data from various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS further admit the Complaint contains a chart purporting to reflect data from various unidentified sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS deny the remaining allegations in Paragraph 524.

2. **Beginning in 2009, Defendants' revenues diverged from their costs.**

**ANSWER TO PARAGRAPH 525:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations about Plaintiffs' experts, and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 525.

**ANSWER TO PARAGRAPH 526:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations about Plaintiffs' experts, and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 526.

**ANSWER TO PARAGRAPH 527:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations about Plaintiffs' experts, and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 527.

**ANSWER TO PARAGRAPH 528:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations about Plaintiffs' experts, and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 528.

3.      During the conspiracy period, prices rose but production failed to rise to match demand, indicating an anticompetitive restraint on supply in the market for turkey facilitated by the information exchange through Agri Stats and the per se exchange of pricing and supply information between Defendants.

**ANSWER TO PARAGRAPH 529:** Paragraph 529 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint purports to characterize data from various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations about Plaintiffs' experts, and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 529.

4.      During the conspiracy period, prices of turkey radically diverged from the costs of underlying feed.

**ANSWER TO PARAGRAPH 530:** Paragraph 530 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint purports to characterize data from various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations about Plaintiffs' experts, and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 530.

5.      A regression model demonstrates the anticompetitive effects on the price of turkey caused by the information exchange conducted through Agri Stats as well as the direct exchange of pricing and supply information.

**ANSWER TO PARAGRAPH 531:** Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations about Plaintiffs' experts, and therefore deny them. Cargill and CMS deny the remaining allegations in Paragraph 531.

### V. DEFENDANTS ACTIVELY CONCEALED THE EXTENT OF THEIR INFORMATION EXCHANGE AND PLAINTIFFS DID NOT AND COULD NOT HAVE DISCOVERED DEFENDANTS' ANTICOMPETITIVE CONDUCT.

**ANSWER TO PARAGRAPH 532:** Paragraph 532 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 532.

**ANSWER TO PARAGRAPH 533:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 533 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 534:** Cargill and CMS admit the Complaint purports to quote from and characterize various sources. Cargill and CMS deny any characterization or reflection that is inconsistent with such sources. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 534 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 535:** Paragraph 535 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 535.

**ANSWER TO PARAGRAPH 536:** Paragraph 536 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 536.

**ANSWER TO PARAGRAPH 537:** Paragraph 537 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 537.

## VI.    CLASS ACTION ALLEGATIONS

**ANSWER TO PARAGRAPH 538:** Paragraph 538 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint purports to bring a class action on behalf of the putative class described in Paragraph 538, but Cargill and CMS deny that such a class may be properly certified. Cargill and CMS deny the remaining allegations in Paragraph 538.

**ANSWER TO PARAGRAPH 539:** Paragraph 539 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS admit the Complaint purports to bring a class action on behalf of the putative class described in Paragraph 539, but Cargill and CMS deny that such a class may be properly certified. Cargill and CMS deny the remaining allegations in Paragraph 539.

**ANSWER TO PARAGRAPH 540:** Paragraph 540 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 540.

**ANSWER TO PARAGRAPH 541:** Paragraph 541 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 541.

**ANSWER TO PARAGRAPH 542:** Paragraph 542 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 542.

**ANSWER TO PARAGRAPH 543:** Paragraph 543 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 543.

**ANSWER TO PARAGRAPH 544:** Paragraph 544 of the Complaint states legal conclusions to

which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 544.

**ANSWER TO PARAGRAPH 545:** Paragraph 545 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 545.

**ANSWER TO PARAGRAPH 546:** Paragraph 546 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 546.

**ANSWER TO PARAGRAPH 547:** Paragraph 547 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 547.

## VII.    ANTITRUST INJURY

**ANSWER TO PARAGRAPH 548:** Paragraph 548 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 548.

**ANSWER TO PARAGRAPH 549:** Paragraph 549 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 549.

**ANSWER TO PARAGRAPH 550:** Paragraph 550 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 550.

**ANSWER TO PARAGRAPH 551:** Paragraph 551 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 551.

**ANSWER TO PARAGRAPH 552:** Paragraph 552 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 552.

### VIII.   CAUSES OF ACTION COUNT I
### Violation of Section 1 of the Sherman Act (15 U.S.C. §§ 1, 3)

#### Claim I
#### (Rule Of Reason Violation)

**ANSWER TO PARAGRAPH 553:** Cargill and CMS incorporate by reference their responses to each preceding and succeeding paragraph as though set forth fully herein.

