UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Turkey Antitrust Litigation* <br><br> This Document Relates To: <br><br> *Amory Investments LLC v. Agri Stats, Inc., et al.*, No. 1:21-cv-06600 | No. 1:19-cv-08318 <br><br> Hon. Virginia M. Kendall <br> Hon. Gabriel A. Fuentes |

## JOINT STATUS REPORT DATED MAY 17, 2023

Pursuant to the Court's Order dated May 5, 2023 (ECF # 773), Plaintiff Amory Investments LLC ("Amory") and undersigned Defendants jointly file this status report.

In accordance with the Court's Minute Entries (ECF ## 751, 766, & 773), the parties have scheduled the continuation of the Amory 30(b)(6) deposition for Friday, May 19, 2023 at 1:00 p.m. Eastern Time.

In light of the fact that the Court ordered the parties to file a Joint Status Report by the same date and time as the beginning of the deposition, the parties are filing this Joint Status Report early and agree to file another Joint Status Report on Monday, May 22, 2023 in order to inform the Court that the deposition took place and has been concluded and that fact discovery is closed.

| | |
|---|---|
| Dated: May 17, 2023 | Respectfully submitted, |
| | |
| */s/ Patrick J. Ahern* | */s/ Jennifer A.L. Battle* |
| Patrick J. Ahern | Jennifer A.L. Battle (admitted *pro hac vice*) |
| AHERN AND ASSOCIATES, P.C. | David J. Barthel |
| Willoughby Tower | Theodore M. Munsell |
| 8 South Michigan Avenue, Ste. 3600 | Jill Rogers Spiker |
| Chicago, Illinois 60603 | Joel E. Sechler |
| Telephone: (312) 404-3760 | CARPENTER LIPPS LLP |
| patrick.ahern@ahernandassociatespc.com | 280 North High Street Suite 1300 |
| | Columbus, OH 43215 |
| *Attorneys for Plaintiff Amory Investments LLC* | Telephone: (614) 365-4100 |
| | Battle@carpenterlipps.com |
| | Barthel@carpenterlipps.com |
| | Munsell@carpenterlipps.com |
| | Spiker@carpenterlipps.com |
| | Sechler@carpenterlipps.com |
| | |
| | Michael L. McCluggage |
| | Daniel D. Birk |
| | EIMER STAHL LLP |
| | 224 South Michigan Ave, Suite 1100 |
| | Chicago, IL 60604 |
| | Telephone: (312) 660-7600 |
| | Mmcluggage@eimerstahl.com |
| | Dbirk@eimerstahl.com |
| | |
| | Joshua Goldberg |
| | CARPENTER LIPPS LLP |
| | 180 North LaSalle Street, Suite 2105 |
| | Chicago, IL 60601 |
| | Telephone: (312) 777-4825 |
| | Goldberg@carpenterlipps.com |
| | |
| | *Counsel for Cooper Farms, Inc.* |

| | |
|---|---|
| */s/ Britt M. Miller* | */s/ Marc E. Rosenthal* |
| Britt M. Miller | Marc E. Rosenthal |
| Matthew D. Provance | PROSKAUER ROSE LLP |
| MAYER BROWN LLP | 70 West Madison, Suite 3800 |
| 71 South Wacker Drive | Chicago, IL 60602 |
| Chicago, IL 60606 | Telephone: (312) 962-3530 |
| Telephone: (312) 782-0600 | Mrosenthal@proskauer.com |
| bmiller@mayerbrown.com | |
| mprovance@mayerbrown.com | Christopher E. Ondeck |
| | Colin R. Kass |
| Sybil L. Dunlop | Stephen R. Chuk |
| GREENE ESPEL PLLP | Erica T. Jones |
| 222 South Ninth Street, Suite 2200 | Kelly B. Landers Hawthorne |
| Minneapolis, MN 55402 | Corey I. Rogoff |
| Telephone: (612) 373-8345 | PROSKAUER ROSE LLP |
| sdunlop@greeneespel.com | 1001 Pennsylvania Ave., NW |
| | Washington, DC 20004 |
| *Counsel for Cargill, Incorporated and* | Telephone: (202) 416-6800 |
| *Cargill Meat Solutions Corporation* | condeck@proskauer.com |
| | ckass@proskauer.com |
| | schuk@proskauer.com |
| | ejones@proskauer.com |
| | klandershawthorne@proskauer.com |
| | crogoff@proskauer.com |
| | |
| | David A. Munkittrick |
| | Reut N. Samuels |
| | PROSKAUER ROSE LLP |
| | Eleven Times Square |
| | New York, NY 10036-8299 |
| | Telephone: (212) 969-3226 |
| | dmunkittrick@proskauer.com |
| | rsamuels@proskauer.com |
| | |
| | *Counsel for Butterball, LLC* |

