# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* | |
| This Document Relates To: | No. 19-cv-08318 |
| ALL ACTIONS | Hon. Virginia F. Kendall<br>Hon. Gabriel A. Fuentes |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MICHAEL K. SCIACCOTTA

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendant Farbest Foods, Inc. hereby respectfully moves this court for leave to withdraw the appearance of Michael K. Sciaccotta as one of the attorneys of record in this matter. Mr. Sciaccotta's withdrawal will cause no delay, as Farbest Foods, Inc. will continue to be represented by other counsel with appearance on file.

WHEREFORE, Farbest Foods, Inc. respectfully requests that Mr. Sciaccotta's appearance as counsel of record be withdrawn.

Dated: June 16, 2023

Respectfully submitted,

/s/Gaspare J. Bono
Gaspare J. Bono (*Pro Hac Vice*)
Leslie A. Barry (*Pro Hac Vice*)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500
gap.bono@dentons.com
leslie.barry@dentons.com

2

        Michael K. Sciaccotta
        Adam J. Wallstein
        DENTONS US LLP
        233 S. Wacker Drive, Suite 5900
        Chicago, IL 60606
        (312) 876-8000
        michael.sciaccotta@dentons.com
        adam.wallstein@dentons.com

***Counsel for Farbest Foods, Inc.***