IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* | |
| This Document Relates To: | No. 19-cv-08318 |
| *Amory Investments, LLC v. Agri Stats et. al.,* No. 21-cv-06600 | Hon. Virginia F. Kendall<br>Hon. Gabriel A. Fuentes |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CHAMPERTY AND PUBLIC POLICY GROUNDS TO DISMISS AMORY INVESTMENTS, LLC'S <u>COMPLAINT WITH PREJUDICE</u>

Defendants[1] in the above-captioned case, by their undersigned counsel, and pursuant to this Court's Order at ECF 799, hereby move this Court for entry of an Order granting them summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 against Plaintiff Amory Investments, LLC ("Amory").

This Motion is based on the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Local Rule 56.1 Statement of Undisputed Material Facts, all accompanying declarations and exhibits, the pleadings and papers on file in this action, oral argument, and such other matters as this Court may consider in hearing the Motion.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting summary judgment in favor of Defendants and against Amory, dismissing Amory's Complaint with prejudice and granting any other relief this Court deems just and proper.

---

[1] For purposes of this Motion, the Memorandum of Law in Support, and Statement of Undisputed Facts, Defendants refers to the Defendants signing this Motion.

Dated: July 17, 2023

Respectfully submitted,

/s/Gaspare J. Bono
Gaspare J. Bono (*Pro Hac Vice*)
Leslie A. Barry (*Pro Hac Vice*)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500
gap.bono@dentons.com
leslie.barry@dentons.com

Adam J. Wallstein
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
adam.wallstein@dentons.com

*Counsel for Farbest Foods, Inc.*

/s/ Jacob D. Koering
Jacob D. Koering
MILLER, CANFIELD, PADDOCK & STONE, PLC
225 West Washington Avenue, Suite 2600
Chicago, IL 60606
Telephone: (312) 460-4272
koering@millercanfield.com

William L. Monts III
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc.*

/s/ Jennifer A.L. Battle
Michael L. McCluggage
Daniel D. Birk

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Sybil Dunlop
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-8346
sdunlop@greeneespel.com

*Counsel for Cargill, Incorporated and Cargill Meat Solutions Corporation*

/s/ Marc E. Rosenthal
Marc E. Rosenthal
PROSKAUER ROSE LLP

2

EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7600
mmcluggage@eimerstahl.com
dbirk@eimerstahl.com

Joshua Goldberg
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2105
Chicago, Illinois 60601
Telephone: (312) 777-4825
goldberg@carpenterlipps.com

Jennifer A.L. Battle
David J. Barthel
Theodore M. Munsell
Jill Rogers Spiker
Joel E. Sechler
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
Telephone: (614) 365-4100
battle@carpenterlipps.com
barthel@carpenterlipps.com
munsell@carpenterlipps.com
spiker@carpenterlipps.com
sechler@carpenterlipps.com

***Counsel for Cooper Farms, Inc.***

*/s/ Gregory G. Wrobel*
Gregory G. Wrobel
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7500
gwrobel@vedderprice.com

Henry W. Jones, Jr.
Jordan Price Wall Gray
Jones & CARLTON, PLLC
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
hjones@jordanprice.com

70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3530
Mrosenthal@proskauer.com

Christopher E. Ondeck
Colin R. Kass
David A. Munkittrick
Stephen R. Chuk
Rucha A. Desai
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Telephone: (202) 416-6800
Condeck@proskauer.com
CKass@proskauer.com
DMunkittrick@proskauer.com
SChuk@proskauer.com

***Counsel for Butterball LLC***

*/s/ William H. Stallings*
Carmine R. Zarlenga
William H. Stallings
Oral Pottinger
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-3000
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
opottinger@mayerbrown.com

***Counsel for Foster Farms, LLC, and Foster Poultry Farms, a California Corporation***

*s/ Craig S. Coleman*
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
311 South Wacker Drive, #4300
Chicago, IL 60606
Telephone: (312) 212-6500
Colby.Kingsbury@Faegredrinker.com

Richard A. Duncan

3

***Counsel for House of Raeford Farms, Inc.***

*/s/ J. Douglas Baldridge*
J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley
Paul Feinstein
Andrew T. Hernacki
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
pfeinstein@venable.com
athernacki@venable.com

Kirstin B. Ives
FALKENBERG IVES, LLP
30 N. LaSalle St., Suite 4020
Chicago, Illinois 60602
Telephone: (312) 566-4803
kbi@falkenbergives.com

***Counsel for Perdue Farms, Inc. and Perdue Foods LLC***

*/s/ Tiffany Rider Rohrbaugh*
Tiffany Rider Rohrbaugh
Rachel J. Adcox
Kenina J. Lee
Allison M. Vissichelli

Lindsey Strang Aberg
AXINN, VELTROP & HARKRIDER LLP
1901 L St. NW
Washington, DC 20006
T: (202) 912-4700
F: (202) 912-4701
trider@axinn.com
klee@axin.com
avissichelli@axinn.com
lstrang@axinn.com

Craig S. Coleman
Emily E. Chow
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
Telephone: (612) 766-7000
Richard.Duncan@Faegredrinker.com
Craig.Coleman@Faegredrinker.com
Emily.Chow@Faegredrinker.com

Jacob D. Bylund
Lance W. Lange
Christopher A. Kreuder
Robert Gallup
Stephanie Koltookian
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: (515) 248-9000
Jacob.Bylund@faegredrinker.com
Lance.Lange@faegredrinker.com
Christopher.Kreuder@Faegredrinker.com
Robert.Gallup@faegredrinker.com
Stephanie.Koltookian@faegredrinker.com

Jonathan H. Todt
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 2005
Telephone: (202) 230-5000
Jonathan.Todt@faegredrinker.com

***Counsel for Hormel Foods Corporation, Hormel Foods, LLC, and Jennie-O Turkey Store, Inc.***

4

Jordan M. Tank
LIPE LYONS MURPHY NAHRSTADT &
PONTIKIS, LTD.
230 West Monroe Street
Suite 2260
Chicago, IL 60606
T: (312) 702-0586
F: (312) 726-2273
jmt@lipelyons.com

*Counsel for The Hillshire Brands Company, Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods*