IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Amory Investments, LLC v. Agri Stats Inc. et al.*,<br>No. 21-cv-06600 | No. 19-cv-08318<br><br>Hon. Virginia F. Kendall<br>Hon. Gabriel A. Fuentes<br><br>**REDACTED PUBLIC VERSION** |

**DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED**

In support of their Motion for Summary Judgement on Champerty and Public Policy Grounds Dismissing Plaintiff Amory Investments, LLC's Complaint With Prejudice and Memorandum of Law in Support, filed contemporaneously herewith, and pursuant to Local Rule 56.1, Defendants[1] submit the following statement of undisputed material facts:[2]

**Venue and Jurisdiction**

1.    Venue is proper pursuant to 28 U.S.C. § 1391(b), (c), and (d).

2.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1337, and Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15(a) and 26, where Plaintiff brings this action under Section 16 of the Clayton Act to secure damages for Defendants' alleged violations of the Sherman Act (15 U.S.C. § 1) and seeks damages in excess of $5,000,000. (ECF 1).

---

[1] For purposes of this Statement of Material Facts, Defendants refers to the undersigned Defendants who also signed the Motion for Summary Judgment and Memorandum of Law in Support.

[2] References to Exhibits or ("Ex.") are exhibits attached to the Declaration of Gaspare J. Bono, filed contemporaneously herewith.

**Burford Capital, LLC**

3. Burford Capital, LLC ("Burford") ███████████████████████████████████
███████████████████████████████████.

4. Burford is "a leading provider of legal finance." (███████████).

**Amory Investments, LLC**

5. Plaintiff Amory Investments, LLC ("Amory") was formed as a Delaware LLC on June 8, 2017. (█████████).

6. The Limited Liability Company Agreement of Amory Investments LLC ("Amory LLC Agreement"), ███████████████████████████████████████████████
████████████████.

7. The Amory LLC Agreement ███████████████████████████████████
███████████████████████████████████████████████████████████.

8. Burford is ███████████████████████████████████████.

9. Amory is ███████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████.

10. Amory is a ███████████████████████████████████████.

11. The ███████████████████████████████████████
███████████████████████████████████████████████████████████
████████████.

12. Pursuant to the Amory LLC Agreement, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

13. Amory has ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

**The Instant Action**

14. On December 19, 2019, a purported class of direct purchaser plaintiffs ("DPPs") filed in this Court an initial complaint alleging generally that defendant turkey processors violated the Sherman Act by engaging in a conspiracy that involved the exchange of information about their operations in an effort to suppress turkey production and increase turkey prices. That complaint alleges generally damages to purported class members as a result of the alleged overcharges direct purchasers paid for turkey products. *See generally* Compl., *Olean Wholesale Grocery Coop. v. Agri Stats, Inc. et al.*, No. 19-cv-08318, (N.D. Ill. Dec. 19, 2019), ECF 1 ("Turkey Litigation").

15. On June 10, 2020, Maines Paper & Food Service, Inc. ("Maines Paper"), a national food distributor, filed for Chapter 11 bankruptcy in Delaware Bankruptcy Court. *See* Pet., *In re Maines Paper & Food Service, Inc.*, No. 20-11502 (Bankr. D. Del. June 10, 2020), ECF 1; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

16. On March 31, 2021, Amory assumed a claim in the Turkey Litigation through the Maines Paper bankruptcy process. The claim was acquired through an Assignment Agreement between ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

3

17. The Assignor, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

18. ████████████████████████████████████████████████████ Aviva Will, a co-Chief Operating Officer of Burford. ████████████████████████████████████████████████████.

19. The Assignment Agreement ████████████████████████████████████.

20. On December 9, 2021, Amory opted out of the purported DPP class in the Turkey Litigation and filed the Complaint initiating this lawsuit. Compl., *Amory Investments LLC v. Agri Stats, Inc. et al.*, No. 21-cv-06600 (N.D. Ill. December 9, 2021), ECF 1 ("Amory Compl.").

21. Similar to the DPP complaint, in its Complaint, Amory alleges generally that turkey processors violated the Sherman Act by engaging in a conspiracy that involved exchanging information about their operations in an effort to suppress turkey production and increase turkey prices. (*Id.*). The complaint alleges generally damages stemming from the alleged increased prices paid for turkey products. (*Id.*; ████████████████).

22. Amory has never purchased turkey products. It has no basis to assert a claim for antitrust violations in the turkey industry outside of the claim it assumed in the Assignment Agreement. Amory brought this lawsuit pursuant to the claim it assumed through the Assignment Agreement. (Amory Compl., ¶ 39; ████████████).

23. On March 21, 2023, Defendants began Amory's 30(b)(6) deposition. (█████████). That deposition was continued and concluded on May 19, 2023. (ECF 780). Once the deposition was concluded, fact discovery in this action closed. (ECF 780, 782).

24. Amory's 30(b)(6) designee and witness was Suzanne Grosso. (█████████).

25. Ms. Grosso is not employed by Amory. (█████████████).

4

26. Ms. Grosso is employed by Burford and is a Senior Vice President at Burford. (██████████████████████████).

27. In her position at Burford, Ms. Grosso is an underwriter and case manager in Burford's "litigation finance group." (██████████████).

28. In that role, ████████████████████████████████████ ████████████████████████████████████████ ██████████.

29. The team with which Ms. Grosso works ████████████████ ████████████████████████████████████████ ████████████████████████████████.

