**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Actions | No. 1:19-cv-08318<br><br>Hon. Virginia M. Kendall<br>Hon. Keri Holleb Hotaling |

**DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Shana E. Scarlett, state under oath, as follows:

1. I am a partner at Hagens Berman Sobol Shapiro LLP. I am admitted to this Court *pro hac vice* and am one of the Co-Lead Counsel (along with Lockridge Grindal Nauen P.L.L.P.) for the Direct Purchaser Plaintiffs appointed by the Court to represent the Direct Purchaser Plaintiff Class in this litigation. I submit this declaration in support of the Direct Purchaser Plaintiffs' Motion for Class Certification. I have full knowledge of the matters stated herein and would testify to these facts if called upon.

2. Attached hereto are true and correct copies of the following exhibits:

| Exhibit | Description |
| --- | --- |
| 1 | Expert Report of Michael A. Williams, Ph.D. (Dec. 2, 2022) [filed under seal] |
| 2 | Expert Reply Report of Michael A. Williams, Ph.D. (Mar. 31, 2023) [filed under seal] |
| 3 | Expert Sur-Reply Report of Michael A. Williams, Ph.D. (Jun. 28, 2023) [filed under seal] |
| 4 | FARBEST0001233314 [filed under seal] |
| 5 | AGSTAT-T-03963596 [filed under seal] |
| 6 | NTF0000044755 [filed under seal] |
| 7 | BB001523233 [filed under seal] |
| 8 | CMS0000036854 [filed under seal] |
| 9 | AGSTAT-T-03962264 [filed under seal] |
| 10 | COOPER0000201477 [filed under seal] |
| 11 | AGSTAT-T-03945732 [filed under seal] |
| 12 | Deposition of Keith Williams (Sept. 29, 2022) [filed under seal] |
| 13 | Deposition of Stacey Edwards (Jun. 2, 2022) [filed under seal] |

| 14 | Deposition of Joel Brandenberger (Oct. 7, 2022) [filed under seal] |
| --- | --- |
| 15 | Deposition of Thomas Knapp (Apr. 19, 2022) [filed under seal] |
| 16 | Deposition of Eric Scholer (Jun. 7, 2022) [filed under seal] |
| 17 | AGSTAT-T-03944136 [filed under seal] |
| 18 | FARBEST0001373509 [filed under seal] |
| 19 | FARBEST0001373510 [filed under seal] |
| 20 | AGSTAT-T-03636493 [filed under seal] |
| 21 | AGSTAT-T-03636494 [filed under seal] |
| 22 | Deposition of Roger Wellman (May 26, 2022) [filed under seal] |
| 23 | Deposition of Glenn Leitch (Oct. 11, 2022) [filed under seal] |
| 24 | Demonstrative re Payments to Agri Stats [filed under seal] |
| 25 | BB001394151 [filed under seal] |
| 26 | CMS0000095297 [filed under seal] |
| 27 | AGSTAT-T-03618467 [filed under seal] |
| 28 | AGSTAT-T-03325661 [filed under seal] |
| 29 | Deposition of Chuck Meath (Jun. 23, 2022) [filed under seal] |
| 30 | Deposition of Thomas Bower (Apr. 20, 2022) [filed under seal] |
| 31 | Deposition of Timothy Jackson (Oct. 4, 2022) [filed under seal] |
| 32 | Deposition of Jennifer Stone (Jul. 28, 2022) [filed under seal] |
| 33 | Deposition of Stewart Milton (Sept. 21, 2022) [filed under seal] |
| 34 | BB001951912 [filed under seal] |
| 35 | BB001391778 [filed under seal] |
| 36 | CMS0000001603 [filed under seal] |

010737-11/2334419 V1

| 37 | CMS0000054978 [filed under seal] |
|---|---|
| 38 | CMS0000091545 [filed under seal] |
| 39 | CMS0000299330 [filed under seal] |
| 40 | Deposition of Jay Maxwell (Oct. 4, 2022) [filed under seal] |
| 41 | PERDUETKY0000089814 [filed under seal] |
| 42 | COOPER0000211767 [filed under seal] |
| 43 | FARBEST0000642993 [filed under seal] |
| 44 | Deposition of Mark McKay (Jul. 14, 2022) [filed under seal] |
| 45 | BB000979833 [filed under seal] |
| 46 | BB001827198 [filed under seal] |
| 47 | BB001850464 [filed under seal] |
| 48 | BB000676402 [filed under seal] |
| 49 | CMS0000037767 [filed under seal] |
| 50 | CMS0000009460 [filed under seal] |
| 51 | HRLTURKEY0000100480 [filed under seal] |
| 52 | HRLTURKEY0000057164 [filed under seal] |
| 53 | HRLTURKEY0000024702 [filed under seal] |
| 54 | COOPER0000175405 [filed under seal] |
| 55 | FARBEST0000250226 [filed under seal] |
| 56 | FARBEST0000604229 [filed under seal] |
| 57 | FF-TKY-00067728 [filed under seal] |
| 58 | FF-TKY-00067729 [filed under seal] |
| 59 | HRF-Turkey_0000141473 [filed under seal] |

