## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Aramark Food and Support Services Group, Inc. v. Agri Stats, Inc., et al.*, No. 1:23-cv-4404 | No. 19-cv-08318<br><br>Hon. Virginia M. Kendall<br>Hon. Keri L. Holleb Hotaling |

## STIPULATION  AND ORDER REGARDING
## REASSIGNMENT, CONSOLIDATION, AND COORDINATION
## OF DIRECT ACTION PLAINTIFF COMPLAINT

Direct Action Plaintiff Aramark Food and Support Services Group, Inc. ("Aramark") and defendants Agri Stats, Inc., Butterball LLC, Cargill Incorporated, Cargill Meat Solutions Corporation, Cooper Farms, Inc., Farbest Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Hormel Foods Corporation, House of Raeford Farms, Inc., Prestage Farms, Inc., Prestage Foods, Inc., Prestage Farms of South Carolina LLC, Perdue Farms, Inc., and Perdue Foods LLC, (together "Defendants"),[1] hereby stipulate to the following:

1. On September 13, 2023, this action was reassigned to the Honorable Virginia Kendall and Magistrate Judge Keri L. Holleb Hotaling for coordination with *In re Turkey Antitrust Litigation*, Case No. 1:19-cv-08318 (*In re Turkey Antitrust Litigation*, ECF No. 826).

2. Defendants agree to accept service of Aramark's Complaint, filed July 21, 2023 ("Complaint"), which has not yet been served, and of any future amended complaints, by electronic mail on the respective undersigned counsel for each Defendant.

---

[1] Aramark intends to stipulate to the dismissal of defendant The Hillshire Brands Company ("Hillshire") from the action.  Accordingly, Hillshire has not joined in this stipulation.

3.      The Protective Order entered in *In re Turkey Antitrust Litigation* (ECF No. 201) and *Sandee's* (ECF No. 115) is hereby amended to be applicable to the *Aramark* action, and Aramark hereafter shall be a "plaintiff", "named plaintiff", a "party", and one of the "parties" for all purposes in that Order.[2]

4.      Aramark agrees to be bound by the Court's Order Regarding Production of Electronically Stored Information and Paper Documents entered in *In re Turkey Antitrust Litigation* (ECF No. 202), the Agreed Deposition Protocol Order entered in *In re Turkey Antitrust Litigation* (ECF No. 496), and the Order Concerning Expert Discovery entered in *In re Turkey Antitrust Litigation* (ECF No. 661).

5.      Except as modified by this stipulation, Aramark agrees to abide by the schedule entered in *In re Turkey Antitrust Litigation* (ECF No. 785), including any amendments or modifications thereto, and shall be deemed a "plaintiff", "named plaintiff", a "party", and one of the "parties" for all purposes therein. Aramark shall coordinate all future discovery and related activities with the putative class plaintiffs in *In re Turkey Antitrust Litigation* so as to avoid unnecessary duplication and/or delay.

6.      Defendants shall not be required to answer, move, or otherwise plead in response to Aramark's Complaint, or any future amended complaint, and Defendants' answers filed in *In re Turkey Antitrust Litigation* (ECF Nos. 184-93, 672-84, 731) shall be deemed filed in the *Aramark* action. All allegations contained in Aramark's Complaint, or in any future amended complaint, that are not specifically answered in Defendants' answers filed in *In re Turkey Antitrust Litigation* or *Sandee's* shall be deemed denied by all Defendants. Notwithstanding anything to the contrary,

---

[2]      References to "*In re Turkey Antitrust Litigation*" in this stipulation refer to Case No. 1:19-cv-08318. References to "*Sandee's*" in this stipulation refer to the related case *Sandee's Bakery, et al. v. Agri Stats, Inc., et al.*, originally docketed at Case No. 1:20-cv-02295.

Defendants expressly reserve and have the right to file motions to dismiss Aramark's Complaint or any future amended complaint. Any such motions to dismiss must be filed 45 days after the entry of this stipulation; Aramark's response must be filed 45 days thereafter; any reply brief must be filed 30 days after the response is filed.

7. Aramark shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and applicable organizational charts (*see In re Turkey Antitrust Litigation*, ECF No. 200), and Defendants shall serve supplemental disclosures, if any, pursuant to Fed. R. Civ. P. 26(a)(1), on or before December 5, 2023.

