**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* <br><br> This Document Relates To: <br> *Commercial and Institutional Indirect Purchaser Plaintiffs' Actions* (Case No. 1:20-cv-02295) | Case No. 1:19-cv-08318 <br><br> Honorable Virginia M. Kendall <br> Honorable Keri L. Holleb Hotaling |

**DECLARATION OF CRAIG S. COLEMAN IN SUPPORT OF DEFENDANTS'
OPPOSITION TO THE COMMERCIAL AND INSTITUTIONAL INDIRECT
PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Craig S. Coleman, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a partner at Faegre Drinker Biddle & Reath LLP and represent Hormel Foods Corporation in the above-captioned matter. I submit this declaration in support of Defendants' Opposition to the Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Class Certification, which is being filed concurrently with this Declaration.

2. Attached as Exhibits 1-26 are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Excerpts from the September 14, 2022 30(b)(1) Deposition of Suzon Awbrey (Owner, Stickyz Rock 'N' Roll Chicken Shack) |
| 2 | Excerpts from the September 21, 2022 30(b)(1) & 30(b)(6) Deposition of Maire Byrne (Owner, Thyme Café and Market) |
| 3 | Excerpts from the September 1, 2022 30(b)(1) & 30(b)(6) Deposition of Robert Foti (Owner, Sandee's Bakery) |
| 4 | Excerpts from the October 11, 2022 30(b)(6) Deposition of John Haire (Vol. I) (Chief Operating Officer, Martin's Bar-B-Que) |
| 5 | Excerpts from the September 13, 2021 30(b)(1) & 30(b)(6) Deposition of Christopher King (Owner, Stickyz Rock 'N' Roll Chicken Shack) |

US.361539957.01

| | |
|---|---|
| 6 | Excerpts from the October 25, 2022 30(b)(6) Deposition of John Haire (Vol. II) (Chief Operating Officer, Martin's Bar-B-Que) |
| 7 | Excerpts from the September 16, 2022 30(b)(1) & 30(b)(6) Deposition of Daniel Harper (Chief Financial Officer, Homegrown Hospitality Group, Liberty Holding Company) |
| 8 | Excerpts from the August 30, 2023 Deposition of Russell W. Mangum, III, Ph.D |
| 9 | Excerpts from the October 31, 2022 Deposition of Melissa Hoyt (Senior Director of Strategic Sourcing, Sysco) |
| 10 | Boar's Head Provision Co., Inc./Farbest Foods, Inc. Meat Purchase Agreement dated July 1, 1998 (FARBEST0001729320–0001729331) |
| 11 | Boar's Head Provision Co., Inc./Farbest Foods, Inc. Meat Purchase Agreement dated December 20, 2005 (FARBEST0001729256–0001729271) |
| 12 | Raw Material Supply Material Agreement between Boar's Head Provisions Co. Inc. & Farbest Foods, Inc. (signed January 2012) (FARBEST0001729289–0001729301) |
| 13 | Excerpts from the June 2, 2022 Deposition of Stacey Edwards (Former Program Manager, Agri Stats) |
| 14 | Excerpts from the June 7, 2022 Deposition of Eric Scholer (President of Express Markets, Inc. and Vice President of Operations, Agri Stats) |
| 15 | Excerpts from the April 19, 2022 Deposition of Thomas Knapp (Former Account Manager, Agri Stats) |
| 16 | Excerpts from the October 27, 2022 Deposition of Curtis Ange (Vice President of Product Development, Agri Stats) |
| 17 | Excerpts from the September 23, 2022 Deposition of Amanda Martin (Former Auditor, Agri Stats; Director of Poultry, Express Markets, Inc.) |
| 18 | Agri Stats Broiler Industry Report (May 2011) (AGSTAT-T-03949460–03949512) |
| 19 | Excerpts from the August 10, 2022 Deposition of Gary Cooper (Chief Operating Officer and Owner, Cooper Farms) |
| 20 | United States Department of Agriculture Livestock, Dairy, and Poultry Outlook (July 17, 2013) (BB000677123–000677139) |
| 21 | Excerpts from the August 31, 2022 30(b)(1) Deposition of Ted Seger (Owner, Farbest) |
| 22 | National Turkey Federation Executive Committee Meeting Minutes (July 2008) (PFI00001743–00001751) |
| 23 | Excerpts from the October 7, 2022 Deposition of Joel Brandenburger (President and CEO, National Turkey Federation) |

| 24 | Cargill Turkey & Cooked Meats Presentation (December 14, 2015) (CMS0000126144–0000126176) |
| --- | --- |
| 25 | Excerpts from the October 5, 2022 30(b)(1) & 30(b)(6) Deposition of Daniel Ryan Gnemi (Owner, Gnemi, LLC/Logan Farms) |
| 26 | Cargill Value Added Meats Retail Pricing Offer (May 23, 2011) (G00000025) |

  3. Exhibits 1-26 and Defendants' Opposition to the Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Class Certification contain or refer to information designated as "Confidential Information" or "Highly Confidential Information" under the Protective Order entered in this case. Specifically, these Exhibits contain competitively sensitive information regarding Defendants' customer pricing and sales, market pricing research, and pricing and sales strategy, which is not known outside of Defendants' business, remains secret by Defendants' affirmative efforts, and gives Defendants competitive advantages by remaining secret such that publicizing it would put Defendants at a competitive disadvantage.

  4. The information is valuable in that it contains insights into Defendants' (a) current or future business strategies and other strategic planning information; (b) projections or plans regarding performance, budgets, production, output, sales, marketing, or distribution practices; (c) margin, cost, and pricing information; (d) research, technical, commercial, or financial information that Defendants have maintained as confidential; or (e) material that could be used to obtain an unfair advantage in sales negotiations or for other improper purposes against the producing party.

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

  Executed on the 26th day of January, 2024 in Minneapolis, Minnesota.

            Respectfully submitted,

            */s/ Craig S. Coleman*
            Craig S. Coleman