# EXHIBITS 1-26

# FILED UNDER SEAL