**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Amory Investments LLC v. Agri Stats, Inc. et al.*, No. 1:21-cv-06600 | No. 1:19-cv-08318<br><br>Hon. Virginia M. Kendall<br>Hon. Keri L. Holleb Hotaling |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CHAMPERTY AND PUBLIC POLICY GROUNDS**

Defendants, through their undersigned counsel, hereby respectfully notify this Court of a recent decision for the Court's consideration with respect to Defendants' pending Motion for Summary Judgment on Champerty and Public Policy Grounds and accompanying Memorandum of Law and documents in support (ECF 800–806), and Reply in Support (ECF 819–820). In their briefing, Defendants presented authority that a litigation funder's control of litigation violates public policy. *See* ECF 801, 804 at 9–15; ECF 819–820 at 14–15. By this notice, Defendants bring to the Court's attention a recent decision in *In re Pork Antitrust Litigation* ("*Pork*"), Case No. 18-cv-1776 (D. Minn. Feb. 9, 2024; ECF 2104) and *In re Cattle and Beef Antitrust Litigation* ("*Beef*"), Case No. 22-md-03031 (D. Minn. Feb. 9, 2024; ECF 545) (attached hereto as Exhibit A; "Opinion" or "Op.")[1] that supports Defendants' position.

Both the *Pork* and *Beef* cases allege a conspiracy among animal protein producers to reduce supply in the market in order to increase prices. *See* Op. at 4–6. Sysco Corporation ("Sysco"), a

---

[1] Sysco and Carina have filed objections to this decision. *See Pork,* ECF 2126–2127; *Beef*, ECF 565–566. Responses to the objections are due March 8, 2024.

1

large food distributor, is a direct-action plaintiff in those cases. Op. at 1. Sysco purports to have assigned its claims in *Beef* and *Pork* to Carina Ventures LLC ("Carina").[2] Op. at 2–3, 9. Carina is a "special purpose vehicle" established by Burford Capital, a litigation funder "with no interest in the litigation beyond maximizing profit on its investment." Op. at 2–3. Carina "apparently has no assets except its ownership of Sysco's federal antitrust claims" and Carina's only "reason for existence is to accept Sysco's assigned claims and litigate them." Op. at 2–3, 9. In the instant case, Amory Investments LLC is also a special purpose vehicle created by Burford Capital whose only purpose is to hold Burford's investments, including the antitrust claim Amory is asserting in this case. ECF 801 at 3–4.

At issue before the court in the District of Minnesota were joint motions to substitute Carina for Sysco as Plaintiff in Sysco's direct-action cases in *Beef* and *Pork* following the assignment of Sysco's claims to Carina. Op. at 9. The Court denied the motions for substitution in both cases. Op. at 1, 29. Among other reasons, the Court denied the motions because a litigation funder's control over litigation, particularly with respect to settlement decisions, is against public policy. Op. at 16.

Dated: March 1, 2024

Respectfully submitted,

/s/ Gaspare J. Bono
Gaspare J. Bono (*Pro Hac Vice*)
Leslie A. Barry (*Pro Hac Vice*)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com

---

[2] The Opinion also discusses that Sysco assigned its claim in *In re Broiler Chicken Antitrust Litigation*, Case No. 16-cv-08637 (N.D. Ill.) to Carina and that there is a pending motion to substitute in that case. Op. at 2, 9–10.

2

gap.bono@dentons.com
leslie.barry@dentons.com

Adam J. Wallstein
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
Adam.wallstein@dentons.com

***Counsel for Farbest Foods, Inc.***

*/s/ Danielle R. Foley*
Danielle R. Foley (*pro hac vice*)
Lisa Jose Fales (*pro hac vice*)
Paul Feinstein (*pro hac vice*)
Kristin M. Koger (*pro hac vice*)
Andrew T. Hernacki (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20004
Telephone: (202) 344-4000
drfoley@venable.com
ljfales@venable.com
pfeinstein@venable.com
kmkoger@venable.com
athernacki@venable.com

Kirstin B. Ives
FALKENBERG IVES, LLP
30 N. LaSalle St., Suite 4020
Chicago, IL 60602
Telephone: (312) 566-4803
kbi@falkenbergives.com

***Counsel for Perdue Farms, Inc. and Perdue Foods LLC***

*/s/ Colin R. Kass*
Christopher E. Ondeck
Colin R. Kass
Stephen R. Chuk
Erica T. Jones
Kelly B. Landers Hawthorne
Corey I. Rogoff
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW, Suite 600

mprovance@mayerbrown.com

X. Kevin Zhao
Davida S. Williams
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
kzhao@greeneespel.com
dwilliams@greeneespel.com

