## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* | Case No. 1:19-cv-08318 |
| This Document Relates To:<br><br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION (Case No. 1:20-cv-02295) | Honorable Sunil R. Harjani<br>Hon. Keri L. Holleb Hotaling |

## COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR APPOINTMENT OF SUBSTITUTE INTERIM CO-LEAD COUNSEL

### I.   INTRODUCTION

As the Court is aware, the proposed Commercial and Institutional Indirect Purchaser Plaintiff ("CIIPPs") Class in this matter is being led by two firms, Cuneo Gilbert & LaDuca, LLP ("CGL") and Barrett Law Group, P.A. ("BLG").  *See* Docket No. 433 (appointing Settlement Class Counsel).  Recently, one of the lawyers acting as Interim Co-Lead Counsel, Blaine Finley, left CGL and has withdrawn from the litigation.  *See* Dkt. Nos. 918 (Mot. to Withdraw), 919 (Order Granting Mot. to Withdraw). CIIPPs now move for the substitution of Michael J. Flannery, an experienced antitrust lawyer, and the lead antitrust attorney at CGL, as Interim Co-Lead Counsel.  BLG supports the substitution and appointment of Mr. Flannery as Interim Co-Lead Counsel for the CIIPPs.

### II.   ARGUMENT

Federal Rule of Civil Procedure 23(g)'s primary goal in appointing leadership in a complex civil action "is [to] achiev[e] efficiency and economy without jeopardizing fairness to the parties."

Ann. Manual Complex Lit. § 10.221 (4th ed.).[1]  Mr. Flannery is well-prepared to step into the Interim Co-Lead Counsel role for CIIPPs and he satisfies the relevant criteria for appointment under Rule 23(g).[2]

Over the course of his 33-year career, Mr. Flannery has had extensive experience in leadership of complex antitrust matters, most recently as counsel for Commercial Food Preparer Plaintiffs ("CFPPs") in the *In re Packaged Seafood Antitrust Litigation*, No. 15-md-2670 DMS(MSB) (S.D. Cal.), where he was, before the case recently settled, preparing to act as lead trial counsel in July of 2024.  In this litigation, and in the wake of Mr. Finley's recent departure, Mr. Flannery has stepped into this litigation role to continue the important pretrial work well underway in this matter, including working with experts, conducting discovery, interacting with co-counsel and preparing class certification briefing necessary to successfully advance the interests of the CIIPP class.

Mr. Flannery has also held lead counsel roles in other complex antitrust matters during his career.  For example, Mr. Flannery served as lead counsel for plaintiffs in the *In re Microsoft Corp. Antitrust Litigation*, MDL 1332 (D. Md.), where consumers and small businesses alleged that they had paid more for the computers than was fair due to Microsoft's anticompetitive conduct.  Serving as part of the lead counsel team in both state and federal cases against Microsoft, Mr. Flannery worked to coordinate and manage dozens of cases, resulting in

---

[1] Rule 23 provides that the Court "must consider: (i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources counsel will commit to representing the class."  Fed. R. Civ. P. 23(g)(1)(A).

[2] Mr. Flannery's Declaration in support of this motion is filed currently herewith, accompanied by CGL's firm resume.

settlements worth hundreds of millions of dollars to consumers across the nation.

Mr. Flannery also served as part of the lead counsel team in the *Law v. National Collegiate Athletic Association*, Nos. 94-2053-KHV, 94-2392-KHV and 95-2026-KHV (D. Kan.) (the Restricted Earnings Coach Antitrust Litigation), where hundreds of college coaches alleged that they were wrongfully denied fair pay by their schools as part of a misguided NCAA effort to cut costs. Serving as lead counsel trial coordinator, he helped numerous witnesses present their testimony during several weeks of trial before the Honorable Kathryn Vratil in the District of Kansas. After several weeks of trial and the testimony of college coaches representing virtually every major sport, a federal court jury in Kansas City, Kansas awarded the coaches nearly $70 million (later settled on appeal to the 10th Circuit for $54 million).

Mr. Flannery also has extensive experience in other complex matters, including trial and appellate experience. In a recent case that was litigated in Missouri state court (*Thomas Hootselle, et al. v. George Lombardi, et al.*, Case No. 12AC-CC00518-01 (Circuit Court of Cole County, Missouri)), Mr. Flannery and co-lead counsel represented a certified class of 13,000 correctional officers owed backpay for thousands of hours of uncompensated work. The case was tried to a jury verdict in August of 2018, with the jury awarding $113.7 million dollars to the class. The State of Missouri appealed, with the Supreme Court of Missouri eventually issuing a partial affirmance of both the verdict and summary judgment for the class, upholding the State's liability. The case was eventually settled in 2022, as preparations were underway for a second trial, for more than the original verdict.

