# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* | |
| This Document Relates To: *Amory Investments, LLC v. Agri Stats et. al.,* No. 21-cv-06600 | No. 19-cv-08318<br>Hon. Sunil R. Harjani<br>Hon. Keri L. Holleb Hotaling |

### DEFENDANTS' OPPOSED MOTION TO CERTIFY THE COURT'S MARCH 28, 2024 ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)

Defendants, through their undersigned counsel, respectfully move this Court to certify, pursuant to 28 U.S.C. § 1292(b), that certain issues decided in the Court's March 28, 2024 Memorandum Opinion & Order denying Defendants' motion for summary judgment to dismiss Amory Investments, LLC ("Amory") from this suit (ECF 912, the "Order") involve controlling questions of law on which there exists substantial ground for difference of opinion, and that an immediate appeal may materially advance the ultimate termination of the litigation. Specifically, Defendants ask the Court to certify the Order for immediate appeal based on the following questions:

1. Does state law or federal common law govern the validity of the assignment of federal antitrust claims?
2. Does federal common law recognize champerty?

This Motion is based on the accompanying Memorandum of Law in Support of this Motion, the pleadings and papers on file in this action, oral argument, and any other matters this Court may consider in hearing this Motion.

Pursuant to this Court's Case Procedures, Defendants conferred with Amory regarding the subject of the Motion and whether the Motion is unopposed or disputed. Amory indicated it will oppose the Motion.

WHEREFORE, Defendants respectfully request that the Court enter an order granting the instant Motion and granting any other relief this Court deems just and proper.

Dated: April 26, 2024

/s/ Danielle R. Foley
Danielle R. Foley (*pro hac vice*)
Lisa Jose Fales (*pro hac vice*)
Paul Feinstein (*pro hac vice*)
Kristin M. Koger (*pro hac vice*)
Andrew T. Hernacki (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20004
Telephone: (202) 344-4000
drfoley@venable.com
ljfales@venable.com
pfeinstein@venable.com
kmkoger@venable.com
athernacki@venable.com

Kirstin B. Ives
FALKENBERG IVES, LLP
230 N. LaSalle St., Suite 4020
Chicago, IL 60602
Telephone: (312) 566-4803
kbi@falkenbergives.com

**Counsel for Perdue Farms, Inc. and Perdue Foods LLC**

/s/ Colin R. Kass
Christopher E. Ondeck
Colin R. Kass
Stephen R. Chuk
Erica T. Jones
Kelly B. Landers Hawthorne
Corey I. Rogoff
PROSKAUER ROSE LLP

Respectfully submitted,

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

X. Kevin Zhao
Davida S. Williams
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
kzhao@greeneespel.com
dwilliams@greeneespel.com

**Counsel for Cargill Incorporated and Cargill Meat Solutions Corporation**

/s/ Oral Pottinger
Carmine R. Zarlenga
William H. Stallings
Oral Pottinger
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
czarlenga@mayerbrown.com
wstallings@mayerbrown.com
opottinger@mayerbrown.com

1001 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Telephone: (202) 416-6800
Condeck@proskauer.com
CKass@proskauer.com
SChuk@proskauer.com
ejones@proskauer.com
klandershawthorne@proskauer.com
crogoff@proskauer.com

David A. Munkittrick
Reut N. Samuels
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3226
dmunkittrick@proskauer.com
rsamuels@proskauer.com

Todd J. Ohlms
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602
(312) 962-3537
tohlms@proskauer.com

***Counsel for Butterball LLC***

*/s/ Craig S. Coleman*
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
311 South Wacker Drive, #4300
Chicago, IL 60606
(312) 212-6500
Colby.Kingsbury@faegredrinker.com

Richard A. Duncan
Craig S. Coleman
Emily E. Chow
Anderson Tuggle
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
(612) 766-7000

***Counsel for Foster Farms, LLC, and Foster Poultry Farms LLC***

*/s/ Jennifer A.L. Battle*
Michael L. McCluggage
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
mmcluggage@eimerstahl.com
dbirk@eimerstahl.com

Joshua Goldberg
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2105
Chicago, IL 60601
Telephone: (312) 777-4825
goldberg@carpenterlipps.com

Jennifer A.L. Battle (*pro hac vice*)
Theodore M. Munsell (*pro hac vice*)
Jill Rogers Spiker (*pro hac vice*)
Joel E. Sechler (*pro hac vice*)
CARPENTER LIPPS LLP
280 North High Street
Suite 1300
Columbus, OH 43215
Telephone: (614) 365-4100
battle@carpenterlipps.com
munsell@carpenterlipps.com
spiker@carpenterlipps.com
sechler@carpenterlipps.com

***Counsel for Cooper Farms, Inc.***

*/s/ Gaspare J. Bono*
Gaspare J. Bono (*pro hac vice*)
Leslie A. Barry (*pro hac vice*)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500
gap.bono@dentons.com
leslie.barry@dentons.com

Adam J. Wallstein

3

Richard.Duncan@faegredrinker.com
Craig.Coleman@faegredrinker.com
Emily.Chow@faegredrinker.com
Anderson.Tuggle@faegredrinker.com

Jacob D. Bylund
Lance Lange
Robert Gallup
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000
Jacob.Bylund@faegredrinker.com
Lance.Lange@faegredrinker.com
Robert.Gallup@faegredrinker.com

Jonathan H. Todt
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 230-5000
Jonathan.Todt@faegredrinker.com

John Yi
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square
Suite 2000
Philadelphia, PA 19103
(215) 988-2553
John.Yi@faegredrinker.com

***Counsel for Hormel Foods Corporation and Jennie-O Turkey Store, Inc.***

*/s/ William L. Monts III*
Jacob D. Koering
MILLER, CANFIELD, PADDOCK & STONE, PLC
227 West Monroe Street
Suite 3600
Chicago, IL 60606
Telephone: (312) 460-4272
koering@millercanfield.com

DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
Adam.wallstein@dentons.com

***Counsel for Farbest Foods, Inc.***

*/s/ Gregory G. Wrobel*
Gregory G. Wrobel, Bar No. 03122900
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7500
gwrobel@vedderprice.com

Henry W. Jones, Jr. (*pro hac vice*)
JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
hjones@jordanprice.com

***Counsel for House of Raeford Farms, Inc.***

*/s/Tiffany Rider Rohrbaugh*
Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
Allison M. Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER, LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
trider@axinn.com
radcox@axinn.com
avissichelli@axinn.com

Jordan M. Tank
Sahrish Moyeed
LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.
230 West Monroe Street, Suite 2260
Chicago, IL 60606
Telephone: (312) 702-0586
jmt@lipelyons.com

4

William L. Monts III
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc. and Express Markets, Inc.*

sm@lipelyons.com

*Counsel for Tyson Foods, Inc., Tyson Fresh Meats, Inc., Tyson Prepared Foods, Inc., and The Hillshire Brands Company*