UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Turkey Antitrust Litigation*<br><br>This Document Relates To:<br><br>*Aramark Food and Support Services Group, Inc. v. Agri Stats, Inc. et al.,* No 1:23-cv-4404 | No. 1:19-cv-08318<br><br>Hon. Sunil R. Harjani<br>Hon. Keri L. Holleb Hotaling |

**DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBITS AND PORTIONS OF THEIR MOTION FOR AN EXTENSION OF TIME TO COMPLETE DEPOSITION OF FORMER ARAMARK EMPLOYEE UNDER SEAL**

Pursuant to Local Rule 26.2 and the Court's Protective Order (ECF No. 201 ¶ 9), Defendants respectfully request leave to file under seal Exhibits 1, 4, 5, 6, and 7 to the Declaration of Jill Rogers Spiker in support of Defendants' Motion for an Extension of Time to Complete Deposition of Former Aramark Employee, as well as portions of their Motion for an Extension of Time to Complete Deposition of Former Aramark Employee that quote from or characterize in detail these Exhibits. As explained below, there is good cause to seal these Exhibits and portions of the Opposition because they contain commercially-sensitive information related to sales, production, and pricing.

In support of this motion, Defendants state the following:

1. Defendants' Motion cites and references material designated by Aramark as "Highly Confidential" under the Protective Order and cites deposition testimony, which is presumed to be and is treated as Highly Confidential under the Protective Order unless all parties agree otherwise on record at the time of the deposition. (Dkt. No. 201 at ¶5).

1

2. The exhibits that Defendants seek to file under seal have either been designated "Highly Confidential" by Aramark, are excerpts of deposition transcripts that are to be treated as Highly Confidential, or contain commercially-sensitive information or reference information in a document that was designated Highly Confidential by Aramark.

3. The Protective Order instructs that "[a]ny party wishing to file a document designated as containing Confidential Information or Highly Confidential Information in connection with a motion, brief or other submission to the Court must comply with Local Rule 26.2" (ECF No. 201 at 12).

4. Under Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must… move the court for leave to file the document under seal." L.R. 26.2(c).

5. In compliance with Local Rule 26.2(c), Defendants have filed a public-record version of their Motion, redacting only those portions that cite or reference the Highly Confidential Information referenced above.

6. As stated above, Exhibits 1, 4, 5, 6, and 7 to the Declaration of Jill Rogers Spiker and the portions of the Motion that Defendants propose to redact and file under seal reflect information that Aramark has designated Highly Confidential. Therefore, out of an abundance of caution, Defendants are specifically requesting to seal:

    a. Exhibit 1, Aramark's Initial Disclosures, which Aramark has designated "Highly Confidential."

      b.  Exhibit 4, Aramark's [Amended] Responses and Objections to All Defendants' First Set of Interrogatories to All Plaintiffs, which contains commercially-sensitive information related to sales, production, and pricing.

      c.  Exhibit 5, an email string that references information from the Initial Disclosures.

      d.  Exhibits 6 and 7, which are excerpts from deposition transcripts.

WHEREFORE, Defendants respectfully request this Court enter an order granting them leave to file under seal Exhibits 1, 4, 5, 6, and 7 to the Declaration of Jill Rogers Spiker in support of Defendants' Motion for an Extension of Time to Complete Deposition of Former Aramark Employee, and portions of their Motion for an Extension of Time to Complete Deposition of Former Aramark Employee that quote from or characterize in detail these Exhibits.

Dated: July 8, 2024

Respectfully submitted,

*/s/ Jill Rogers Spiker*
Jennifer A.L. Battle (*pro hac vice*)
Theodore M. Munsell (*pro hac vice*)
Jill Rogers Spiker (*pro hac vice*)
Joel E. Sechler (*pro hac vice*)
CARPENTER LIPPS LLP
280 North High Street Suite 1300
Columbus, OH 43215
(614) 365-4100
Battle@carpenterlipps.com
Munsell@carpenterlipps.com
Spiker@carpenterlipps.com
Sechler@carpenterlipps.com

Michael L. McCluggage
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Ave, Suite 1100
Chicago, IL 60604
(312) 660-7600
Mmcluggage@eimerstahl.com
Dbirk@eimerstahl.com

Joshua Goldberg
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2105
Chicago, IL 60601
(312) 777-4825
Goldberg@carpenterlipps.com

*Counsel for Cooper Farms, Inc.*

| | |
|---|---|
| */s/ Britt M. Miller* | */s/ Colin R. Kass* |
| Britt M. Miller | Christopher E. Ondeck |
| Matthew D. Provance | Colin R. Kass |
| MAYER BROWN LLP | Stephen R. Chuk |
| 71 South Wacker Drive | Erica T. Jones |
| Chicago, IL 60606 | Kelly B. Landers Hawthorne |
| Telephone: (312) 782-0600 | Corey I. Rogoff |
| bmiller@mayerbrown.com | PROSKAUER ROSE LLP |
| mprovance@mayerbrown.com | 1001 Pennsylvania Avenue NW, Suite 600 |
| | Washington, DC 20004 |
| X. Kevin Zhao | Telephone: (202) 416-6800 |
| Davida Williams | condeck@proskauer.com |
| GREENE ESPEL PLLP | ckass@proskauer.com |
| 222 South Ninth Street, Suite 2200 | dmunkittrick@proskauer.com |
| Minneapolis, MN 55402 | schuk@proskauer.com |
| Telephone: (612) 373-8346 | ejones@proskauer.com |
| kzhao@greeneespel.com | klandersshawthorne@proskauer.com |
| dwilliams@greeneespel.com | crogoff@proskauer.com |
| | |
| *Counsel for Cargill, Incorporated and Cargill Meat Solutions Corporation* | David A. Munkittrick |
| | Reut N. Samuels |
| | PROSKAUER ROSE LLP |
| | Eleven Times Square |
| | New York, NY 10036-8299 |
| | (212) 969-3226 |
| | dmunkittrick@proskauer.com |
| | rsamuels@proskauer.com |
| | |
| | Todd J. Ohlms |
| | PROSKAUER ROSE LLP |
| | 70 West Madison, Suite 3800 |
| | Chicago, IL 60602 |
| | Telephone: (312) 962-3537 |
| | tohlms@proskauer.com |
| | |
| | *Counsel for Butterball, LLC* |

