UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In Re Turkey Antitrust Litigation* | No. 19-cv-8318 |
| This Document Relates To: | Hon. Sunil R. Harjani |
| ALL ACTIONS | Hon. Keri L. Holleb Hotaling |

**JOINT STATUS REPORT**

Pursuant to the Court's Order (ECF No. 976), the undersigned Parties submit the following Joint Status Report on the progress of their efforts to reach agreement as to the evidentiary issues that gave rise to Plaintiffs' Motion to Amend the Scheduling Order & Discovery Order for Depositions Related to Evidentiary Issues (ECF No. 604) ("Motion").

1. The Parties incorporate by reference their Joint Status Reports (ECF Nos. 794, 840, 854, 901, 914, 971, and 977).

2. On April 15, 2024, Plaintiffs served evidentiary Requests for Admission ("RFAs") on Defendant Agri Stats, Inc. ("Agri Stats."). On May 15, 2024, Agri Stats responded to these RFAs by serving objections to them on Plaintiffs. Plaintiffs and Agri Stats met and conferred about the sufficiency of Agri Stats' responses pursuant to Rule 36 on June 20, 2024. In the course of this conversation, and again by email sent on June 21, 2024, Plaintiffs informed Agri Stats that they intend to file a motion to determine the sufficiency of Agri Stats responses to their Evidentiary Requests for Admission, if the deficiencies Plaintiffs believe exist in Agri Stats' responses are not promptly corrected. Agri Stats re-served amended responses to Plaintiffs' Evidentiary Requests for Admission on July 9, 2024. Agri Stats' amended responses substantively answered certain Requests but continued to stand on objections with respect to Request Nos. 3, 5, 7, and 9. Plaintiffs

requested a meeting with Agri Stats to discuss the sufficiency of Agri Stats' amended responses on July 25, 2024. On July 31, 2024, Agri Stats represented to Plaintiffs that it is preparing a second amended response to Requests that substantively answers Request Nos. 3, 5, 7, and 9. Agri Stats further represented that a meeting to discuss the sufficiency of its responses is premature prior to service of its second amended responses. Agri Stats has not provided Plaintiffs a date by which it will serve its second amended responses.

3. On June 12, 2024, Plaintiffs and Defendant Cooper Farms reached an agreement on the proposed Evidentiary Stipulation and related Appendix A. The Evidentiary Stipulation between Cooper Farms and Plaintiffs addresses the authenticity of documents identified in Appendix A. Plaintiffs and Cooper Farms agree to address the admissibility of the documents identified in Appendix A prior to trial.

4. On August 9, 2024, Plaintiffs and Defendant House of Raeford reached an agreement on the proposed evidentiary Stipulation and related Appendix A. The Evidentiary Stipulation between House of Raeford and Plaintiffs addresses the authenticity of documents identified in Appendix A. Plaintiffs and House of Raeford agree to address the admissibility of the documents identified in Appendix A prior to trial.

5. Plaintiffs continue to assess whether the evidentiary issues raised in the Motion can be resolved through stipulation with the remaining Defendants in this litigation. The remaining Defendants are Butterball, Farbest, Foster Farms, Hormel/JOTS, and Prestage. Plaintiffs have already reached evidentiary stipulation agreements with the Cargill Defendants and Perdue.

6. If the Parties are unable to resolve these issues through stipulation, declaration, and/or Requests for Admission, Plaintiffs reserve the right to move the Court for permission to take Rule 30(b)(6) testimony to resolve these issues. Defendants reserve the right to oppose

Plaintiffs' motion for Rule 30(b)(6) testimony, including for reasons previously briefed and argued before the Court on this topic.

