# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Gross and Company, Inc., et al.

                                    Plaintiff,

v.                                                Case No.: 1:19–cv–08318

                                                             Honorable Sunil R. Harjani

Agri Stats, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2024:

       MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court is in receipt of the parties' joint status report [Dkt. 1026]. The parties' next status reports remain due on 10/17/2024; and 11/14/2024. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.