**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE TURKEY ANTITRUST LITGATION | Civil Action No. 19-cv-08318 |
| This Documents Relates To: | Hon. Sunil R. Harjani |
| *Direct Purchaser Plaintiffs* | Hon. Keri L Holleb Hotaling |

**DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR**
**PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT WITH CARGILL**
**AND APPROVAL OF CLAIMS PROCESS AND NOTICE PLAN**

PLEASE TAKE NOTE that the Direct Purchaser Plaintiffs ("DPPs") hereby move the Court for an order granting their Motion for Preliminary Approval of the Settlement Agreement with Cargill and Approval of Claims Process and Notice Plan. This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure 23, the concurrently filed Memorandum of Law and supporting declaration and exhibits, and all other evidence and arguments presented in the briefings and at the hearing of this motion.

Dated:  January 15, 2025              Respectfully submitted,

s/ Brian D. Clark
W. Joseph Bruckner
Brian D. Clark
Simeon A. Morbey
Steven E. Serdikoff
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
seserdikoff@locklaw.com

s/ Shana E. Scarlett
Shana E. Scarlett
Rio S. Pierce
Abby R. Wolf
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com
abbyw@hbsslaw.com

s/ Steve W. Berman
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 North Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
steve@hbsslaw.com

***Counsel for the Direct Purchaser Plaintiffs and the Proposed Class***