# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* | |
| This Document Relates To: | No. 19-cv-08318 |
| *Carina Ventures LLC v. Agri Stats, Inc. et al.*, No. 23-cv-16948 | Hon. Sunil R. Harjani<br>Hon. Keri L. Holleb Hotaling |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO DISMISS PLAINTIFF CARINA VENTURES LLC'S AMENDED COMPLAINT WITH PREJUDICE

Defendants[1] in the above-captioned case, by their undersigned counsel, hereby move this Court for entry of an Order granting them summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 against Plaintiff Carina Ventures LLC ("Carina").

This Motion is based on the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Local Rule 56.1 Statement of Undisputed Material Facts, all accompanying declarations and exhibits, the pleadings and papers on file in this action, oral argument, and such other matters as this Court may consider in hearing the Motion.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting summary judgment in favor of Defendants and against Carina, dismissing Carina's Amended Complaint with prejudice and granting any other relief this Court deems just and proper.

Dated: February 4, 2025               Respectfully submitted,

*/s/ Danielle R. Foley*                */s/ Gaspare J. Bono*
Danielle R. Foley (*pro hac vice*)     Gaspare J. Bono (*pro hac vice*)
Lisa Jose Fales (*pro hac vice*)       Leslie A. Barry (*pro hac vice*)

---

[1] For purposes of this Motion, the Memorandum of Law in Support, and Statement of Undisputed Facts, Defendants refers to the Defendants signing this Motion.

Paul Feinstein (*pro hac vice*)
Kristin M. Koger (*pro hac vice*)
Andrew T. Hernacki (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20004
Telephone: (202) 344-4000
drfoley@venable.com
ljfales@venable.com
pfeinstein@venable.com
kmkoger@venable.com
athernacki@venable.com

Kirstin B. Ives
FALKENBERG IVES, LLP
230 N. LaSalle St., Suite 4020
Chicago, IL 60602
Telephone: (312) 566-4803
kbi@falkenbergives.com

**Counsel for Perdue Farms, Inc. and Perdue Foods LLC**

*/s/ Colin R. Kass*
Christopher E. Ondeck
Colin R. Kass
Stephen R. Chuk
Erica T. Jones
Kelly B. Landers Hawthorne
Corey I. Rogoff
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Telephone: (202) 416-6800
Condeck@proskauer.com
CKass@proskauer.com
SChuk@proskauer.com
ejones@proskauer.com
klandershawthorne@proskauer.com
crogoff@proskauer.com

David A. Munkittrick
Reut N. Samuels
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3226

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500
gap.bono@dentons.com
leslie.barry@dentons.com

Adam J. Wallstein
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
adam.wallstein@dentons.com

**Counsel for Farbest Foods, Inc.**

*/s/ Britt M. Miller*
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

X. Kevin Zhao
Davida S. Williams
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
kzhao@greeneespel.com
dwilliams@greeneespel.com

**Counsel for Cargill Incorporated and Cargill Meat Solutions Corporation**

*/s/ Aaron R. Gott*
Aaron R. Gott
BONA LAW PC
331 2nd Avenue South, Suite 420
Minneapolis, MN 55401
Telephone: (612) 284-5001
aaron.gott@bonalawpc.com

Jarod M. Bona (*pro hac vice*)

2

dmunkittrick@proskauer.com
rsamuels@proskauer.com

Todd J. Ohlms
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602
(312) 962-3537
tohlms@proskauer.com

**Counsel for Butterball LLC**

*/s/ Craig S. Coleman*
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
311 South Wacker Drive, #4300
Chicago, IL 60606
(312) 212-6500
Colby.Kingsbury@faegredrinker.com

Craig S. Coleman
Emily E. Chow
Anderson Tuggle
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Ste. 2200
Minneapolis, MN 55402
(612) 766-7000
Richard.Duncan@faegredrinker.com
Craig.Coleman@faegredrinker.com
Emily.Chow@faegredrinker.com
Anderson.Tuggle@faegredrinker.com

