UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* | NO. 19-CV-08318 |
| THIS DOCUMENT RELATES TO: | HON. SUNIL R. HARJANI |
| COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION | HON. KERI L. HOLLEB HOTALING |

**UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' SETTLEMENTS WITH FARBEST FOODS AND COOPER FARMS**

PLEASE TAKE NOTE that the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") hereby move the Court for an order granting their Uncontested Motion for Preliminary Approval of the Settlement Agreements with Defendants Farbest Foods, Inc. and Cooper Farms, Inc. This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure 23, the concurrently filed Memorandum of Law and supporting declaration and exhibits, and all other evidence and arguments presented in the briefings and at the hearing on this motion.

Dated: April 29, 2025

By: /s/draft
Michael J. Flannery
**CUNEO GILBERT & LADUCA, LLP**
Two CityPlace Drive
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Evelyn Yifei Riley (pro hac vice)
Cody McCracken (pro hac vice)
Lissa Morgans (pro hac vice)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com
lmorgans@cuneolaw.com

Don Barrett
Katherine Barrett Riley
Sterling Aldridge
**BARRETT LAW GROUP, P.A**.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

*Co-Lead Class Counsel for the Commercial and Institutional Indirect Purchaser Plaintiff Class*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on April 29, 2025, a copy of the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

By: /s/ *draft*