UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE TURKEY ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Carina Ventures LLC v. Agri Stats, Inc. et al.*,<br>  Case No. 1:23-cv-16948<br><br>*Amory Investments LLC v. Agri Stats, Inc. et al.*,<br>  Case No. 21-cv-06600 | Case No. 1:19-cv-08318<br><br>Honorable Sunil R. Harjani<br>Honorable Keri L. Holleb Hotaling |

**CARINA VENTURES LLC AND AMORY INVESTMENTS LLC'S MOTION CONDITIONALLY TO OPPOSE FINAL APPROVAL OF CARGILL SETTLEMENT**

Plaintiffs Carina Ventures LLC ("Carina") and Amory Investments LLC ("Amory") respectfully submit this conditional opposition to final approval of the settlement between the Direct Purchaser Plaintiffs ("DPPs") and Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation ("Cargill"). *See* ECF 1301.[1] As the Court is aware, Carina's motion for exclusion from the settlement is fully briefed and pending resolution. *See* ECF 1262, 1290. To the extent the Court grants Carina's motion, Carina takes no position regarding final approval of the Cargill settlement. But if the Court denies or has not yet resolved Carina's motion prior to the final approval hearing on June 18, 2025, Carina and Amory respectfully seek leave to participate at the hearing in opposition to the settlement. *See* ECF 1262, at 14 n.6.

As Carina and Amory previously explained, the Cargill settlement expressly excludes their claims. *See* ECF 1262 at 5-7, 9. In their motion for final approval, DPPs confirm "there will be no reduction in the Cargill Settlement Amount regardless of how the motion by Carina

---

[1] Despite describing their motion as "uncontested," DPPs did not meet and confer with Carina and Amory before filing their motion.

Ventures LLC and Amory Investments LLC to amend the preliminary list of settlement opt-outs is resolved." ECF 1302 at 5 n.3. That is not because Carina's and Amory's claims are insubstantial – they account for $2.3 billion of at least $15 billion in class purchases. *See* ECF 1139-2, at 1, 3. Rather, the settlement amount does not change because it never reflected the value of Carina's and Amory's claims in the first place. If the Court nonetheless were to hold that the settlement releases Carina's and Amory's claims, that would mean DPPs settled Carina's and Amory's cases for *no* consideration whatsoever. A settlement for $0 does not comply with Rule 23. *Cf. In re Walgreen Co. S'holder Litig.*, 832 F.3d 718, 724 (7th Cir. 2016) ("No class action settlement that yields zero benefits for the class should be approved.").

The Court should grant Carina and Amory's motion for exclusion from the Cargill settlement, in which case Carina and Amory do not oppose final approval and do not request to appear at the final approval hearing.[2] Alternatively, if the Court denies the motion or has not yet ruled before June 18, it should permit Carina and Amory to appear at the hearing in opposition to the settlement.

---

[2] Granting Carina and Amory's motion now also would put an end to Cargill's gamesmanship during the current, court-ordered fact discovery in Carina's case, which closes on July 1. Since April, Cargill has leveraged the DPP settlement as a pretext to obstruct Carina's discovery. *See* ECF 1262 at 3. It is refusing to comply with its obligations under the ESI Order based on the fiction that Carina and Amory already settled, *see* ECF 1263 at 2 n.2, and it thus far has declined to schedule a deposition that Carina has noticed. Yet Cargill continues to engage in other discovery when it suits its interests, including joining Defendants' 30(b)(6) deposition notice of Carina. A prompt ruling from the Court would help get discovery back on track.

Dated: June 5, 2025

Respectfully submitted,

*/s/ Christopher C. Goodnow*
Christopher C. Goodnow (*pro hac vice*)
Jonathan I. Liebman (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL
    & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
cgoodnow@kellogghansen.com
jliebman@kellogghansen.com

***Counsel for Carina Ventures LLC and Amory Investments LLC***