KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

June 16, 2025

*VIA CM/ECF*

Hon. Keri L. Holleb Hotaling
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

    Re:    *In re Turkey Antitrust Litigation*, No. 19-cv-08318;
              *Carina Ventures LLC v. Agri Stats, Inc. et al.*, No. 23-cv-16948

Your Honor:

      We write on behalf of Carina Ventures LLC in the above-captioned litigation. By email earlier today, Carina informed Defendant Jennie-O Turkey Store, Inc. ("JOTS") that it has pulled down the deposition notice of Gary Jamison. After JOTS filed its motion for protective order, ECF 1305, Carina effected service of a deposition subpoena on a different witness. On Friday, June 13, 2025, counsel for that witness confirmed he will sit for a deposition. With that deposition, Carina anticipates it will hit the 30-hour cap prescribed by the Court's discovery order. ECF 1109 ¶ 4. While Carina continues to disagree with JOTS's position regarding Mr. Jamison's deposition, there is no longer a live dispute for the Court to resolve. Accordingly, Carina respectfully requests that the Court deny JOTS's motion as moot.

                                          Respectfully submitted,

                                          */s/ Christopher C. Goodnow*
                                          Christopher C. Goodnow