UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* <br><br> This Document Relates To: <br><br> Direct Purchaser Plaintiff Actions | Civil No. 1:19-cv-08318 <br><br> Hon. Sunil R. Harjani <br> Hon. Keri L. Holleb Hotaling |

**DECLARATION OF TRACY M. HANSON IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' UNCONTESTED MOTION FOR FINAL APPROVAL OF THE SETTLEMENTS WITH COOPER FARMS, INC. AND FARBEST FOODS, INC.**

I, Tracy Hanson, declare as follows:

1. I am a Project Manager with A.B. Data, Ltd.'s Class Action Administration Division. ("A.B. Data"). A.B. Data was appointed by the Court to act as the Notice and Settlement Administrator and recently completed the Court-approved plan for the distribution of the Notice of Class Certification and Proposed Settlements with Defendant Cooper Farms, Inc. and Defendant Farbest Foods, Inc. (*See* ECF No 1230.) I have personal knowledge of the facts set forth herein and, and if called as a witness, could and would testify competently thereto.

2. This Declaration describes the implementation of the Notice Plan, as proposed in the Declaration of Eric Schachter in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlements with Cooper Farms, Inc. and Farbest Foods, Inc., Approval of the Manner and Form of Class Notice Plan, and Related Relief (ECF No. 1205, the "Schachter Declaration"). I affirm that A.B. Data successfully implemented this Notice Plan and provided Certified Class Members mailed, emailed, and publication notice as described in the Schachter Declaration.

**DIRECT NOTICE**

3. Pursuant to the Preliminary Approval Order (ECF No. 1230) entered on April 9, 2025, and utilizing the potential Certified Class Member names and contact information used for

notice in the previous settlements with the Tyson Defendants and the Cargill Defendants in this Action, and contact information provided by claimants in this Action, A.B. Data caused the Court-approved Long-Form Notice to be sent on April 22, 2025 by USPS First-Class Mail to the 3,526 potential Certified Class member mailing addresses. A copy of the Long-Form Notice is attached as **Exhibit C.**

4. As of the date of this Declaration, A.B. Data has tracked 410 Long-Form Notices to be undeliverable as addressed. Of these, 241 Long-Form Notices have been remailed to updated addresses obtained through either the USPS, an authorized representative of the intended recipient, or third-party information services to which we subscribe.

5. On April 22, 2025, A.B. Data caused the Email Notice to be sent by email to 373 potential Certified Class member email addresses. To maximize deliverability, A.B. Data used certain best practices, such as avoiding attachments and certain key words likely to trigger SPAM and junk filters and sending the emails in batches over a period of days. Of the 373 emails sent, 351 were successfully delivered.

6. To supplement the direct notice efforts, A.B. Data caused the Publication Notice, attached as **Exhibit D,** to be published in the May 2025 edition of Supermarket News and the May 2025 edition of Nation's Restaurant News, trade journals targeting supply chain executives and food industry professionals. A.B. Data also effectuated a thirty-day digital media banner ad campaign on www.supermarketnews.com, running from April 22, 2025 to May 22, 2025, and on www.nrn.com, running from April 22, 2025 to May 22, 2025, attached as **Exhibit E**.

7. The Long Form Notice, Email Notice, and Publication Notice were written in plain language that clearly and concisely described, among other things: the definition of the Certified Class; the binding effects of remaining part of the Certified Class; the benefits of the Settlements with Cooper Farms, Inc. and Farbest Foods, Inc.; Co-Lead Counsel's contact information; that Co-Lead Counsel would not seek pay of attorneys' fees, litigation expenses, and service awards at this time; that, in order to be excluded from the Settlements, Class members much exclude themselves from the Class; the procedures for requesting exclusion from the Class and objecting to the

Settlements; and that additional information and pleadings were available online at www.TurkeyLitigation.com.

## CASE WEBSITE

8.     On September 23, 2021, A.B. Data established and continues to maintain a case-specific website, www.TurkeyLitigation.com. On April 22, 2025, the website was updated to provide information regarding Class Certification and the Settlements with Cooper Farms, Inc. and Farbest Foods, Inc., including general information in English and Spanish regarding the case and its current status, as well as downloadable copies of the notice documents, the Court's Class Certification Order, the Settlement Agreements, the Preliminary Approval Order, and the operative Complaint. The website is accessible 24 hours a day, 7 days a week

## TELEPHONE HELPLINE

9.     On September 23, 2021, A.B. Data established and continues to maintain a case-specific toll-free phone number, 877-777-9637, with an Interactive Voice Response system and live operators in both English and Spanish. An automated attendant answers all calls initially and presents callers with a series of choices to respond to basic questions. If callers need further help, they have the option to be transferred to an operator during business hours. On April 22, 2025, the Interactive Voice Response system was updated to include information regarding Class Certification, and the Settlements with Cooper Farms, Inc. and Farbest Foods, Inc.

## EXCLUSION AND OBJECTIONS

10.     The Notice informed potential Certified Class members that requests for exclusion were to be submitted to A.B. Data by mail or email such that they were postmarked or submitted by May 22, 2025. As of the date of this Declaration, A.B. Data has received 15 requests for exclusion, many of which included various affiliated entities and partial assignments. In consultation with Co-Lead Counsel, A.B. Data reached out to many of the entities requesting exclusion to confirm and clarify their intent related to subsidiaries and assignments. All requests were received on or before the May 22, 2025 deadline and are considered timely and met all requirements set forth in the Long-Form notice. The current working list of all entities (inclusive

of affiliated entities) that submitted a timely request for exclusion is attached as **Exhibit A**.

11. Of the 15 timely requests for exclusion, 5 requestors included documentation showing claims partially assigned to them by other potential Certified Class members. The list of the requests with partial assignments is attached as **Exhibit B.**

12. The Notice informed potential Certified Class members seeking to object to part or all of the proposed Settlements that they could do so by submitting a written request that is received by the Parties and filed with the Court no later than May 22, 2025. As of the date of this Declaration, A.B. Data has not received and is not aware of any objections to the Settlement with Cooper Farms, Inc. or the Settlement with Farbest Foods, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of June 2025, in Milwaukee, Wisconsin.

Tracy Hanson