# EXHIBIT C

<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS</u>

# If you directly purchased certain turkey products from a turkey processor in the United States from January 1, 2010, through December 31, 2016, a class action may affect your rights.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- There is an update in *In re Turkey Antitrust Litigation*, No. 1:19-cv-08318, pending in the United States District Court for the Northern District of Illinois, the lawsuit in which you previously received notices. The purpose of this new notice is to inform you of your rights related to (i) the Court formally certifying the class action lawsuit on January 22, 2025, and (ii) two new settlements (the "Settlements") that have been reached on behalf of Direct Purchaser Plaintiffs with Defendants Cooper Farms, Inc. ("Cooper Farms") and Farbest Foods, Inc. ("Farbest Foods") (together, "Settling Defendants").

- On January 22, 2025, the Court issued an order certifying a class of direct purchasers defined as: "[a]ll persons and entities who directly purchased fresh or frozen, uncooked turkey breast, ground turkey, or whole bird turkey products (the "Class Products") from Defendants in the United States during the Class Period." This class of direct purchasers is called the "Certified Class." The Class Period is January 1, 2010, through December 31, 2016.

- Certain categories of persons and entities are specifically excluded from the Certified Class. These exclusions are explained in Question 11 below. Certain categories of products are excluded from the Class Products. These exclusions are explained in Question 10 below. The Settlements between the Direct Purchaser Plaintiffs and the Settling Defendants are on behalf of the Certified Class, only apply to the Settling Defendants, and do not dismiss claims against the other defendants in this case.

- The Settlements require the Settling Defendants to pay $1,687,500 each. In addition to these monetary payments, the Settling Defendants have agreed to provide specific cooperation in the Direct Purchaser Plaintiffs' continued prosecution of this action.

- This notice provides Certified Class Members with an opportunity to opt out of the Certified Class, as defined above. If you exclude yourself from the Certified Class, you will be excluded from the Settlements and will not receive any of the Settlement benefits, cannot participate in any future settlements on behalf of the Certified Class, and will not be bound by any future judgments. You may not exclude yourself from only the Certified Class but not the Settlements. You may not exclude yourself from the Settlements but remain in the Certified Class. **At this time, there is no claim form, plan of distribution, or request for Co-Lead Class Counsel fees or expenses (but Co-Lead Counsel will later seek reimbursement of additional expenses and up to one-third of the net settlement proceeds for attorneys' fees). The Certified Class does not affect the previous settlements reached in this litigation.**

- If approved by the Court, the Settlements will resolve the claims in the lawsuit against the Settling Defendants. The Settlements will avoid litigation costs and risks to Direct Purchaser Plaintiffs and these Settling Defendants and will release the Settling Defendants from liability to members of the Certified Class.

- The Court has not decided whether the Settling Defendants did anything wrong, and the Settling Defendants deny any wrongdoing.

- Your legal rights are affected whether you act or do not act. Please read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS | |
|---|---|
| **ASK TO BE EXCLUDED FROM THE CERTIFIED CLASS AND SETTLEMENTS** | You must submit a valid request for exclusion to remove yourself from the Certified Class. Your legal rights are explained in Question 19 below. Requests for Exclusion must be postmarked or received by **May 22, 2025**. |
| **OBJECT TO THE SETTLEMENTS** | Write to the Court about why you do not like the Settlements. Objections must be postmarked or received by **May 22, 2025**. |
| **ATTEND THE FAIRNESS HEARING** | Ask to speak in Court about the fairness of the Settlements. |
| **DO NOTHING** | If you do nothing, you will remain a member of the Certified Class and may participate in the Settlements and in any monetary distribution to qualified purchasers if there are other settlements or judgments. The Settlements will resolve your claims against Cooper Farms and Farbest Foods, and you will give up your rights to sue or to continue to sue Cooper Farms or Farbest Foods about the Released Claims (as defined in the Settlement Agreements). You will be bound by any future judgments or settlements with the non-settling Defendants. |

