**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITGATION*<br><br>This Document Relates To:<br><br>*Carina Ventures LLC v. Agri Stats, Inc. et al.*,<br>No. 23-cv-16948 (N.D. Ill.) | Civil Action No. 19-cv-08318<br><br>Hon. Sunil R. Harjani<br>Hon. Keri L. Holleb Hotaling |

**CARGILL'S NOTICE OF RULING AND SUGGESTION OF MOOTNESS**

Cargill, Incorporated and Cargill Meat Solutions Corporation ("Cargill") submit this notice to apprise the Court of the following developments regarding litigation between Cargill and Carina Ventures LLC ("Carina"), which relate to the pending discovery motions before the Court (ECF Nos. 1209, 1310) that Carina filed against all Defendants.

1. On January 30, 2025, the Court entered a Preliminary Approval Order (ECF No. 1128) granting preliminary approval to a proposed class settlement between Cargill and the Direct Purchaser Plaintiff Class.

2. Carina contested whether it had timely and validly requested exclusion from the settlement and filed a motion with the Court seeking to be excluded. *See* ECF No. 1262. Judge Harjani held a hearing on Carina's motion on June 18, 2025.

3. On July 7, 2025, Judge Harjani denied Carina's motion. ECF No. 1346.

4. On July 10, 2025, Cargill informed Carina that it intended to notify the Court that Carina's pending discovery motions against Cargill should be denied as moot.

5. Carina responded that it will not oppose the denial of its pending motions to compel as to Cargill as moot, provided that the dismissal is without prejudice to Carina renewing those motions if the Court does not finally approve Cargill's settlement with the Direct Purchaser

Plaintiff Class, or if Judge Harjani's denial of Carina's opt-out request is reversed.

WHEREFORE, Cargill respectfully requests that Carina's pending motions to compel (ECF Nos. 1209, 1310) be denied as to Cargill.

Dated: July 14, 2025  Respectfully submitted,

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

X. Kevin Zhao
Davida S. Williams
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
kzhao@greeneespel.com
dwilliams@greeneespel.com

*Counsel for Cargill Incorporated and Cargill Meat Solutions Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on July 14, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                               /s/ *Matthew D. Provance*
                                                  Matthew D. Provance