# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* | Case No. 1:19-cv-08318 |
| This Document Relates To:<br><br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTIONS | Hon. Sunil R. Harjani<br>Hon. Keri L. Holleb Hotaling |

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**

Pursuant to Federal Rules of Civil Procedure 23(h) and 54(d)(2), Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") move the Court for an Order: (1) awarding attorneys' fees, (2) allowing reimbursement of current and ongoing litigation expenses, and (3) awarding a service award to the CIIPP Class Representatives in connection with the CIIPPs' settlements with Defendants Cargill Inc. and Cargill Meat Solutions Corporation (together and separately, "Cargill"); Cooper Farms, Inc.; Farbest Foods, Inc.; and Tyson Foods, Inc., The Hillshire Brands Company, Tyson Fresh Meats, Inc., and Tyson Prepared Foods, Inc. (together and separately "Tyson"). This motion is based on this motion, the concurrently filed Memorandum of Law and supporting declarations, and any other evidence and arguments presented in the briefings and at the hearing on this motion.

Dated: October 23, 2025

Respectfully submitted,

By: */s/ Michael J. Flannery*
Michael J. Flannery
**CUNEO GILBERT & LADUCA, LLP**

1

2 CityPlace Drive, Second Floor
St. Louis, MO 63141
Telephone: Direct (314) 226-1015
mflannery@cuneolaw.com

Evelyn Riley (*pro hac vice*)
Cody McCracken (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
2445 M Street, NW
Suite 740
Washington, DC 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

Sarah Sterling Aldridge (*pro hac vice*)
**BARRETT LAW GROUP, P.A.**
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
saldridge@barrettlawgroup.com

*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that on October 23, 2025, a copy of the foregoing was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

                By: */s/ Michael J. Flannery*
                   Michael J. Flannery