UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

John Gross and Company, Inc., et al.
                                  Plaintiff,

v.                                           Case No.: 1:19–cv–08318
                                                    Honorable Sunil R. Harjani

Agri Stats, Inc., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 24, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Defendants' Motion to Reconsider Order Granting Carina Ventures LLC's Motion to Compel [Dkt. 1408] is granted. Carina may choose five (5) total interrogatories for Defendants to answer from the fourteen they have already issued [Dkts. 1385–2 and 1385–3] in the format in which they are currently written; Carina may choose two (2) total interrogatories for AgriStats to answer from the six they have already issued [Dkt. 1385–4]. Regardless of which of the newly limited interrogatories Carina chooses, none of the information sought thereunder may predate January 1, 2008. Carina shall inform Defendants which interrogatories it wishes to be answered by 10/31/2025; Defendants shall answer those interrogatories by 11/14/2025. See Order for further details.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.