**ANSWER TO PARAGRAPH 554:** Paragraph 554 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 554.

**ANSWER TO PARAGRAPH 555:** Paragraph 555 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 555.

**ANSWER TO PARAGRAPH 556:** Paragraph 556 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 556.

**ANSWER TO PARAGRAPH 557:** Paragraph 557 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 557.

**ANSWER TO PARAGRAPH 558:** Paragraph 558 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 558.

**ANSWER TO PARAGRAPH 559:** Paragraph 559 of the Complaint states legal conclusions to

which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 559.

**ANSWER TO PARAGRAPH 560:** Paragraph 560 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 560 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 560 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 561:** Paragraph 561 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 561.

**ANSWER TO PARAGRAPH 562:** Paragraph 562 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 562.

**ANSWER TO PARAGRAPH 563:** Paragraph 563 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 563.

**ANSWER TO PARAGRAPH 564:** Paragraph 564 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 564.

**ANSWER TO PARAGRAPH 565:** Paragraph 565 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 565.

**ANSWER TO PARAGRAPH 566:** Paragraph 566 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny

the allegations in Paragraph 566.

**ANSWER TO PARAGRAPH 567:** Paragraph 567 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 567.

**ANSWER TO PARAGRAPH 568:** Paragraph 568 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 568.

**ANSWER TO PARAGRAPH 569:** Paragraph 569 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 569.

**Claim II (_Per Se_ Violation)**

**ANSWER TO PARAGRAPH 570:** Cargill and CMS incorporate by reference their responses to each preceding and succeeding paragraph as though set forth fully herein.

**ANSWER TO PARAGRAPH 571:** Paragraph 571 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 571.

**ANSWER TO PARAGRAPH 572:** Paragraph 572 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 572.

**ANSWER TO PARAGRAPH 573:** Paragraph 573 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 573.

**ANSWER TO PARAGRAPH 574:** Paragraph 574 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny

the allegations in Paragraph 574 of the Complaint to the extent they relate to Cargill and CMS. Cargill and CMS lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 574 insofar as they are directed at others, and therefore deny them.

**ANSWER TO PARAGRAPH 575:** Paragraph 575 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 575.

**ANSWER TO PARAGRAPH 576:** Paragraph 576 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 576.

**ANSWER TO PARAGRAPH 577:** Paragraph 577 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 577.

**ANSWER TO PARAGRAPH 578:** Paragraph 578 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 578.

**ANSWER TO PARAGRAPH 579:** Paragraph 579 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 579.

**ANSWER TO PARAGRAPH 580:** Paragraph 580 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 580.

**ANSWER TO PARAGRAPH 581:** Paragraph 581 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 581.

**ANSWER TO PARAGRAPH 582:** Paragraph 582 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 582.

**COUNT II**
**Rule of Reason and *Per Se* Violation of State Antitrust Statutes**
**(on behalf of Plaintiffs and the Class)**

**ANSWER TO PARAGRAPH 583:** Cargill and CMS incorporate by reference their responses to each preceding and succeeding paragraph as though set forth fully herein.

**ANSWER TO PARAGRAPH 584:** Paragraph 584 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 584.

**ANSWER TO PARAGRAPH 585:** Paragraph 585 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 585.

**ANSWER TO PARAGRAPH 586:** Paragraph 586 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 586.

**ANSWER TO PARAGRAPH 587:** Paragraph 587 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 587.

**ANSWER TO PARAGRAPH 588:** Paragraph 588 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 588.

**ANSWER TO PARAGRAPH 589:** Paragraph 589 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny

the allegations in Paragraph 589. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 589 of the Complaint.