*/s/ Michael K. Sciaccotta*
Michael K. Sciaccotta
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
michael.sciaccotta@dentons.com

Gaspare J. Bono
Leslie A. Barry
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone: (202) 496-7500
gap.bono@dentons.com
leslie.barry@dentons.com

*Counsel for Farbest Foods, Inc.*

*/s/ Carmine R. Zarlenga*
Carmine R. Zarlenga
William H. Stallings
Oral D. Pottinger
MAYER BROWN LLP
1999 K Street NW
Washington DC 20009
Telephone: (202) 263-3000
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
opottinger@mayerbrown.com

*Counsel for Foster Farms, LLC, Foster Poultry Farms*

*/s/ Gregory G. Wrobel*
Gregory G. Wrobel, Bar No. 03122900
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7500
gwrobel@vedderprice.com

Henry W. Jones, Jr. (*pro hac vice*)
JORDAN PRICE WALL GRAY JONES
& CARLTON, PLLC
1951 Clark Avenue
Raleigh, North Carolina 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Counsel for Defendant House of Raeford Farms, Inc.*

/s/ Colby Anne Kingsbury
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
311 South Wacker Drive, #4300
Chicago, IL 60606
Telephone: (312) 212-6500
colby.kingsbury@faegredrinker.com

Richard A. Duncan
Craig S. Coleman
Emily E. Chow Isaac
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
Telephone: (612) 766-7000
richard.duncan@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com

Christopher A. Kreuder
Robert Gallup
Stephanie Koltookian
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: (515) 248-9000
christopher.kreuder@faegredrinker.com
robert.gallup@faegredrinker.com
stephanie.koltookian@faegredrinker.com

Jonathan H. Todt
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 230-5000
jonathan.todt@faegredrinker.com

*Counsel for Hormel Foods Corporation and Jennie-O Turkey Store, Inc.*

/s/ J. Douglas Baldridge
Kirstin B. Ives
FALKENBERG IVES LLP
30 N. LaSalle St., Suite 4020
Chicago, IL 60602
Telephone: (312) 566-4803
kbi@falkenbergives.com

J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley
Andrew T. Hernacki
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20004
Telephone: (202) 344-4000
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

*Counsel for Perdue Foods LLC and Perdue Farms, Inc.*

/s/ Jacob D. Koering
Jacob D. Koering
MILLER, CANFIELD, PADDOCK & STONE, PLC
225 West Washington Avenue, Suite 2600
Chicago, IL 60606
Telephone: (312) 460-4272
koering@millercanfield.com

William L. Monts III (*pro hac vice pending*)
Justin W. Bernick (*pro hac vice pending*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W. Washington, DC 20004-1109
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc.*

*/s/ Jordan Matthew Tank*
Jordan Matthew Tank
Sahrish Moyeed
LIPE LYONS MURPHY NAHRSTADT & PONTIKIS
230 West Monroe Street, Suite 2260
Chicago, Illinois 60606
Telephone: (312) 702-0586
jmt@lipelyons.com
sm@lipelyons.com

Tiffany Rider Rohrbaugh
Rachel J. Adcox
Lindsey Strang Aberg
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW
Washington, DC 20004
Telephone: (202) 469-3550
trider@axinn.com
radcox@axinn.com
lstrang@axinn.com

*Counsel for The Hillshire Brands Company, Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods*

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that on May 17, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

    By: /s/ *Jennifer A.L. Battle*