30. Ms. Grosso ████████████████████████████████ ██████.

31. Serving as Amory's 30(b)(6) designee and witness ████████████████ ████████████████████████████████.

32. A ████████████████████████████████████ ████████████████████████████████████████ ██████████████████████.

33. To the extent ████████████████████████████████ ████████████████████████████.

34. A ████████████████████████████████████ ████████████████████████████████████████.

35. The Burford ████████████████████████████████ directs and controls litigation strategy in this case. (██████████████████).

5

Dated: July 14, 2023

Respectfully submitted,

/s/Gaspare J. Bono
Gaspare J. Bono (*Pro Hac Vice*)
Leslie A. Barry (*Pro Hac Vice*)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500
gap.bono@dentons.com
leslie.barry@dentons.com

Adam J. Wallstein
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
adam.wallstein@dentons.com

***Counsel for Farbest Foods, Inc.***

/s/ Jacob D. Koering
Jacob D. Koering
MILLER, CANFIELD, PADDOCK & STONE, PLC
225 West Washington Avenue, Suite 2600
Chicago, IL 60606
Telephone: (312) 460-4272
koering@millercanfield.com

William L. Monts III
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc.***

/s/ Jennifer A.L. Battle
Michael L. McCluggage
Daniel D. Birk
EIMER STAHL LLP

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Sybil Dunlop
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-8346
sdunlop@greeneespel.com

***Counsel for Cargill, Incorporated and Cargill Meat Solutions Corporation***

/s/ Marc E. Rosenthal
Marc E. Rosenthal
PROSKAUER ROSE LLP

6

224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7600
mmcluggage@eimerstahl.com
dbirk@eimerstahl.com

Joshua Goldberg
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2105
Chicago, Illinois 60601
Telephone: (312) 777-4825
goldberg@carpenterlipps.com

Jennifer A.L. Battle
David J. Barthel
Theodore M. Munsell
Jill Rogers Spiker
Joel E. Sechler
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
Telephone: (614) 365-4100
battle@carpenterlipps.com
barthel@carpenterlipps.com
munsell@carpenterlipps.com
spiker@carpenterlipps.com
sechler@carpenterlipps.com

*Counsel for Cooper Farms, Inc.*

*/s/ Gregory G. Wrobel*
Gregory G. Wrobel
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7500
gwrobel@vedderprice.com

Henry W. Jones, Jr.
Jordan Price Wall Gray
Jones & CARLTON, PLLC
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
hjones@jordanprice.com

70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3530
Mrosenthal@proskauer.com

Christopher E. Ondeck
Colin R. Kass
David A. Munkittrick
Stephen R. Chuk
Rucha A. Desai
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Telephone: (202) 416-6800
Condeck@proskauer.com
CKass@proskauer.com
DMunkittrick@proskauer.com
SChuk@proskauer.com

*Counsel for Butterball LLC*

*/s/ William H. Stallings*
Carmine R. Zarlenga
William H. Stallings
Oral Pottinger
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-3000
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
opottinger@mayerbrown.com

*Counsel for Foster Farms, LLC, and Foster Poultry Farms, a California Corporation*

*/s/ Craig S. Coleman*
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
311 South Wacker Drive, #4300
Chicago, IL 60606
Telephone: (312) 212-6500
Colby.Kingsbury@Faegredrinker.com

7

*Counsel for House of Raeford Farms, Inc.*

*/s/ J. Douglas Baldridge*
J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley
Paul Feinstein
Andrew T. Hernacki
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
pfeinstein@venable.com
athernacki@venable.com

Kirstin B. Ives
FALKENBERG IVES, LLP
30 N. LaSalle St., Suite 4020
Chicago, Illinois 60602
Telephone: (312) 566-4803
kbi@falkenbergives.com

*Counsel for Perdue Farms, Inc. and Perdue Foods LLC*

*/s/ Tiffany Rider Rohrbaugh*
Tiffany Rider Rohrbaugh
Rachel J. Adcox
Kenina J. Lee
Allison M. Vissichelli

Lindsey Strang Aberg
AXINN, VELTROP & HARKRIDER LLP
1901 L St. NW
Washington, DC 20006
T: (202) 912-4700
F: (202) 912-4701
trider@axinn.com
klee@axin.com
avissichelli@axinn.com
lstrang@axinn.com

Richard A. Duncan
Craig S. Coleman
Emily E. Chow
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
Telephone: (612) 766-7000
Richard.Duncan@Faegredrinker.com
Craig.Coleman@Faegredrinker.com
Emily.Chow@Faegredrinker.com


Jacob D. Bylund
Lance W. Lange
Christopher A. Kreuder
Robert Gallup
Stephanie Koltookian
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: (515) 248-9000
Jacob.Bylund@faegredrinker.com
Lance.Lange@faegredrinker.com
Christopher.Kreuder@Faegredrinker.com
Robert.Gallup@faegredrinker.com
Stephanie.Koltookian@faegredrinker.com

Jonathan H. Todt
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 2005
Telephone: (202) 230-5000
Jonathan.Todt@faegredrinker.com

*Counsel for Hormel Foods Corporation, Hormel Foods, LLC, and Jennie-O Turkey Store, Inc.*

8

Jordan M. Tank
LIPE LYONS MURPHY NAHRSTADT &
PONTIKIS, LTD.
230 West Monroe Street
Suite 2260
Chicago, IL 60606
T: (312) 702-0586
F: (312) 726-2273
jmt@lipelyons.com

***Counsel for The Hillshire Brands Company,
Tyson Foods, Inc., Tyson Fresh Meats, Inc.,
and Tyson Prepared Foods***