| | |
|---|---|
| 60 | PERDUETKY0000090971 [filed under seal] |
| 61 | PERDUETKY0000376345 [filed under seal] |
| 62 | AGSTAT-T-03331706 [filed under seal] |
| 63 | AGSTAT-T-03331708 [filed under seal] |
| 64 | COOPER0000210407 |
| 65 | COOPER0000215873 [filed under seal] |
| 66 | COOPER0000129910 [filed under seal] |
| 67 | Deposition of Amanda Martin (Sept. 23, 2022) [filed under seal] |
| 68 | COOPER0000192800 |
| 69 | [Intentionally left blank] |
| 70 | AGSTAT-T-03640715 [filed under seal] |
| 71 | FF-TKY-00111712 [filed under seal] |
| 72 | PERDUETKY0000095463 [filed under seal] |
| 73 | AGSTAT-T-03877188 [filed under seal] |
| 74 | AGSTAT-T-03961812 [filed under seal] |
| 75 | HRLTURKEY0000056980 [filed under seal] |
| 76 | COOPER0000197556 [filed under seal] |
| 77 | HRLTURKEY0000072771 [filed under seal] |
| 78 | COOPER0000230670 [filed under seal] |
| 79 | COOPER0000200665 [filed under seal] |
| 80 | BB000474409 [filed under seal] |
| 81 | HRLTURKEY0000073000 [filed under seal] |
| 82 | HRLTURKEY0000624593 [filed under seal] |

| 83  | HRLTURKEY0000624561 [filed under seal] |
|-----|----------------------------------------|
| 84  | COOPER0000126933 [filed under seal]    |
| 85  | FARBEST0000080755 [filed under seal]   |
| 86  | AGSTAT-T-03712023 [filed under seal]   |
| 87  | PERDUETKY0000401662 [filed under seal] |
| 88  | HRLTURKEY0000032708 [filed under seal] |
| 89  | HRLTURKEY0000624553 [filed under seal] |
| 90  | FARBEST0001144320 [filed under seal]   |
| 91  | CMS0000001030 [filed under seal]       |
| 92  | BB001801741 [filed under seal]         |
| 93  | COOPER0000198356 [filed under seal]    |
| 94  | COOPER0000127603 [filed under seal]    |
| 95  | HRLTURKEY0000170040 [filed under seal] |
| 96  | COOPER0000236489 [filed under seal]    |
| 97  | HRLTURKEY0000688284 [filed under seal] |
| 98  | HRLTURKEY0000684418 [filed under seal] |
| 99  | BB000676507 [filed under seal]         |
| 100 | BB001027981 [filed under seal]         |
| 101 | CMS0000294928 [filed under seal]       |
| 102 | BB001942399 [filed under seal]         |
| 103 | COOPER0000219473 [filed under seal]    |
| 104 | AGSTAT-T-03363548 [filed under seal]   |
| 105 | AGSTAT-T-03324511 [filed under seal]   |

| 106 | AGSTAT-T-03356403 [filed under seal] |
|---|---|
| 107 | AGSTAT-T-03386398 [filed under seal] |
| 108 | PFI00001096 |
| 109 | Declaration of Douglas Neckers of Maplevale Farms, Inc. in support of Direct Purchaser Plaintiffs' Motion for Class Certification |
| 110 | Declaration of Scott Wagner of John Gross and Company, Inc. in support of Direct Purchaser Plaintiffs' Motion for Class Certification |
| 111 | HRLTURKEY0000176429 [filed under seal] |
| 112 | Deposition of Shayle Shagam (Oct. 26, 2022) |
| 113 | BB000731815 [filed under seal] |
| 114 | PERDUETKY0000470250 [filed under seal] |
| 115 | FARBEST0001212494 [filed under seal] |
| 116 | BB000885272 [filed under seal] |
| 117 | Deposition of Bryan W. Reese (May 10, 2022) [filed under seal] |
| 118 | Deposition of Daniel Lightle (May 17, 2022) [filed under seal] |
| 119 | Deposition of Emily Sounders (Jun. 8, 2022) [filed under seal] |
| 120 | Deposition of Donald Taber (May 16, 2022) [filed under seal] |
| 121 | FARBEST0000031952 [filed under seal] |
| 122 | PERDUETKY0000433871 [filed under seal] |
| 123 | HRLTURKEY0000101719 [filed under seal] |
| 124 | COOPER0000232517 [filed under seal] |
| 125 | BB001836999 [filed under seal] |
| 126 | FARBEST0001143649 [filed under seal] |
| 127 | BB000956825 [filed under seal] |

| 128 | FARBEST0001330031 [filed under seal] |
|-----|----------------------------------------|
| 129 | HRLTURKEY0000044216 [filed under seal] |
| 130 | Deposition of Jim Cooper (Aug. 12, 2022) [filed under seal] |
| 131 | Deposition of Ryan Downes (Jun. 9, 2022) [filed under seal] |
| 132 | HRLTURKEY0000169912 [filed under seal] |

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: September 22, 2023

                                          */s/ Shana E. Scarlett*
                                          SHANA E. SCARLETT

- 8 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 22, 2023, a true and correct copy of the foregoing was electronically filed by CM/ECF, which caused notice to be sent to all counsel of record.

By:   /s/ *Shana Scarlett*
       SHANA E. SCARLETT