8. The following discovery shall be deemed served on Aramark as of the date of this Stipulation and Aramark shall serve their responses and objections to such discovery within thirty (30) days of that date:

    a. All Defendants' First Set of Interrogatories to All Plaintiffs (January 29, 2021);

    b. Defendants' First Requests for Production to Plaintiffs (January 29, 2021);

    c. All Defendants' Second Set of Interrogatories to All Plaintiffs (August 6, 2021);

    d. Defendants' First Requests for Admissions to Plaintiffs (August 6, 2021);

    e. All Defendants' Third Set of Interrogatories to All Plaintiffs (December 13, 2021).

9. Defendants shall serve additional discovery requests related to Aramark's standing to bring the claims alleged in the Complaint, including as an assignee, and other entities' interests, if any, in Aramark's suit on or before December 5, 2023, and Aramark shall serve their responses and objections to such discovery within thirty (30) days of the date of service.

10. All written discovery responses and document productions made in the *In re Turkey Antitrust Litigation* and *Sandee's* actions that Defendants have served on Direct Action Plaintiffs

WinnDixie Stores, Inc. and Bi-Lo Holdings, LLC, who are represented by the same counsel as Aramark, shall be deemed to have been served on Aramark as of the date of this stipulation.

11.     Aramark's production of structured data in response to Defendants' discovery requests shall be substantially complete by December 5, 2023.

12.     Aramark's production of documents (non-structured) in response to Defendants' discovery responses shall be substantially complete by January 11, 2024.

13.     Defendants shall have the right to notice up to three depositions, including a Rule 30(b)(6) deposition of Aramark, following Aramark's substantial completion of written discovery and document productions as set forth in this stipulation. Any deposition will proceed pursuant to the protocols outlined in the Agreed Deposition Protocol Order (*In re Turkey Antitrust Litigation*, ECF No. 496). Aramark's Rule 30(b)(6) deposition shall be completed by May 31, 2024. Defendants shall not be required to produce any additional witnesses for deposition.

14.     Aramark and the Defendants stipulate and agree that additional fact discovery shall be permitted in *In re Turkey Litigation* only as set forth in this stipulation or as may be subsequently permitted by the Court for good cause shown.

***

15.     Aramark and the Defendants stipulate and agree that the entry into this stipulation by the Defendants shall not constitute a waiver of (a) any jurisdictional defenses that may be available to any Defendant, (b) any defenses under Rule 12 of the Federal Rules of Civil Procedure, (c) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure or otherwise, or (d) any other statutory or common law defenses that may be available to the Defendants in this or any other action. Further, the parties stipulate and agree that entry into this stipulation does not

constitute an admission of any kind by any party hereto including as to the merits of Aramark's allegations and Defendants' defenses thereto.

**IT IS SO STIPULATED.**

Dated:  October 9, 2023

/s/ Patrick J. Ahern
Patrick J. Ahern
Mark Schirmer
Ahern and Associates, P.C.
8 South Michigan Avenue
Suite 3700
Chicago, Illinois 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com
mark.schirmer@ahernandassociatespc.com

*Counsel for Plaintiff Aramark Food and Support Services Group, Inc.*

/s/ Danielle R. Foley
Danielle R. Foley (admitted *pro hac vice*)
Lisa Jose Fales (admitted *pro hac vice*)
Paul Feinstein (admitted *pro hac vice*)
Kristin M. Koger (admitted *pro hac vice*)
Andrew T. Hernacki (admitted *pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20004
Telephone: (202) 344-4000
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
pfeinstein@venable.com
kmkoger@venable.com
athernacki@venable.com

Kirstin B. Ives
FALKENBERG IVES, LLP
30 N. LaSalle St., Suite 4020
Chicago, IL 60602
Telephone: (312) 566-4803
kbi@falkenbergives.com

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com
rentwisle@mayerbrown.com

Sybil L. Dunlop
Davida S. Williams
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
sdunlop@greeneespel.com
dwilliams@greeneespel.com

*Counsel for Cargill Incorporated and Cargill Meat Solutions Corporation*

/s/ Oral Pottinger
Carmine R. Zarlenga
William H. Stallings
Oral Pottinger
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
opottinger@mayerbrown.com