***Counsel for Cargill Incorporated and Cargill Meat Solutions Corporation***

*/s/ Oral Pottinger*
Carmine R. Zarlenga
William H. Stallings
Oral Pottinger
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
opottinger@mayerbrown.com

***Counsel for Foster Farms, LLC, and Foster Poultry Farms LLC***

*/s/ Jennifer A.L. Battle*
Michael L. McCluggage
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
mmcluggage@eimerstahl.com
dbirk@eimerstahl.com

Joshua Goldberg
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2105
Chicago, IL 60601
Telephone: (312) 777-4825
goldberg@carpenterlipps.com

Jennifer A.L. Battle

3

Washington, DC 20004
Telephone: (202) 416-6800
Condeck@proskauer.com
CKass@proskauer.com
SChuk@proskauer.com
ejones@proskauer.com
klandershawthorne@proskauer.com
crogoff@proskauer.com

David A. Munkittrick
Reut N. Samuels
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3226
dmunkittrick@proskauer.com
rsamuels@proskauer.com

Todd J. Ohlms
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602
(312) 962-3537
tohlms@proskauer.com

**Counsel for Butterball LLC**

/s/ Craig S. Coleman
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
311 South Wacker Drive, #4300
Chicago, IL 60606
(312) 212-6500
Colby.Kingsbury@faegredrinker.com

Richard A. Duncan
Craig S. Coleman
Emily E. Chow
Anderson Tuggle
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
(612) 766-7000
Richard.Duncan@faegredrinker.com

Theodore M. Munsell
Jill Rogers Spiker
Joel E. Sechler
CARPENTER LIPPS LLP
280 North High Street
Suite 1300
Columbus, OH 43215
Telephone: (614) 365-4100
battle@carpenterlipps.com
munsell@carpenterlipps.com
spiker@carpenterlipps.com
sechler@carpenterlipps.com

**Counsel for Cooper Farms, Inc.**

/s/ Gregory G. Wrobel
Gregory G. Wrobel, Bar No. 03122900
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7500
gwrobel@vedderprice.com

Henry W. Jones, Jr. (*pro hac vice*)
JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
hjones@jordanprice.com

**Counsel for House of Raeford Farms, Inc.**

/s/Tiffany Rider Rohrbaugh
Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
Allison M. Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER, LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
trider@axinn.com
radcox@axinn.com
avissichelli@axinn.com

4

Craig.Coleman@faegredrinker.com
Emily.Chow@faegredrinker.com
Anderson.Tuggle@faegredrinker.com

Jacob D. Bylund
Lance Lange
Robert Gallup
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000
Jacob.Bylund@faegredrinker.com
Lance.Lange@faegredrinker.com
Robert.Gallup@faegredrinker.com

Jonathan H. Todt
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 230-5000
Jonathan.Todt@faegredrinker.com

John Yi
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square
Suite 2000
Philadelphia, PA 19103
(215) 988-2553
John.Yi@faegredrinker.com

***Counsel for Hormel Foods Corporation and Jennie-O Turkey Store, Inc.***

*/s/ William S. Cherry III*
Michael T. Medford, N.C. State Bar # 7227
(*pro hac vice*)
William S. Cherry III, N.C. State Bar # 33860
(*pro hac vice*)
Lawrence D. Graham, Jr. N.C. State Bar # 57905
MANNING, FULTON & SKINNER, P.A.
3605 Glenwood Avenue – Suite 500 (27612)
Post Office Box 20389

Victoria J. Lu (*pro hac vice*)
AXINN, VELTROP & HARKRIDER, LLP
114 West 47th Street
New York, NY 10036
Telephone: (212) 728-2200
Facsimile: (212) 728-2201
vlu@axinn.com

Jordan M. Tank
LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.
230 West Monroe Street, Suite 2260
Chicago, IL 60606
Telephone: (312) 702-0586
jmt@lipelyons.com

***Counsel for Tyson Foods, Inc., Tyson Fresh Meats, Inc., Tyson Prepared Foods, Inc., and The Hillshire Brands Company***

5

Raleigh, North Carolina 27619
Telephone: (919) 787-8880
Facsimile: (919) 325-4604 (Cherry)
medford@manningfulton.com
cherry@manningfulton.com
graham@manningfulton.com

Daniel P. Johnston
Clausen Miller P.C.
10 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 855-1010
Facsimile: (312) 606-7777
djohnston@clausen.com

***Counsel for Defendants Prestage Farms of South Carolina LLC, Prestage Farms, Inc. and Prestage Foods, Inc.***

*/s/ William L. Monts III*
Jacob D. Koering
MILLER, CANFIELD, PADDOCK &
STONE, PLC
227 West Monroe Street
Suite 3600
Chicago, IL 60606
Telephone: (312) 460-4272
koering@millercanfield.com

William L. Monts III
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc. and Express Markets, Inc.***

6