Mr. Flannery is also currently appointed as Interim Co-Lead Counsel in a matter pending against Ferrari in the District of New Jersey, *Rose v. Ferrari North America, et al.*, Civil Action No. 2:21-cv-20772 (JKS) (CLW), alleging that certain models of Ferrari vehicles have defective

braking systems. That case is currently at the pleading stage. Mr. Flannery was also one of three co-lead counsel in the *In re Toll Roads Litigation*, Case No. 8:16-CV-00262-ODW (JCGx) (C.D. Cal.). In that case, California drivers alleged privacy violations and excessive fines from improper operation of certain Orange County, California toll roads. The case settled in 2022, with substantial monetary relief provided to those affected. Other examples of Mr. Flannery's experience in complex matters include the following:

- Mr. Flannery worked on one of the largest antitrust class actions ever brought, serving as part of the team that prosecuted the *In re NASDAQ Market-Makers Antitrust Litigation*, MDL No. 1023 (S.D.N.Y.). Investors alleged that the NASDAQ market-makers set and maintained wide spreads pursuant to an industry-wide conspiracy in one of the largest and most important antitrust cases in recent memory. After over three years of intense litigation, the case was settled for a total of $1.027 billion, at the time the largest antitrust settlement ever.

- Mr. Flannery served as co-lead counsel on behalf of classes of Hispanic and female employees of the Regents of the University of California working at Los Alamos National Laboratory in Los Alamos, New Mexico (*Longmire v. Regents of the University of California d/b/a Los Alamos National Laboratory*, No. 03-CV-1404 (District of New Mexico)). Plaintiffs alleged that LANL discriminated against female and Hispanic employees in terms of pay, promotion, educational opportunities and other terms and conditions of employment. The case resulted in a $12 million cash settlement for the affected female and Hispanic employees.

- Mr. Flannery has also successfully represented:

  o Investors who lost money in an alleged securities fraud by Hollywood Video and the company's underwriters in connection with a public stock offering. A multi-million-dollar settlement for the injured investors was obtained on the eve of trial.

  o Businesses and consumers who were forced to pay more for an important anti-anxiety medication, Buspar, because of illegal actions of the drug's manufacturer, Bristol-Myers Squibb. The case resulted in a multi-million-dollar cash settlement. Mr. Flannery also served as co-lead counsel in a similar case in the District of New Jersey involving the drug K-Dur.

  o Homeowners across the nation whose homes were constructed with defective Entran II hose. The case was settled for over $300 million.

  o Owners who allege that their Toyota Prius vehicles were defective, and that Toyota had concealed the true nature of the defect, notwithstanding multiple

recalls. The case was recently settled, with substantial monetary and warranty relief available to members of the affected settlement class.

In addition to Mr. Flannery's extensive expertise in litigating complex class action matters, including antitrust matters, CGL has continued to demonstrate, as it has throughout this litigation, that it has the commitment and resources necessary to vigorously prosecute this action and protect the CIIPP class's interests. Accordingly, CIIP Plaintiffs respectfully move for the appointment of Michael J. Flannery of CGL as Interim Co-Lead Class Counsel in this matter.

## III.    CONCLUSION

CIIPPs respectfully request that the Court enter an order appointing Michael J. Flannery of CGL as Interim Co-Lead Counsel, substituting for Blaine Finley, who has withdrawn.

Dated: April 6, 2024                                  Respectfully submitted,

By:   */s/ Sterling Aldridge*
John "Don" Barrett (*pro hac vice*)
Katherine Barrett Riley (*pro hac vice*)
Sterling Aldridge (*pro hac vice*)
**BARRETT LAW GROUP, P.A.**
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Michael J. Flannery (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
Two CityPlace Drive
Second Floor
St. Louis, MO  63141
Telephone:  (314) 226-1015
mflannery@cuneolaw.com

Robert A. Clifford
Shannon M. McNulty
**CLIFFORD LAW OFFICES PC**
120 N. LaSalle Street, Suite 3100

Chicago, IL 60602
rac@cliffordlaw.com
smm@cliffordlaw.com
Telephone: (312) 899-9090

Cody McCracken (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW
Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
cmccracken@cuneolaw.com

Shawn M. Raiter (*pro hac vice*)
**LARSON · KING LLP**
30 East Seventh Street
Suite 2800
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

***Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs and the Proposed Class***

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 6, 2024, a copy of the foregoing was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

By: _/s/ Sterling Aldridge_