1

/s/ Gaspare J. Bono
Gaspare J. Bono (*pro hac vice*)
Leslie A. Barry (*pro hac vice*)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500
gap.bono@dentons.com
leslie.barry@dentons.com

Adam J. Wallstein
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
adam.wallstein@dentons.com

*Counsel for Farbest Foods, Inc.*

/s/ Gregory G. Wrobel
Gregory G. Wrobel, Bar No. 03122900
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7500
gwrobel@vedderprice.com

Henry W. Jones, Jr. (*pro hac vice*)
JORDAN PRICE WALL GRAY JONES
& CARLTON, PLLC
1951 Clark Avenue
Raleigh, North Carolina 27605
Telephone: (919) 828-2501
Facsimile: (919) 834-8447
hjones@jordanprice.com

*Counsel for House of Raeford Farms, Inc.*

/s/ Aaron R. Gott
Aaron R. Gott
BONA LAW PC
331 2nd Avenue South, Suite 420
Minneapolis, MN 55401
Telephone: (612) 284-5001
aaron.gott@bonalawpc.com

Jarod M. Bona (pro hac vice)
BONA LAW PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
Telephone: (858) 964-4589
jarod.bona@bonalawpc.com

James F. Lerner (pro hac vice)
BONA LAW PC
41 Madison Ave., Suite 2509
New York, NY 10010
Telephone: (212) 634-6861
james.lerner@bonalawpc.com
molly.donovan@bonalawpc.com

*Counsel for Foster Farms, LLC, and Foster Poultry Farms LLC*

*/s/ Craig S. Coleman*
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, #3300
Chicago, IL 60606
(312) 569-1000
Colby.Kingsbury@faegredrinker.com

Richard A. Duncan
Craig S. Coleman
Emily E. Chow
Anderson Tuggle
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
(612) 766-7000
Richard.Duncan@faegredrinker.com
Craig.Coleman@faegredrinker.com
Emily.Chow@faegredrinker.com
Anderson.Tuggle@faegredrinker.com

Jacob D. Bylund
Lance Lange
Robert Gallup
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000
Jacob.Bylund@faegredrinker.com
Lance.Lange@faegredrinker.com
Robert.Gallup@faegredrinker.com

Jonathan H. Todt
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 230-5000
Jonathan.Todt@faegredrinker.com

John Yi
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2553
John.Yi@faegredrinker.com

*Counsel for Hormel Foods Corporation and Hormel Foods, LLC*

*/s/ Danielle R. Foley*
Danielle R. Foley (*pro hac vice*)
Lisa Jose Fales (*pro hac vice*)
Paul Feinstein (*pro hac vice*)
Kristin M. Koger (*pro hac vice*)
Andrew T. Hernacki (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20004
Telephone: (202) 344-4000
drfoley@venable.com
ljfales@venable.com
pfeinstein@venable.com
kmkoger@venable.com
athernacki@venable.com

Kirstin B. Ives
FALKENBERG IVES, LLP
30 N. LaSalle St., Suite 4020
Chicago, IL 60602
Telephone: (312) 566-4803
kbi@falkenbergives.com

*Counsel for Perdue Farms, Inc. and Perdue Foods LLC*

*/s/ William L. Monts III*
Jacob D. Koering
MILLER, CANFIELD, PADDOCK & STONE, PLC
227 West Monroe Street, Suite 3600
Chicago, IL 60606
Telephone: (312) 460-4272
koering@millercanfield.com

William L. Monts III
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc.*

3

*/s/ William S. Cherry III*
Michael T. Medford, N.C. State Bar # 7227 (*pro hac vice*)
William S. Cherry III, N.C. State Bar # 33860 (*pro hac vice*)
Lawrence D. Graham, Jr., N.C. State Bar #57905 (*pro hac vice*)
MANNING, FULTON & SKINNER, P.A.
3605 Glenwood Avenue – Suite 500 (27612)
Post Office Box 20389
Raleigh, North Carolina 27619
Telephone: (919) 787-8880
Facsimile: (919) 325-4600
medford@manningfulton.com
cherry@manningfulton.com
graham@manningfulton.com

Ilene M. Korey
CLAUSEN MILLER P.C.
10 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 855-1010
Facsimile: (312) 606-7777
ikorey@clausen.com

*Counsel for Defendants Prestage Farms of South Carolina, LLC, Prestage Farms, Inc. and Prestage Foods, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 8, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

By: /s/ *Jill Rogers Spiker*