Dated: August 14, 2024                                                                 Respectfully submitted,

| | |
|---|---|
| */s/     Shana E. Scarlett* | */s/ Davida S. McGhee* |
| Shana E. Scarlett | Britt M. Miller |
| Rio S. Pierce | Matthew D. Provance |
| Abby R. Wolf | MAYER BROWN LLP |
| HAGENS BERMAN SOBOLSHAPIRO LLP | 71 South Wacker Drive |
| 715 Hearst Avenue, Suite 300 | Chicago, IL 60606 |
| Berkeley, California 94710 | Telephone:  (312) 782-0600 |
| Telephone:  (510) 725-3000 | bmiller@mayerbrown.com |
| shanas@hbsslaw.com | mprovance@mayerbrown.com |
| riop@hbsslaw.com | |
| abbyw@hbsslaw.com | X. Kevin Zhao |
| | Davida S. McGhee |
| Steve Berman | GREENE ESPEL PLLP |
| HAGENS BERMAN SOBOL SHAPIRO LLP | 222 South Ninth Street, Suite 2200 |
| 455 North Cityfront Plaza Drive, Suite 2410 | Minneapolis, MN 55402 |
| Chicago, Illinois 60611 | Telephone:  (612) 373-8346 |
| Telephone:  (708) 628-4949 | kzhao@greeneespel.com |
| steve@hbsslaw.com | dwilliams@greeneespel.com |
| | |
| | ***Counsel for Cargill, Incorporated and*** |
| */s/     Simeon A. Morbey* | ***Cargill Meat Solutions Corporation*** |
| W. Joseph Bruckner (MN #147758) | |
| Brian D. Clark (MN #0390069) | |
| Simeon A. Morbey (MN #0391338) | */s/ James F. Lerner* |
| Steve E. Serdikoff (PA #86773) | James F. Lerner (admitted *pro hac vice*) |
| Antonia M. Konkoly (MN #0504377) | BONA LAW PC |
| LOCKRIDGE GRINDAL NAUEN PLLP | 41 Madison Avenue, Suite 2509 |
| 100 Washington Avenue South, Suite 2200 | New York, NY 10010 |
| Minneapolis, Minnesota 55401 | Tel: (212) 634-6861 |
| Telephone: (612) 339-6900 | james.lerner@bonalawpc.com |
| wjbruckner@locklaw.com | |
| bdclark@locklaw.com | Aaron Gott (admitted *pro hac vice*) |
| samorbey@locklaw.com | BONA LAW PC |
| seserdikoff@locklaw.com | 331 2nd Avenue S., Suite 420 |
| amkonkoly@locklaw.com | Minneapolis, MN 55401 |
| | Tel: (612) 284-5001 |
| ***Counsel for Plaintiffs John Gross and*** | aaron.gott@bonalawpc.com |
| ***Company, Inc., and Maplevale Farms, Inc.,*** | |
| ***and the Proposed Direct Purchaser Plaintiff*** | |
| ***Class*** | |

/s/ Michael J. Flannery
Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
Two CityPlace Drive
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES, PC
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
Telephone: (312) 899-9090
rac@cliffordlaw.com
smm@cliffordlaw.com

Don Barrett
Katherine Barrett Riley
Sterling Aldridge
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

***Counsel for Commercial and
Institutional Indirect Purchaser Plaintiffs***

Patrick J. Ahern
Patrick J. Ahern
Mark Schirmer
Ahern and Associates, P.C.
8 South Michigan Avenue
Suite 3700
Chicago, Illinois 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com
mark.schirmer@ahernandassociatespc.com

Jarod Bona (admitted *pro hac vice*)
BONA LAW PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
Tel.: (858) 964-4589
jarod.bona@bonalawpc.com

***Counsel for Foster Farms, LLC, and Foster
Poultry Farms LLC***

/s/ Jennifer A.L. Battle
Michael L. McCluggage
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7600
mmcluggage@eimerstahl.com
dbirk@eimerstahl.com

Jennifer A.L. Battle
David J. Barthel
Theodore M. Munsell
Jill Rogers Spiker
Joel E. Sechler
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
Telephone: (614) 365-4100
battle@carpenterlipps.com
barthel@carpenterlipps.com
munsell@carpenterlipps.com
spiker@carpenterlipps.com
sechler@carpenterlipps.com

***Counsel for Cooper Farms, Inc.***

/s/ Gaspare J. Bono
Gaspare J. Bono (*Pro Hac Vice*)
Leslie A. Barry (*Pro Hac Vice*)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500