Jacob D. Bylund
Lance Lange
Robert Gallup
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000
Jacob.Bylund@faegredrinker.com
Lance.Lange@faegredrinker.com
Robert.Gallup@faegredrinker.com

BONA LAW PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
Telephone: (858) 964-4589
jarod.bona@bonalawpc.com

James F. Lerner (*pro hac vice*)
BONA LAW PC
41 Madison Ave., Suite 2509
New York, NY 10010
Telephone: (212) 634-6861
james.lerner@bonalawpc.com
molly.donovan@bonalawpc.com

**Counsel for Foster Farms, LLC, and Foster Poultry Farms LLC**

*/s/ Jennifer A.L. Battle*
Michael L. McCluggage
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
mmcluggage@eimerstahl.com
dbirk@eimerstahl.com

Jennifer A.L. Battle (*pro hac vice*)
Theodore M. Munsell (*pro hac vice*)
Jill Rogers Spiker (*pro hac vice*)
Joel E. Sechler (*pro hac vice*)
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, OH 43215
Telephone: (614) 365-4100
battle@carpenterlipps.com
munsell@carpenterlipps.com
spiker@carpenterlipps.com
sechler@carpenterlipps.com

**Counsel for Cooper Farms, Inc.**

*/s/ Gregory G. Wrobel*
Gregory G. Wrobel, Bar No. 03122900
VEDDER PRICE P.C.
222 North LaSalle Street

Jonathan H. Todt
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 230-5000
Jonathan.Todt@faegredrinker.com

John Yi
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square
Suite 2000
Philadelphia, PA 19103
(215) 988-2553
John.Yi@faegredrinker.com

***Counsel for Hormel Foods Corporation and Jennie-O Turkey Store, Inc.***

*/s/ William S. Cherry III*
Michael T. Medford (*pro hac vice*)
William S. Cherry III (*pro hac vice*)
Jessica B. Vickers (*pro hac vice*)
Lawrence D. Graham, Jr. (*pro hac vice*)
MANNING, FULTON & SKINNER, P.A.
3605 Glenwood Avenue – Suite 500 (27612)
Post Office Box 20389
Raleigh, North Carolina 27619
Telephone: (919) 787-8880
Facsimile: (919) 325-4604 (Cherry)
medford@manningfulton.com
cherry@manningfulton.com
graham@manningfulton.com

Ikene M. Korey
Clausen Miller P.C.
10 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 855-1010
Facsimile: (312) 606-7777
ikorey@clausen.com

***Counsel for Defendants Prestage Farms of South Carolina LLC, Prestage Farms, Inc. and Prestage Foods, Inc.***

Chicago, Illinois 60601
Telephone: (312) 609-7500
gwrobel@vedderprice.com

Henry W. Jones, Jr. (*pro hac vice*)
JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
hjones@jordanprice.com

***Counsel for House of Raeford Farms, Inc.***

*/s/Tiffany Rider Rohrbaugh*
Tiffany Rider Rohrbaugh (*pro hac vice*)
Allison M. Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER, LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
trider@axinn.com
avissichelli@axinn.com

Jarod Taylor *(pro hac vice)*
AXINN, VELTROP & HARKRIDER, LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8109
Facsimile: (860) 275-8101
jtaylor@axinn.com

Jordan M. Tank
Sahrish Moyeed
LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.
230 West Monroe Street, Suite 2260
Chicago, IL 60606
Telephone: (312) 702-0586
jmt@lipelyons.com
sm@lipelyons.com

***Counsel for Tyson Foods, Inc., Tyson Fresh Meats, Inc., Tyson Prepared Foods, Inc., and The Hillshire Brands Company***

4

*/s/ William L. Monts III*
Jacob D. Koering
MILLER, CANFIELD, PADDOCK &
STONE, PLC
227 West Monroe Street
Suite 3600
Chicago, IL 60606
Telephone: (312) 460-4272
koering@millercanfield.com

William L. Monts III
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

***Counsel for Agri Stats, Inc. and Express Markets, Inc.***