- Your rights and options – and the deadlines to exercise them – are explained in this notice.
- The Court in charge of these cases still has to decide whether to finally approve the Settlements with Cooper Farms and Farbest Foods.
- **Questions? Read on and visit www.TurkeyLitigation.com or call toll-free 1-877-777-9637.**

## What This Notice Contains

What This Notice Contains ................................................................................................................ 2

BASIC INFORMATION ........................................................................................................................ 4
1. Why did I receive a notice? ................................................................................................... 4
2. What is this lawsuit about? .................................................................................................... 4
3. Who are the Defendants? ...................................................................................................... 4
4. What is a class action, and who is involved? ........................................................................ 4
5. Why are there Settlements? ................................................................................................... 4
6. Have there been other settlements in this lawsuit? ............................................................... 5
7. Why is the lawsuit continuing if there are Settlements? ....................................................... 5
8. What if I received previous communications regarding this lawsuit? .................................. 5

WHO IS IN THE CLASS? ..................................................................................................................... 5
9. Am I part of the Certified Class? ........................................................................................... 5
10. What are the Class Products? ................................................................................................ 6
11. Are there exceptions to being included? ............................................................................... 6
12. I'm still not sure if I'm included. ........................................................................................... 6

The Benefits of the Settlement Agreements...................................................................................... 6

    13.    What do the Settlements with Cooper Farms and Farbest Foods provide? ............................... 6

    14.    What are the Settlement benefits being used for?..................................................................... 6

    15.    What should I do if I already filed a claim in this lawsuit? ...................................................... 7

    16.    Can I file a claim in the previous settlements in this case?...................................................... 7

    17.    What am I giving up by staying in the Certified Class? ........................................................... 7

    18.    What happens if I do nothing at all? ......................................................................................... 7

Excluding Yourself from the Certified Class And Settlements............................................................ 7

    19.    How do I exclude myself from the Certified Class?................................................................. 7

    20.    If I don't exclude myself, can I sue Non-Settling Defendants, Cooper Farms, or Farbest Foods for the same thing later?................................................................................................. 8

    21.    If I exclude myself, can I still get a payment from these Settlements or future settlements or judgments?............................................................................................................................ 8

    22.    If I excluded myself previously, do I need to exclude myself again?....................................... 8

    23.    Can I still exclude myself from the previous settlements? ....................................................... 8

Objecting to the Settlements............................................................................................................... 8

    24.    How do I tell the Court that I don't like the Settlements? ........................................................ 8

    25.    Can I object to the previous settlements? ................................................................................. 9

    26.    What is the difference between excluding myself and objecting?............................................ 9

The Lawyers Representing You.......................................................................................................... 9

    27.    Do I have a lawyer in this case?................................................................................................ 9

    28.    Should I hire my own lawyer? .................................................................................................. 9

    29.    How will the lawyers be paid?................................................................................................... 9

The Court's Fairness Hearing............................................................................................................ 10

    30.    When and where will the Court decide whether to approve the Settlements?........................ 10

    31.    Do I have to come to the hearing? .......................................................................................... 10

    32.    May I speak at the hearing? .................................................................................................... 10

The Trial............................................................................................................................................ 10

    33.    How and when will the Court decide if the Plaintiffs or remaining Defendants who did not settle are right?........................................................................................................................ 10

    34.    Will I get money after the trial?.............................................................................................. 10

Getting More Information ................................................................................................................ 11

    35.    How do I get more information?............................................................................................. 11

## BASIC INFORMATION

| 1. Why did I receive a notice? |
|---|

The Court directed notice to be sent to the Certified Class because this lawsuit may affect your rights. This notice provides you with the status of the litigation, including details about the proposed Settlements with Cooper Farms and Farbest Foods on behalf of the Certified Class, and the opportunity to exclude yourself from the Certified Class.