**ANSWER TO PARAGRAPH 590:** Paragraph 590 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 590.

**ANSWER TO PARAGRAPH 591:** Cargill and CMS deny the allegations in Paragraph 591 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 591 of the Complaint.

**ANSWER TO PARAGRAPH 592:** Cargill and CMS deny the allegations in Paragraph 592 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 592 of the Complaint.

**ANSWER TO PARAGRAPH 593:** Cargill and CMS deny the allegations in Paragraph 593 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 593 of the Complaint.

**ANSWER TO PARAGRAPH 594:** Cargill and CMS deny the allegations in Paragraph 594 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 594 of the Complaint.

**ANSWER TO PARAGRAPH 595:** Cargill and CMS deny the allegations in Paragraph 595 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 595 of the Complaint.

**ANSWER TO PARAGRAPH 596:** Cargill and CMS deny the allegations in Paragraph 596 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 596 of the Complaint.

**ANSWER TO PARAGRAPH 597:** Cargill and CMS deny the allegations in Paragraph 597 of

the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 597 of the Complaint.

**ANSWER TO PARAGRAPH 598:** Cargill and CMS deny the allegations in Paragraph 598 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 598 of the Complaint.

**ANSWER TO PARAGRAPH 599:** Cargill and CMS deny the allegations in Paragraph 599 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 599 of the Complaint.

**ANSWER TO PARAGRAPH 600:** Cargill and CMS deny the allegations in Paragraph 600 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 600 of the Complaint.

**ANSWER TO PARAGRAPH 601:** Cargill and CMS deny the allegations in Paragraph 601 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 601 of the Complaint.

**ANSWER TO PARAGRAPH 602:** Cargill and CMS deny the allegations in Paragraph 602 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 602 of the Complaint.

**ANSWER TO PARAGRAPH 603:** Cargill and CMS deny the allegations in Paragraph 603 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 603 of the Complaint.

**ANSWER TO PARAGRAPH 604:** Cargill and CMS deny the allegations in Paragraph 604 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 604 of the Complaint.

**ANSWER TO PARAGRAPH 605:** Cargill and CMS deny the allegations in Paragraph 605 of

the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 605 of the Complaint.

**ANSWER TO PARAGRAPH 606:** Cargill and CMS deny the allegations in Paragraph 606 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 606 of the Complaint.

**ANSWER TO PARAGRAPH 607:** Cargill and CMS deny the allegations in Paragraph 607 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 607 of the Complaint.

**ANSWER TO PARAGRAPH 608:** Cargill and CMS deny the allegations in Paragraph 608 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 608 of the Complaint.

**ANSWER TO PARAGRAPH 609:** Cargill and CMS deny the allegations in Paragraph 609 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 609 of the Complaint.

**ANSWER TO PARAGRAPH 610:** Cargill and CMS deny the allegations in Paragraph 610 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 610 of the Complaint.

**ANSWER TO PARAGRAPH 611:** Cargill and CMS deny the allegations in Paragraph 611 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 611 of the Complaint.

**ANSWER TO PARAGRAPH 612:** Cargill and CMS deny the allegations in Paragraph 612 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 612 of the Complaint.

**ANSWER TO PARAGRAPH 613:** Cargill and CMS deny the allegations in Paragraph 613 of

the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 613 of the Complaint.

**ANSWER TO PARAGRAPH 614:** Cargill and CMS deny the allegations in Paragraph 614 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 614 of the Complaint.

**COUNT III**
**Rule of Reason and *Per Se* Violation of State Consumer Protection Statutes**
**(on Behalf of Plaintiffs and the Class)**

**ANSWER TO PARAGRAPH 615:** Cargill and CMS incorporate by reference their responses to each preceding and succeeding paragraph as though set forth fully herein.

**ANSWER TO PARAGRAPH 616:** Cargill and CMS deny the allegations in Paragraph 616 of the Complaint.

**ANSWER TO PARAGRAPH 617:** Cargill and CMS deny the allegations in Paragraph 617 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 617 of the Complaint.