*Counsel for Foster Farms, LLC, and Foster Poultry Farms*

/s/ Jennifer A.L. Battle
Michael L. McCluggage

*Counsel for Perdue Farms, Inc. and Perdue Foods LLC*

/s/ Marc E. Rosenthal
Marc E. Rosenthal
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3530
Mrosenthal@proskauer.com

Christopher E. Ondeck
Colin R. Kass
Stephen R. Chuk
Rucha A. Desai
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Telephone: (202) 416-6800
Condeck@proskauer.com
CKass@proskauer.com
SChuk@proskauer.com
RDesai@proskauer.com

*Counsel for Butterball LLC*

/s/ Craig S. Coleman
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
311 South Wacker Drive, #4300
Chicago, IL 60606
(312) 212-6500
Colby.Kingsbury@faegredrinker.com

Richard A. Duncan
Craig S. Coleman
Emily E. Chow
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
(612) 766-7000
Richard.Duncan@faegredrinker.com
Craig.Coleman@faegredrinker.com
Emily.Chow@faegredrinker.com

Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Ave, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
mmcluggage@eimerstahl.com
dbirk@eimerstahl.com

Joshua Goldberg
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2105
Chicago, IL 60601
Telephone: (312) 777-4825
goldberg@carpenterlipps.com

Jennifer A.L. Battle
David J. Barthel
Theodore M. Munsell
Jill Rogers Spiker
Joel E. Sechler
CARPENTER LIPPS LLP
280 North High Street
Suite 1300
Columbus, OH 43215
Telephone : (614) 365-4100
battle@carpenterlipps.com
barthel@carpenterlipps.com
munsell@carpenterlipps.com
spiker@carpenterlipps.com
sechler@carpenterlipps.com

*Counsel for Cooper Farms, Inc.*

/s/ Gaspare J. Bono
Gaspare J. Bono (*Pro Hac Vice*)
Leslie A. Barry (*Pro Hac Vice*)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500
gap.bono@dentons.com
leslie.barry@dentons.com

Adam J. Wallstein
DENTONS US LLP

Christopher A. Kreuder
Robert GallupFAEGRE DRINKER BIDDLE
& REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000
Christopher.Kreuder@faegredrinker.com
Robert.Gallup@faegredrinker.com
Jonathan H. Todt
FAEGRE DRINKER BIDDLE & REATH
LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 230-5000
Jonathan.Todt@faegredrinker.com

*Counsel for Hormel Foods Corporation*

*/s/ William S. Cherry III*
Michael T. Medford, N.C. State Bar # 7227
(*pro hac vice*)
William S. Cherry III, N.C. State Bar # 33860
(*pro hac vice*)
MANNING, FULTON & SKINNER, P.A.
3605 Glenwood Avenue – Suite 500 (27612)
Post Office Box 20389
Raleigh, North Carolina 27619
Telephone: (919) 787-8880
Facsimile: (919) 325-4604 (Cherry)
medford@manningfulton.com
cherry@manningfulton.com
wilson@manningfulton.com


Amy R. Paulus
Daniel P. Johnston
Davy H. Raistrick
Clausen Miller P.C.
10 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 855-1010
Facsimile: (312) 606-7777
apaulus@clausen.com
djohnston@clausen.com
draistrick@clausen.com

233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
Adam.wallstein@dentons.com

*Counsel for Farbest Foods, Inc.*

*/s/ Gregory G. Wrobel*
Gregory G. Wrobel, Bar No. 03122900
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7500
gwrobel@vedderprice.com

Henry W. Jones, Jr. (pro hac vice)
Jordan Price Wall Gray Jones
& CARLTON, PLLC
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
hjones@jordanprice.com

*Counsel for House of Raeford Farms, Inc.*

*/s/ William L. Monts III*
Jacob D. Koering
MILLER, CANFIELD, PADDOCK &
STONE, PLC
225 West Washington Avenue, Suite 2600
Chicago, IL 60606
Telephone: (312) 460-4272
koering@millercanfield.com

William L. Monts III (*pro hac vice* pending)
Justin W. Bernick (*pro hac vice* pending)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc.*

7

*Counsel for Defendants Prestage Farms of South Carolina LLC, Prestage Farms, Inc. and Prestage Foods, Inc.*

SO ORDERED:

Honorable Virginia M. Kendall
U.S. District Court, N.D. Illinois