4

*Counsel for Direct Action Plaintiffs*

*/s/ Danielle R. Foley*
Danielle R. Foley (admitted *pro hac vice*)
Lisa Jose Fales (admitted *pro hac vice*)
Paul Feinstein (admitted *pro hac vice*)
Kristin M. Koger (admitted *pro hac vice*)
Andrew T. Hernacki (admitted *pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
ljfales@venable.com
drfoley@venable.com
pfeinstein@venable.com
kmkoger@venable.com
athernacki@venable.com

Kirstin B. Ives
FALKENBERG IVES, LLP
30 N. LaSalle St., Suite 4020
Chicago, Illinois 60602
Telephone: (312) 566-4803
kbi@falkenbergives.com

*Counsel for Perdue Farms, Inc. and Perdue Foods LLC*

*/s/ Colin R. Kass*
Christopher E. Ondeck
Colin R. Kass
Stephen R. Chuk
Erica T. Jones
Kelly B. Landers Hawthorne
Corey I. Rogoff
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Telephone: (202) 416-6800
condeck@proskauer.com
ckass@proskauer.com
schuk@proskauer.com
ejones@proskauer.com
klandershawthorne@proskauer.com
crogoff@proskauer.com

David A. Munkittrick

gap.bono@dentons.com
leslie.barry@dentons.com

Adam J. Wallstein
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
adam.wallstein@dentons.com

*Counsel for Farbest Foods, Inc.*

*/s/ Gregory G. Wrobel*
Gregory G. Wrobel, Bar No. 03122900
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7500
gwrobel@vedderprice.com

Henry W. Jones, Jr. (pro hac vice)
Jordan Price Wall Gray
Jones & CARLTON, PLLC
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
hjones@jordanprice.com

*Counsel for House of Raeford Farms, Inc.*

*/s/ William L. Monts III*
Jacob D. Koering
MILLER, CANFIELD, PADDOCK & STONE, PLC
225 West Washington Avenue, Suite 2600
Chicago, IL 60606
Telephone: (312) 460-4272
koering@millercanfield.com

William L. Monts III (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.

5

Reut N. Samuels
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
(212) 969-3226
dmunkittrick@proskauer.com
rsamuels@proskauer.com

Todd J. Ohlms
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3537
tohlms@proskauer.com

*Counsel for Butterball LLC*


*/s/ Craig S. Coleman*
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, #3300
Chicago, IL 60606
(312) 569-1000
Colby.Kingsbury@faegredrinker.com

Richard A. Duncan
Craig S. Coleman
Emily E. Chow
Anderson Tuggle
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
(612) 766-7000
Richard.Duncan@faegredrinker.com
Craig.Coleman@faegredrinker.com
Emily.Chow@faegredrinker.com
Anderson.Tuggle@faegredrinker.com

Jacob D. Bylund
Lance Lange
Robert Gallup
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000
Jacob.Bylund@faegredrinker.com

Washington, DC 20004-1109
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Agri Stats, Inc.*


*/s/ William S. Cherry III*
Michael T. Medford, N.C. State Bar # 7227
(*pro hac vice*)
William S. Cherry III, N.C. State Bar # 33860
(*pro hac vice*)
Lawrence D. Graham, Jr., N.C. State Bar # 57905 (*pro hac vice*)
MANNING, FULTON & SKINNER, P.A.
3605 Glenwood Avenue - Suite 500 (27612)
Post Office Box 20389
Raleigh, North Carolina 27619
Telephone: (919) 787-8880
Facsimile: (919) 325-4600
medford@manningfulton.com
cherry@manningfulton.com
graham@manningfulton.com

Ilene M. Korey
Clausen Miller P.C.
10 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 855-1010
Facsimile: (312) 606-7777
ikorey@clausen.com

*Counsel for Defendants Prestage Farms of South Carolina, LLC, Prestage Farms, Inc. and Prestage Foods, Inc.*

6

Lance.Lange@faegredrinker.com
Robert.Gallup@faegredrinker.com

Jonathan H. Todt
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 230-5000
Jonathan.Todt@faegredrinker.com

John Yi
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2553
John.Yi@faegredrinker.com

*Counsel for Hormel Foods Corporation, Hormel Foods, LLC, and Jennie-O Turkey Store, Inc.*