Defendants, including Cooper Farms and Farbest Foods, produce turkey products, including fresh or frozen, uncooked turkey breast, ground turkey, or whole bird turkey products ("Class Products"). Defendants' records show that you may have directly purchased Class Products from Defendants in the United States from January 1, 2010, through December 31, 2016 (the "Certified Class Period"). The list of Defendants is in the answer to Question 3 below.

The Court authorized this notice because you have a right to know that a direct purchaser class was "certified" in this class action lawsuit, about the proposed Settlements with Cooper Farms and Farbest Foods on behalf of the Certified Class, and your rights and options, before the Court decides whether to approve the Settlements and holds a trial to decide if the claims being made against the remaining non-settling Defendants are correct.

You may have received notices and submitted claims with respect to prior settlements reached in this litigation. The prior notices and claims only relate to those settling Defendants. You are receiving this Notice because the Court certified a Class regarding the non-settling Defendants (which included Cooper Farms and Farbest Foods at the time of certification) and because proposed Settlements have been reached with Cooper Farms and Farbest Foods. This notice explains the lawsuit, the Certified Class, the Settlements, and your legal rights.

| 2. What is this lawsuit about? |
|---|

This class action lawsuit is called *In re Turkey Antitrust Litigation,* No. 1:19-cv-08318 and is pending in the United States District Court for the Northern District of Illinois. U.S. District Court Judge Sunil R. Harjani is in charge of this class action.

The Defendants are processors of turkey products in the United States, as well as Agri Stats, Inc. Direct Purchaser Plaintiffs allege that Defendants and their co-conspirators conspired and combined to fix, raise, maintain, and stabilize the price of certain turkey products, beginning at least as early as January 1, 2010, and continuing at least until December 31, 2016, with the intent and expected result of increasing prices of Class Products in the United States, in violation of federal antitrust laws. The Defendants deny all allegations of wrongdoing in this lawsuit.

| 3. Who are the Defendants? |
|---|

On January 22, 2025, the Court approved the lawsuit to proceed as a class action against Defendants Butterball, LLC; Cooper Farms; Farbest Foods; Foster Farms LLC; Foster Poultry Farms LLC; Jennie-O Turkey Stores, Inc.; Hormel Foods Corporation; House of Raeford Farms, Inc.; Perdue Farms, Inc.; Perdue Foods LLC; Prestage Farms, Inc., Prestage Foods, Inc., Prestage Farms of South Carolina, LLC; and Agri Stats, Inc. Defendants' "co-conspirators" include Dakota Provisions, LLC, Kraft Heinz Company, Kraft Foods Group Brands LLC, Michigan Turkey Producers LLC, Norbest LLC, and West Liberty Foods LLC.

| 4. What is a class action, and who is involved? |
|---|

In a class action lawsuit, one or more people or businesses, called class representatives, sue on behalf of themselves and others who have similar claims, all of whom together are a "class." Individual class members do not have to file a lawsuit to participate in the class action settlement or be bound by the judgment in the class action. One court resolves the issues for everyone in the class, except for those who exclude themselves from the class.

| 5. Why are there Settlements? |
|---|

The Court did not decide in favor of either Direct Purchaser Plaintiffs or Cooper Farms and Farbest Foods. Direct Purchaser Plaintiffs believe they may have won at trial and possibly obtained a greater recovery. Cooper Farms and Farbest Foods believe the Direct Purchaser Plaintiffs would not have won at a trial. But litigation involves risks to both sides, and therefore, Direct Purchaser Plaintiffs and Cooper Farms and Farbest Foods have agreed to Settlements. The Settlements require Cooper Farms and Farbest Foods to pay money, as well as respond to specific requests made by the Direct Purchaser Plaintiffs in

their continued prosecution of the litigation. Direct Purchaser Plaintiffs and their attorneys believe the Settlements are in the best interests of all Certified Class Members.

**6. Have there been other settlements in this lawsuit?**

Yes. Previously, you may have received notice about settlements in this lawsuit with Tyson and Cargill. The settlement with Tyson received final approval from the Court on February 3, 2022. The Court will hold a hearing on June 18, 2025, to decide whether to approve the settlement with Cargill. Payments from these settlements will be made to eligible class members if the Court approves the Cargill settlement and after any appeals are resolved. Eligible class members can file a claim for payment from these settlements until April 21, 2025. Please visit the website www.TurkeyLitigation.com for more information and updates.