**ANSWER TO PARAGRAPH 618:** Cargill and CMS deny the allegations in Paragraph 618 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 618 of the Complaint.

**ANSWER TO PARAGRAPH 619:** Cargill and CMS deny the allegations in Paragraph 619 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 619 of the Complaint.

**ANSWER TO PARAGRAPH 620:** Cargill and CMS deny the allegations in Paragraph 620 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 620 of the Complaint.

**ANSWER TO PARAGRAPH 621:** Cargill and CMS deny the allegations in Paragraph 621 of

the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 621 of the Complaint.

**ANSWER TO PARAGRAPH 622:** Cargill and CMS deny the allegations in Paragraph 622 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 622 of the Complaint.

**ANSWER TO PARAGRAPH 623:** Cargill and CMS deny the allegations in Paragraph 623 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 623 of the Complaint.

**ANSWER TO PARAGRAPH 624:** Cargill and CMS deny the allegations in Paragraph 624 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 624 of the Complaint.

**ANSWER TO PARAGRAPH 625:** Cargill and CMS deny the allegations in Paragraph 625 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 625 of the Complaint.

**ANSWER TO PARAGRAPH 626:** Cargill and CMS deny the allegations in Paragraph 626 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 626 of the Complaint.

**ANSWER TO PARAGRAPH 627:** Cargill and CMS deny the allegations in Paragraph 627 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 627 of the Complaint.

**ANSWER TO PARAGRAPH 628:** Cargill and CMS deny the allegations in Paragraph 628 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 628 of the Complaint.

**ANSWER TO PARAGRAPH 629:** Cargill and CMS deny the allegations in Paragraph 629 of

the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 629 of the Complaint.

**COUNT IV**
**<u>Rule of Reason and *Per Se* Violation of State Unjust Enrichment Law</u>**
**<u>(on behalf of Plaintiffs and the Class)</u>**

**<u>ANSWER TO PARAGRAPH 630:</u>** Cargill and CMS incorporate by reference their responses to each preceding and succeeding paragraph as though set forth fully herein.

**<u>ANSWER TO PARAGRAPH 631:</u>** Paragraph 631 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 631 of the Complaint.

**<u>ANSWER TO PARAGRAPH 632:</u>** Paragraph 632 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 632 of the Complaint.

**<u>ANSWER TO PARAGRAPH 633:</u>** Paragraph 633 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 633 of the Complaint.

**<u>ANSWER TO PARAGRAPH 634:</u>** Paragraph 634 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 634 of the Complaint.

**<u>ANSWER TO PARAGRAPH 635:</u>** Paragraph 635 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 635 of the Complaint.

**<u>ANSWER TO PARAGRAPH 636:</u>** Paragraph 636 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 636 of the Complaint.

**ANSWER TO PARAGRAPH 637:** Paragraph 637 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 637 of the Complaint.

**ANSWER TO PARAGRAPH 638:** Paragraph 638 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 638 of the Complaint.

**ANSWER TO PARAGRAPH 639:** Paragraph 639 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 639 of the Complaint.

**ANSWER TO PARAGRAPH 640:** Paragraph 640 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 640 of the Complaint.

**ANSWER TO PARAGRAPH 641:** Paragraph 641 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 641 of the Complaint.

**ANSWER TO PARAGRAPH 642:** Paragraph 642 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 642 of the Complaint.

**ANSWER TO PARAGRAPH 643:** Paragraph 643 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 643 of the Complaint.

**ANSWER TO PARAGRAPH 644:** Paragraph 644 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 644 of the Complaint.

**ANSWER TO PARAGRAPH 645:** Paragraph 645 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 645 of the Complaint.

**ANSWER TO PARAGRAPH 646:** Paragraph 646 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 646 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 646 of the Complaint.

**ANSWER TO PARAGRAPH 647:** Paragraph 647 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 647 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 647 of the Complaint.