**7. Why is the lawsuit continuing if there are Settlements?**

Direct Purchaser Plaintiffs reached these Settlements with Cooper Farms and Farbest Foods and previous settlements with Tyson and Cargill.

However, the Direct Purchasers Plaintiffs' case is proceeding against the other remaining non-settling Defendants. These Defendants deny the claims in the lawsuit. The Court has not decided whether the Plaintiffs or the remaining non-settling Defendants are right. Direct Purchasers Plaintiffs will have to prove their claims in Court. Additional money or benefits may become available in the future as a result of a trial or future settlements with these remaining non-settling Defendants. It is also possible that the lawsuit against the remaining non-settling Defendants may be resolved in their favor and no additional money may become available. There is no guarantee as to what will happen. If applicable, you will receive a separate notice regarding the progress of the litigation and any resolution of claims against the non-settling Defendants. The non-settling Defendants are Agri Stats, Inc.; Butterball LLC; Foster Farms LLC; Foster Poultry Farms LLC; Hormel Foods Corporation; Jennie-O Turkey Store, Inc.; House of Raeford Farms, Inc.; Perdue Farms, Inc.; Perdue Foods LLC; Prestage Farms of South Carolina, LLC; Prestage Farms, Inc.; and Prestage Foods, Inc.

**8. What if I received previous communications regarding this lawsuit?**

You may have received notice, authorized by the Court, about Direct Purchasers Plaintiffs' previous settlements in this lawsuit with Tyson and Cargill.

You may have received other communications about this lawsuit, including solicitations by other attorneys seeking to represent you as a plaintiff in an individual (or "direct action") lawsuit against Defendants. These communications were not approved by the Court and did not come from Court-appointed Co-Lead Class Counsel.

## WHO IS IN THE CLASS?

**9. Am I part of the Certified Class?**

The Certified Class is defined as:

> **All persons and entities who directly purchased fresh or frozen, uncooked turkey breast, ground turkey, or whole bird turkey products ("Class Products") from Defendants in the United States from January 1, 2010, through December 31, 2016 ("Class Period")**.

There are additional details about the Class Products definition in the answer to Question 10 below. If you satisfy these criteria, and you do not file a timely and valid exclusion, then you are a member of the Certified Class, subject to the exceptions listed in Question 11 below.

While these Settlements are only with Cooper Farms and Farbest Foods, the Certified Class includes persons who purchased Class Products from *any* of the Defendants or their co-conspirators.

The Court-approved class definition, or group of people included in the Certified Class, is different from the settlement classes the Court approved in the settlements with Cargill and Tyson. Please visit www.TurkeyLitigation.com for more information about those settlement classes.

### 10. What are the Class Products?

The Class Products include fresh or frozen, uncooked turkey breast, ground turkey, or whole bird turkey products.

Turkey breast products do not include: turkey breasts used to make ground turkey, turkey breast tenderloins, organic turkey breast products, No Antibiotics Ever ("NAE") or Antibiotic-Free ("ABF") turkey breast products, and cooked or ready-to-eat ("RTE") turkey breast products.

Ground turkey products do not include: ground turkey products made from turkey breasts; ground turkey products made from turkey wings; burgers, sausages, and patties; organic ground turkey products; NAE or ABF ground turkey products; and cooked or RTE ground turkey products.

Whole bird turkey products do not include: organic turkey whole bird products, NAE or ABF turkey whole bird products, and cooked or RTE turkey whole bird products.