**ANSWER TO PARAGRAPH 648:** CMS and Cargill deny the allegations in Paragraph 648 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 648 of the Complaint.

**ANSWER TO PARAGRAPH 649:** CMS and Cargill deny the allegations in Paragraph 649 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 649 of the Complaint.

**ANSWER TO PARAGRAPH 650:** CMS and Cargill deny the allegations in Paragraph 650 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 650 of the Complaint.

**ANSWER TO PARAGRAPH 651:** CMS and Cargill deny the allegations in Paragraph 651 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever,

including the relief requested in Paragraph 651 of the Complaint.

**ANSWER TO PARAGRAPH 652:** CMS and Cargill deny the allegations in Paragraph 652 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 652 of the Complaint.

**ANSWER TO PARAGRAPH 653:** CMS and Cargill deny the allegations in Paragraph 653 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 653 of the Complaint.

**ANSWER TO PARAGRAPH 654:** CMS and Cargill deny the allegations in Paragraph 654 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 654 of the Complaint.

**ANSWER TO PARAGRAPH 655:** CMS and Cargill deny the allegations in Paragraph 655 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 655 of the Complaint.

**ANSWER TO PARAGRAPH 656:** CMS and Cargill deny the allegations in Paragraph 656 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 656 of the Complaint.

**ANSWER TO PARAGRAPH 657:** CMS and Cargill deny the allegations in Paragraph 657 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 657 of the Complaint.

**ANSWER TO PARAGRAPH 658:** CMS and Cargill deny the allegations in Paragraph 658 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 658 of the Complaint.

**ANSWER TO PARAGRAPH 659:** CMS and Cargill deny the allegations in Paragraph 659 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever,

including the relief requested in Paragraph 659 of the Complaint.

**ANSWER TO PARAGRAPH 660:** CMS and Cargill deny the allegations in Paragraph 660 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 660 of the Complaint.

**ANSWER TO PARAGRAPH 661:** CMS and Cargill deny the allegations in Paragraph 661 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 661 of the Complaint.

**ANSWER TO PARAGRAPH 662:** CMS and Cargill deny the allegations in Paragraph 662 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 662 of the Complaint.

**ANSWER TO PARAGRAPH 663:** CMS and Cargill deny the allegations in Paragraph 663 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 663 of the Complaint.

**ANSWER TO PARAGRAPH 664:** CMS and Cargill deny the allegations in Paragraph 664 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 664 of the Complaint.

**ANSWER TO PARAGRAPH 665:** CMS and Cargill deny the allegations in Paragraph 665 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 665 of the Complaint.

**ANSWER TO PARAGRAPH 666:** CMS and Cargill deny the allegations in Paragraph 666 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 666 of the Complaint.

**ANSWER TO PARAGRAPH 667:** CMS and Cargill deny the allegations in Paragraph 667 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever,

including the relief requested in Paragraph 667 of the Complaint.

**ANSWER TO PARAGRAPH 668:** CMS and Cargill deny the allegations in Paragraph 668 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 668 of the Complaint.

**ANSWER TO PARAGRAPH 669:** CMS and Cargill deny the allegations in Paragraph 669 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 669 of the Complaint.

**ANSWER TO PARAGRAPH 670:** CMS and Cargill deny the allegations in Paragraph 670 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 670 of the Complaint.

**ANSWER TO PARAGRAPH 671:** CMS and Cargill deny the allegations in Paragraph 671 of the Complaint. Cargill and CMS further deny that Plaintiffs are entitled to any relief whatsoever, including the relief requested in Paragraph 671 of the Complaint.

**ANSWER TO PARAGRAPH 672:** Paragraph 672 of the Complaint states legal conclusions to which no response is required. To the extent a response may be required, Cargill and CMS deny the allegations in Paragraph 672.

## IX.    REQUEST FOR RELIEF

**ANSWER TO PARAGRAPH 673:** In response to Plaintiffs' request for relief as set forth in Paragraph 673 of the Complaint, Cargill and CMS deny that Plaintiffs are entitled to any relief on any of their claims, and request that Plaintiffs take nothing from Cargill or CMS by this litigation.