### 11. Are there exceptions to being included?

Yes. Specifically excluded from the Certified Class are Defendants and their Co-conspirators; the officers, directors, or employees of any Defendant or Co-conspirator; any entity in which any Defendant or their Co-conspirator has a controlling interest; any entity with an interest, controlling or non-controlling, in a Defendant or their Co-conspirator; any entity where an individual owner, trust, and/or holding company also had an interest in any Defendant (whether as an individual, member, trust, trustee, legal representative, heir, or assign) of greater than 5% during any year of the Class Period; any (in whole or in part) affiliate, legal representative, heir, or assign of any Defendant or their Co-conspirator. Also excluded from this Class are any federal, state, or local governmental entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, any juror assigned to this action, and any Co-conspirator identified in this action.

If you are in one of these categories, you are not a member of the Certified Class and not eligible to participate in these Settlements.

### 12. I'm still not sure if I'm included.

If you are still not sure if you are included, please review the detailed information contained in the Court's Memorandum and Order dated January 22, 2025, and the Settlement Agreements, available for download at www.TurkeyLitigation.com. You may also call the Settlement Administrator at 1-877-777-9637 or call or write to Co-Lead Class Counsel at the phone numbers or addresses listed in Question 24 below.

## THE BENEFITS OF THE SETTLEMENT AGREEMENTS

### 13. What do the Settlements with Cooper Farms and Farbest Foods provide?

If the Settlements are approved, Cooper Farms and Farbest Foods will each pay $1,687,500 to resolve the claims against them. The specific claims being released, called the "Released Claims," are defined in the Settlement Agreements. In addition, Cooper Farms and Farbest Foods have also agreed to respond to specific requests for cooperation made by the Direct Purchaser Plaintiffs in their continued prosecution of the litigation.

### 14. What are the Settlement benefits being used for?

Subject to approval by the Court, a portion of the proceeds from the Settlements (up to $50,000 from each Settlement, or up to $100,000 collectively) will be used by the Settlement Administrator to provide notice of class certification and the Settlements to potential Certified Class Members. The remainder of the proceeds from the Settlements will remain available for any future notice, distribution to members of the Certified Class, or attorneys' fees (up to one-third of net settlement funds), litigation expenses, and service awards. At this time, Direct Purchaser Plaintiffs and their counsel are not seeking any attorneys' fees, non-administration expenses, or service awards to be paid from the proceeds of the Settlements. However, they will do so in the future, subject to additional notice to you and approval by the Court.

The proceeds from these Settlements will not be distributed to qualifying Certified Class Members at this time. Instead, Co-Lead Class Counsel intend to combine the Settlements' proceeds with proceeds from future settlements or other recoveries in the litigation before distribution. You will receive notice of any such future settlements or recoveries and when it is time to file a valid claim.

### 15. What should I do if I already filed a claim in this lawsuit?

Any claims filed in the settlements with Tyson and Cargill are unaffected by the Settlements with Cooper Farms and Farbest Foods. The Court will hold a hearing on June 18, 2025, to consider whether to approve the claims process for the Tyson and Cargill settlements. Payments for the Tyson and Cargill settlements' proceeds will not be made until after that time and any appeals are resolved. Please be patient.

The Cooper Farms and Farbest Foods Settlement proceeds will not be distributed until a later date. If you are a Certified Class Member, you will be provided notice when it is time to file a claim.

### 16. Can I file a claim in the previous settlements in this case?

Eligible class members in the settlements with Tyson and Cargill are able to file a claim for a payment in those settlements until April 21, 2025. Please visit www.TurkeyLitigation.com for more information and updates.

### 17. What am I giving up by staying in the Certified Class?

Unless you exclude yourself by following the directions in Question 19 below, you will stay in the Certified Class and participate in the Settlements. This means that you cannot sue, continue to sue, or be part of any other lawsuit against Cooper Farms, Farbest Foods, or the non-settling Defendants and their affiliates pertaining to the claims in this case.

You will be releasing the "Cooper Farms Released Parties" and "Farbest Foods Released Parties" from the "Released Claims" described in the Settlements available at www.TurkeyLitigation.com.

If you stay in the Certified Class, it also means that should additional settlements be reached, or a judgment be issued by the Court, regardless of whether it is in favor of the Certified Class or the non-settling Defendants, the Court's orders will apply to you and legally bind you.