**ANSWER TO PARAGRAPH 674:** In response to Plaintiffs' request for relief as set forth in Paragraph 674 of the Complaint, Cargill and CMS deny that Plaintiffs are entitled to any relief on any of their claims, and request that Plaintiffs take nothing from Cargill or CMS by this litigation.

**ANSWER TO PARAGRAPH 675:** In response to Plaintiffs' request for relief as set forth in

Paragraph 675 of the Complaint, Cargill and CMS deny that Plaintiffs are entitled to any relief on any of their claims, and request that Plaintiffs take nothing from Cargill or CMS by this litigation.

**ANSWER TO PARAGRAPH 676:** In response to Plaintiffs' request for relief as set forth in Paragraph 676 of the Complaint, Cargill and CMS deny that Plaintiffs are entitled to any relief on any of their claims, and request that Plaintiffs take nothing from Cargill or CMS by this litigation.

**ANSWER TO PARAGRAPH 677:** In response to Plaintiffs' request for relief as set forth in Paragraph 677 of the Complaint, Cargill and CMS deny that Plaintiffs are entitled to any relief on any of their claims, and request that Plaintiffs take nothing from Cargill or CMS by this litigation.

**ANSWER TO PARAGRAPH 678:** In response to Plaintiffs' request for relief as set forth in Paragraph 678 of the Complaint, Cargill and CMS deny that Plaintiffs are entitled to any relief on any of their claims, and request that Plaintiffs take nothing from Cargill or CMS by this litigation.

**ANSWER TO PARAGRAPH 679:** In response to Plaintiffs' request for relief as set forth in Paragraph 679 of the Complaint, Cargill and CMS deny that Plaintiffs are entitled to any relief on any of their claims, and request that Plaintiffs take nothing from Cargill or CMS by this litigation.

**ANSWER TO PARAGRAPH 680:** In response to Plaintiffs' request for relief as set forth in Paragraph 680 of the Complaint, Cargill and CMS deny that Plaintiffs are entitled to any relief on any of their claims, and request that Plaintiffs take nothing from Cargill or CMS by this litigation.

**ANSWER TO PARAGRAPH 681:** In response to Plaintiffs' request for relief as set forth in Paragraph 681 of the Complaint, Cargill and CMS deny that Plaintiffs are entitled to any relief on any of their claims, and request that Plaintiffs take nothing from Cargill or CMS by this litigation.

**ANSWER TO PARAGRAPH 682:** In response to Plaintiffs' request for relief as set forth in Paragraph 682 of the Complaint, Cargill and CMS deny that Plaintiffs are entitled to any relief on any of their claims, and request that Plaintiffs take nothing from Cargill or CMS by this litigation.

## X.     JURY TRIAL DEMANDED

**ANSWER TO PARAGRAPH 683:** Pursuant to Federal Rule of Civil Procedure 38(b), Cargill and CMS demand a trial by jury on all claims so triable.

## DENIAL

Cargill and CMS deny each and every allegation not specifically admitted herein.

## DEFENSES

Cargill and CMS assert the following defenses in response to Plaintiffs' claims, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. Cargill and CMS incorporate by reference the admissions, allegations, and denials contained in their Answer, and reserve the right to amend this Answer and to assert other defenses as this action proceeds.[1]

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Cargill and CMS did not engage in any conduct, combination, or conspiracy in restraint of trade. Cargill's and CMS's conduct was pro-competitive, reasonable, and permissible, and was based on independent, legitimate, and self-interested business and economic justifications.

## THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations, and the doctrines of laches, waiver, and estoppel.

The statute of limitations for Plaintiffs' Sherman Act claims is four years, and many of Plaintiffs' state law claims have three- or four-year statutes of limitations. *See* 15 U.S.C. § 15(b);

---

[1] To the extent the Court's rulings have limited or foreclosed any of these defenses, Cargill and CMS continue to plead the defense to preserve it for appeal.