### 18. What happens if I do nothing at all?

If you do nothing, you will stay in the Certified Class and be able to file a claim for payment from the Settlements with Cooper Farms and Farbest Foods at a later date. The Settlements will resolve your claims against Cooper Farms and Farbest Foods, and you will give up your rights to sue them about the Released Claims (as defined in the Settlement Agreements). You also give up any rights to sue the non-settling Defendants on your own about the claims in this lawsuit, but you may also have the opportunity to participate in any future settlements or judgments obtained by Direct Purchaser Plaintiffs. You will be legally bound by all Court orders affecting the Certified Class, good or bad.

## EXCLUDING YOURSELF FROM THE CERTIFIED CLASS AND SETTLEMENTS

### 19. How do I exclude myself from the Certified Class?

- As noted in Question 18, you do not need to take any action to remain a member of the Certified Class and participate in the Settlements. As a Certified Class Member, you will also be able to participate in any future settlement or judgment obtained by the Direct Purchaser Plaintiffs against the non-settling Defendants in this case.
- If you do not wish to remain a member of the Certified Class and do not want to be legally bound by or participate in the Settlements, then you must exclude yourself from the Certified Class by **May 22, 2025**.
- If you exclude yourself from the Certified Class, you will be excluded from the Settlements and from any future settlement or judgment obtained by the Direct Purchaser Plaintiffs against the non-settling Defendants in this case. Please also see the answer to Question 21 below.

In any request to exclude yourself from the Certified Class, you must submit a written request to the Settlement Administrator stating: (a) your name, including the name of your business which purchased Class Products, and address; (b) a statement that you want to be excluded from the Certified Class and the Settlements with Cooper Farms and Farbest Foods in *In re Turkey Antitrust Litigation*; (c) if your exclusion involves an assignment of claims, then you must identify the assignor, the assignee, and the total value of direct Class Product purchases during the Class Period from each Defendant or co-conspirator that is subject to the assignment; and (d) your signature. Note that if you previously submitted this

information in connection with the claims process for the Cargill and Tyson settlements, you must do so again because the definition of Turkey is different in the Certified Class as described in Question 9 above.

If you intend to exclude subsidiaries, affiliates, divisions, related or controlled entities, entities under common control, predecessors in interest, or any other related entity, such entities must be expressly identified by name and address in your request. Additionally, if you intend to exclude claims that were assigned to you from another potential Certified Class Member, you must include the assignor's name; whether the assignor fully or partially assigned their Class Product claims; the annual value of Class Product purchases assigned, identified by Defendant or Co-Conspirator from whom the purchases were made; and a copy of the executed assignment agreement or a statement outlining the assignment signed by both the assignor and assignee.

You must mail or email your Exclusion Request, postmarked or received by **May 22, 2025**, to: *Turkey Antitrust Litigation*, Attn: EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217; or info@TurkeyLitigation.com.

### 20. If I don't exclude myself, can I sue non-settling Defendants, Cooper Farms, or Farbest Foods for the same thing later?

No. Unless you exclude yourself as indicated in Question 19 above, you give up the right to sue the Settling Defendants, Cooper Farms and Farbest Foods, for claims set forth in the litigation and the Settlements. If you do not exclude yourself from the Certified Class, you will be bound by any judgment or future settlement with non-settling Defendants and may not have another opportunity to exclude yourself. If you have a pending lawsuit against Cooper Farms, Farbest Foods, or the remaining non-settling Defendants, speak to your lawyer in that lawsuit immediately to determine whether you must exclude yourself from the Certified Class to continue your own lawsuit.

### 21. If I exclude myself, can I still get a payment from these Settlements or future settlements or judgments?

No. If you exclude yourself from the Certified Class, you will be excluded from the Settlements. You will not be eligible to receive any proceeds from the Settlements, and you will not be able to participate in any future settlement or judgment obtained by the Direct Purchaser Plaintiffs against the non-settling Defendants in this case.