Mem. in Support of Certain Defs.' Joint Mot. to Dismiss at 37 (ECF No. 35). Accordingly, Plaintiffs' claims must be dismissed unless Plaintiffs can sufficiently allege that Plaintiffs could not have discovered the claimed offense within the limitations period exercising reasonable diligence. Plaintiffs cannot satisfy this burden because the challenged conduct occurred more than ten years ago. This timing also demonstrates an unreasonable lack of diligence in bringing Plaintiffs' claims.

## FOURTH DEFENSE

Plaintiffs did not suffer injury and were not damaged based on the allegations in the Complaint, particularly with regard to any acts purportedly traceable to Cargill or CMS.

## FIFTH DEFENSE

Plaintiffs' claims are barred because Plaintiffs' alleged injuries and damages were not legally or proximately caused by any acts or omissions by Cargill or CMS and/or were caused, if at all, by the conduct of Plaintiffs and/or third parties over which Cargill and CMS had no authority or control. Cargill and CMS cannot be held liable for loss or damage caused by such third parties, whether or not they are parties to this action.

## SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing, including antitrust standing, or capacity to bring some or all of the claims raised in the Complaint.

## SEVENTH DEFENSE

Plaintiffs are not entitled to injunctive or other equitable relief because to the extent they could prove their claims (which Cargill and CMS dispute), Plaintiffs have an adequate remedy at law and any injunctive relief would be improper because *inter alia* the allegedly unlawful conduct ceased before Plaintiffs filed suit.

### EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered, and will not suffer, any antitrust injury or any injury of the type that the relevant statutes were designed to prevent by reason of Cargill's or CMS's conduct as alleged in the Complaint, and Plaintiffs' alleged injuries are too speculative, indirect and remote from the alleged conduct, and cannot be ascertained or apportioned.

### NINTH DEFENSE

Plaintiffs are not entitled to damages because Plaintiffs' damages, if any, are too legally uncertain, remote, indirect, and/or speculative.

### TENTH DEFENSE

Plaintiffs' claims against Cargill and CMS for damages are barred, in whole or in part, because Plaintiffs would be unjustly enriched if allowed to recover any portion of the damages alleged in the Complaint. Plaintiffs' damages, if any, must therefore be offset against any benefits they received.

### ELEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs failed to exercise reasonable care to mitigate, prevent, or avoid their alleged damages.

### TWELFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs seek improper multiple damage awards, and damage awards duplicative of those sought in other actions, in violation of the Due Process guarantees of the Fifth and Fourteenth Amendments of the United States Constitution.

## THIRTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because none of Cargill's or CMS's alleged actions or omissions substantially lessened competition within any properly defined market.

## FOURTEENTH DEFENSE

Plaintiffs' claims are preempted and barred, in whole or in part, because Cargill's and CMS's alleged conduct has implied or express immunity from the antitrust laws.

## FIFTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Cargill's and CMS's actions were authorized or permitted under state and/or federal law.

## SIXTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the Complaint has insufficiently alleged a relevant product market and geographic market.

## SEVENTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Cargill and CMS do not have market power in a relevant market.

## EIGHTEENTH DEFENSE

This action is not properly maintainable as a class action under the Federal Rules of Civil Procedure. Among other things, common issues of fact and law do not predominate over individual issues; a class action is not a superior method for adjudicating the purported claims set forth in the Complaint; adjudication on a class basis would be unmanageable; the interests of the purported class members are in conflict with each other; Plaintiffs are not proper class representatives and their claims are not sufficiently typical of the purported class; and Plaintiffs and/or their counsel will not fairly and adequately represent the purported class.

## NINETEETH DEFENSE

Plaintiffs' state-law claims against Cargill and CMS are barred because the Court lacks personal jurisdiction over Plaintiffs' state-law claims asserted against Cargill and CMS. Plaintiffs fail to allege sufficient minimum contacts to permit the Court to exercise personal jurisdiction over Cargill and CMS with regard to their state-law claims. Cargill and CMS further incorporate by reference the personal jurisdiction arguments presented in the Memorandum in Support of Certain Defendants' Joint Motion to Dismiss (ECF No. 35).