### 22. If I excluded myself previously, do I need to exclude myself again?

Yes. Even if you previously excluded yourself from the previous settlements with Tyson and/or Cargill, you must exclude yourself now if you do not want to be part of the Certified Class and the Settlements with Cooper Farms and Farbest Foods.

### 23. Can I still exclude myself from the previous settlements?

The deadline to exclude yourself from the previous settlement with Tyson has passed. However, the deadline to exclude yourself from the previous settlement with Cargill is April 21, 2025. Visit the website www.TurkeyLitigation.com to learn more.

## OBJECTING TO THE SETTLEMENTS

### 24. How do I tell the Court that I don't like the Settlements?

If you are a Certified Class Member and have not excluded yourself, you can object to the Settlements with Cooper Farms and Farbest Foods if you don't like part or all of them. The Court will consider your views.

To object, you must send a letter or other written statement saying that you object to the Settlement(s) with Cooper Farms and/or Farbest Foods in *In re Turkey Antitrust Litigation* and the reasons why you object to that/those Settlement(s). Be sure to include your full name, the name of your business which purchased the Class Products, current mailing address, and email address. Your objection must be signed. You may include or attach any documents that you would like the Court to consider. Do not send your written objection to the Court or judge. Instead, mail your objection to the Settlement Administrator, Co-Lead Class Counsel, and Counsel for Cooper Farms and Farbest Foods at the addresses listed below. Your objection must be postmarked no later than **May 22, 2025**.

| **Settlement Administrator:** | **Direct Purchaser Plaintiffs' Co-Lead Class Counsel:** | **Counsel for Cooper Farms:** |
|---|---|---|
| Turkey Antitrust Litigation<br>ATTN: OBJECTIONS<br>c/o A.B. Data, Ltd.<br>P.O. Box 173001<br>Milwaukee, WI 53217 | Brian D. Clark<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Ave. South, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br>bdclark@locklaw.com<br><br>Shana E. Scarlett<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>T: (510) 725-3000<br>F: (510) 725-3001<br>shanas@hbsslaw.com | Jennifer A. L. Battle<br>CARPENTER LIPPS LLP<br>280 N. High Street, Suite 1300<br>Columbus, OH 43215<br>battle@carpenterlipps.com<br><br>**Counsel for Farbest Foods**:<br>Gaspare J. Bono<br>Leslie A. Barry<br>DENTONS US LLP<br>1900 K Street NW<br>Washington, DC 20006<br>(202) 496-7500<br>gap.bono@dentons.com<br>leslie.barry@dentons.com |

### 25. Can I object to the previous settlements?

No, the deadline to object to the prior settlements with Tyson and Cargill has passed. Visit www.TurkeyLitigation.com to learn more.

### 26. What is the difference between excluding myself and objecting?

Objecting is telling the Court that you do not like something about the Settlements. You can object only if you do not exclude yourself from the Certified Class. Excluding yourself is telling the Court that you do not want to be part of the Certified Class. If you exclude yourself from the Certified Class, you have no standing to object because the Settlements no longer affect you.

## THE LAWYERS REPRESENTING YOU

### 27. Do I have a lawyer in this case?

Yes. The Court appointed the law firms Lockridge Grindal Nauen PLLP and Hagens Berman Sobol Shapiro LLP as Co-Lead Class Counsel for the Certified Class. You will not be charged for these lawyers. Their contact information is provided above in Question 24. If you want to be represented by another lawyer, you may hire one at your own expense.

### 28. Should I hire my own lawyer?

If you remain a member of the Certified Class, you do not need to hire your own lawyer because Co-Lead Class Counsel is working on your behalf.

If you wish to pursue your own case separate from this one, or if you exclude yourself from the Certified Class, these lawyers will no longer represent you. You will need to hire your own lawyer if you wish to pursue your own lawsuit against Cooper Farms, Farbest Foods, or the remaining non-settling Defendants.