## TWENTIETH DEFENSE

Plaintiffs' claims and the claims of any putative class members are barred, in whole or in part, to the extent particular state laws only allow consumers or natural persons to assert claims under the statutes at issue.

## TWENTY-FIRST DEFENSE

Plaintiffs' claims and the claims of any putative class members are barred, in whole or in part, to the extent particular state laws cannot be used to enforce alleged antitrust violations.

## TWENTY-SECOND DEFENSE

Plaintiffs' unjust enrichment claims and the unjust enrichment claims of any putative class members are barred to the extent particular state laws do not recognize unjust enrichment as an independent cause of action.

## TWENTY-THIRD DEFENSE

Plaintiffs' unjust enrichment claims and the unjust enrichment claims of any putative class members are barred, in whole or in part, because Plaintiffs and any putative class members have an adequate remedy at law.

### TWENTY-FOURTH DEFENSE

Plaintiffs' claims and the claims of any putative class members are barred, in whole or in part, based on the ratification of, and consent to, the conduct of Cargill and CMS. Plaintiffs' Complaint relies on publicly available information—much of which has been available for years—thereby demonstrating Plaintiffs' and any putative class member's long-standing ratification of and consent to the complained-of conduct.

### TWENTY-FIFTH DEFENSE

Plaintiffs' claims and the claims of any putative class members are barred, in whole or in part, by the right of Cargill and CMS to set off any amounts paid to Plaintiffs by any Defendants other than Cargill and CMS who have settled, or do settle, Plaintiffs' claims against them in this action.

### TWENTY-SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable contractual limitations periods and restrictions.

### TWENTY-SEVENTH DEFENSE

To the extent Plaintiffs claim that Cargill and CMS fraudulently concealed any actions, Plaintiffs have failed to allege this fraud with particularity under Federal Rule of Civil Procedure 9(b) and they have failed to adequately allege that they exercised sufficient due diligence to uncover facts in support of their claims.

### TWENTY-EIGHTH DEFENSE

The certification and maintenance of this action as a class action would violate Cargill's and CMS's due process rights under the Fifth and Fourteenth Amendments to the United States Constitution and would deny them the right of access to the courts to the extent that the certification

and maintenance of a class action would deprive Cargill and CMS of procedural and substantive safeguards and of traditional defenses to liability.

### TWENTY-NINTH DEFENSE

Cargill and CMS adopt and incorporate by reference any and all other defenses asserted by any other Defendant to the extent that the defense would apply to Cargill or CMS.

### RESERVATION OF RIGHTS AND DEFENSES

Cargill and CMS have not knowingly or intentionally waived any applicable defenses and reserve the right to amend this Answer to add, supplement, or modify defenses based upon legal theories that may be or will be divulged through clarification of the Complaint, through discovery, or through further factual or legal analysis of Plaintiffs' allegations, contentions, and positions in this litigation.

### PRAYER FOR RELIEF

Wherefore, Cargill and CMS request that Plaintiffs' Complaint be dismissed with prejudice, that the Court find that Plaintiffs are not entitled to any judgment or relief, that the Court enter judgment in favor of Cargill and CMS, and that the Court award Cargill and CMS their attorneys' fees, costs and expenses, pre-judgment interest, and such other further relief as the Court deems just and proper.

Dated: February 3, 2023

Respectfully submitted,

 /s/  Davida S. McGhee Williams
Britt M. Miller
Matthew D. Provance
Robert E. Entwisle
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com
rentwisle@mayerbrown.com

Sybil L. Dunlop, Reg. No. 0390186
Davida S. McGhee Williams, Reg. No. 0400175
GREENE ESPEL PLLP
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
sdunlop@greeneespel.com
dwilliams@greeneespel.com
(612) 373-0830

*Attorneys for Defendants Cargill, Incorporated
and Cargill Meat Solutions Corporation*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 3, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

By:    */s/ Davida S. McGhee Williams*