### 29. How will the lawyers be paid?

Co-Lead Class Counsel are not asking the Court to award any attorneys' fees or reimburse litigation expenses from the Settlements at this time, but at a later date will request up to one-third of net settlement funds as attorneys' fees and reimbursement of additional expenses. However, subject to approval by the Court, a portion of the proceeds from the Settlements (up to $50,000 from each Settlement, or $100,000 collectively) will be used by the Settlement Administrator to provide notice of class certification and the Settlements to potential Certified Class Members. In the future, Co-Lead Class Counsel will ask the Court to award attorneys' fees and reimbursement of reasonable and necessary litigation expenses from the Settlements or any other settlement or recovery in this litigation. At such time, and prior to any Court approval, members of the Certified Class will be provided with notice of the amount of fees or expenses sought by Co-Lead Class Counsel and the opportunity to be heard by the Court. You will not have to pay any fees or costs out of pocket.

## THE COURT'S FAIRNESS HEARING

### 30. When and where will the Court decide whether to approve the Settlements?

The Court will hold a hearing to decide whether to approve the Settlements (the "Fairness Hearing"). You may attend and you may ask to speak, but you don't have to. The Court will hold the Fairness Hearing on **July 10, 2025, at 10:00 a.m. Central** at the United States District Court for the Northern District of Illinois, Courtroom 1925, Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. At this hearing, the Court will consider whether the Settlements are fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlements. We do not know how long these decisions will take.

The Court may hold the Fairness Hearing remotely via telephone or video conference and may change call-in details or move the Fairness Hearing to a later date without providing additional notice to members of the Certified Class. Updates will be posted to the Settlement Website.

### 31. Do I have to come to the hearing?

No. Co-Lead Class Counsel will answer any questions the Court may have. However, you are welcome to come at your own expense or attend via telephone or video conference, if Court holds a telephone or video hearing. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

### 32. May I speak at the hearing?

Yes, you may ask to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *In re Turkey Antitrust Litigation*." Be sure to include your name, the name of your business which purchased Class Products, current mailing address, telephone number, and signature. Your Notice of Intention to Appear must be postmarked no later than **May 22, 2025**, and it must be sent to the Clerk of the Court, Co-Lead Class Counsel, and Counsel for Cooper Farms and Farbest Foods. The address for the Clerk of the Court is: Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. The addresses for Co-Lead Class Counsel and Counsel for Cooper Farms and Farbest Foods are provided in the answer to Question 24. You cannot ask to speak at the hearing if you excluded yourself from the Certified Class.

## THE TRIAL

### 33. How and when will the Court decide if the Plaintiffs or remaining non-settling Defendants are right?

If the lawsuit against the remaining non-settling Defendants is not dismissed or settled, the Direct Purchaser Plaintiffs will have to prove their claims at a trial that will take place at the United States District Court for the Northern District of Illinois, Courtroom 2503, Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. During the trial, a jury and/or judge will hear evidence and decide whether the Direct Purchaser Plaintiffs or the remaining non-settling Defendants are right about the claims in the lawsuit. There is no guarantee that the Direct Purchaser Plaintiffs will win any money or benefits for the Certified Class. Trial is set to begin on October 13, 2026.

### 34. Will I get money after the trial?

If the Direct Purchaser Plaintiffs obtain money or benefits as a result of a trial or settlement with the remaining non-settling Defendants, you will be notified about how to get a payment or benefits and your other options at that time. These things are not known right now. Important information about the case will be posted on the website, www.TurkeyLitigation.com, as it becomes available.

## GETTING MORE INFORMATION

**35. How do I get more information?**

This notice is only a summary. More details about the proposed Settlements are in the Settlement Agreements. You can find copies of the Settlement Agreements, the certification order, other important documents, and information about the current status of the litigation by visiting www.TurkeyLitigation.com. You may contact the Settlement Administrator at info@TurkeyLitigation.com or toll-free at 1-877-777-9637. You may also contact Co-Lead Class Counsel at the addresses, phone numbers, and email addresses provided in Question 24.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**