**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:19-cv-08318<br><br>Honorable Sunil R. Harjani<br>Honorable Keri L. Holleb Hotaling<br><br>**DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT** |

      Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Butterball LLC; Cargill, Incorporated and Cargill Meat Solutions Corporation; Cooper Farms, Inc.; Farbest Foods, Inc.; Foster Farms LLC and Foster Poultry Farms LLC; Jennie-O Turkey Store, Inc., Hormel Foods Corporation, and Hormel Foods LLC; House of Raeford Farms, Inc.; Perdue Farms, Inc. and Perdue Foods LLC; Prestage Farms, Inc., Prestage Foods, Inc., and Prestage Farms of South Carolina, LLC; Tyson Foods, Inc., Tyson Fresh Meats Inc., Tyson Prepared Foods, Inc., and The Hillshire Brands Company; and Agri Stats, Inc. and Express Markets, Inc. (collectively, "Defendants") respectfully move the Court for summary judgment on all claims brought by all Plaintiffs.

      In support of their Joint Motion for Summary Judgment, Defendants will file on or before January 12, 2026 (1) a joint memorandum of law; (2) a joint statement of undisputed material facts, in accordance with Local Rule 56.1(a); and (3) a joint appendix of exhibits with supporting exhibits, in accordance with the Court's Order Concerning Summary Judgment Proceedings. (Doc. 1426 (Oct. 2, 2025).)

Dated: January 8, 2026

/s/ *Emily E. Chow*
Colby Anne Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, #3300
Chicago, IL 60606
(312) 569-1000
Colby.Kingsbury@faegredrinker.com

Craig S. Coleman (*pro hac vice*)
Emily E. Chow (*pro hac vice*)
Anderson Tuggle (*pro hac vice*)
Andrew McCarty (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Suite 2200
Minneapolis, MN 55402
(612) 766-7000
Craig.Coleman@faegredrinker.com
Emily.Chow@faegredrinker.com
Anderson.Tuggle@faegredrinker.com
Andrew.McCarty@faegredrinker.com

Jacob D. Bylund
Robert Gallup (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 248-9000
Jacob.Bylund@faegredrinker.com
Robert.Gallup@faegredrinker.com

Jonathan H. Todt (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 230-5000
Jonathan.Todt@faegredrinker.com

***Counsel for Defendants Jennie-O Turkey Store, Inc.; Hormel Foods Corporation; and Hormel Foods, LLC***

/s/ *Colin R. Kass*
Christopher E. Ondeck
Colin R. Kass

Respectfully submitted,

/s/ *Britt M. Miller*
Britt M. Miller
Matthew D. Provance
Timothy B. Leake
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com
tleake@mayerbrown.com

Rachel J. Lamorte (*pro hac vice*)
rlamorte@mayerbrown.com
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3262
rlamorte@mayerbrown.com

X. Kevin Zhao
Davida S. Williams
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
kzhao@greeneespel.com
dwilliams@greeneespel.com

***Counsel for Cargill, Incorporated and Cargill Meat Solutions Corporation***

/s/ *Danielle R. Foley*
J. Douglas Baldridge
Danielle R. Foley (*pro hac vice*)
Lisa Jose Fales (*pro hac vice*)
Paul Feinstein (*pro hac vice*)
Kristin M. Koger (*pro hac vice*)
Andrew T. Hernacki (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
jdbaldridge@venable.com

2

Stephen R. Chuk
Erica T. Jones
Kelly B. Landers Hawthorne
Corey I. Rogoff
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Telephone: (202) 416-6800
condeck@proskauer.com
ckass@proskauer.com
schuk@proskauer.com
ejones@proskauer.com
klandershawthorne@proskauer.com
crogoff@proskauer.com

David A. Munkittrick
Reut N. Samuels
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
(212) 969-3226
dmunkittrick@proskauer.com
rsamuels@proskauer.com

Todd J. Ohlms
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3537
tohlms@proskauer.com

***Counsel for Defendant Butterball LLC***

*/s/ Jennifer A.L. Battle*
Michael L. McCluggage
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
mmcluggage@eimerstahl.com
dbirk@eimerstahl.com

Jennifer A.L. Battle
David J. Barthel
Theodore M. Munsell

drfoley@venable.com
ljfales@venable.com
pfeinstein@venable.com
kmkoger@venable.com
athernacki@venable.com

Kirstin B. Ives
FALKENBERG IVES, LLP
30 N. LaSalle St., Suite 4020
Chicago, IL 60602
Telephone: (312) 566-4803
kbi@falkenbergives.com

***Counsel for Defendants Perdue Farms, Inc. and Perdue Foods LLC***

*/s/ Nathan C. Chase, Jr.*
Matthew W. Sawchak (*pro hac vice*)
Stephen D. Feldman (*pro hac vice*)
ROBINSON, BRADSHAW & HINSON, P.A.
434 Fayetteville Street, Suite 1600
Raleigh, North Carolina 27601
Telephone: (919) 239-2600
Facsimile: (919) 328-8791
msawchak@rbh.com
sfeldman@rbh.com

Lawrence C. Moore, III (*pro hac vice*)
Nathan C. Chase, Jr. (*pro hac vice*)
Benjamin C. DeCelle (*pro hac vice*)
ROBINSON, BRADSHAW & HINSON, P.A.
600 S. Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
lmoore@rbh.com
nchase@rbh.com
bdecelle@rbh.com

Michael T. Medford (*pro hac vice*)
William S. Cherry III (*pro hac vice*)
Jessica B. Vickers (*pro hac vice*)
Lawrence D. Graham, Jr. (*pro hac vice*)
MANNING, FULTON & SKINNER, P.A.

3

Jill Rogers Spiker
Joel E. Sechler
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
Telephone: (614) 365-4100
battle@carpenterlipps.com
barthel@carpenterlipps.com
munsell@carpenterlipps.com
spiker@carpenterlipps.com
sechler@carpenterlipps.com

**Counsel for Defendant Cooper Farms, Inc.**

/s/ Gaspare J. Bono
Gaspare J. Bono (*pro hac vice*)
Leslie A. Barry (*pro hac vice*)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500
gap.bono@dentons.com
leslie.barry@dentons.com

Adam J. Wallstein
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
adam.wallstein@dentons.com

**Counsel for Defendant Farbest Foods, Inc.**

/s/ Aaron R. Gott
Aaron R. Gott
BONA LAW PC
331 2nd Avenue South, Suite 420
Minneapolis, MN 55401
Telephone: (612) 284-5001
aaron.gott@bonalawpc.com

Jarod M. Bona (*pro hac vice*)
BONA LAW PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
Telephone: (858) 964-4589

3605 Glenwood Avenue - Suite 500 (27612)
Post Office Box 20389
Raleigh, North Carolina 27619
Telephone: (919) 787-8880
Facsimile: (919) 325-4600
medford@manningfulton.com
cherry@manningfulton.com
vickers@manningfulton.com
graham@manningfulton.com

Ilene M. Korey
CLAUSEN MILLER P.C.
10 South LaSalle Street, Suite 1600
Chicago, IL 60603
Telephone: (312) 855-1010
Facsimile: (312) 606-7777
ikorey@clausen.com

**Counsel for Defendants Prestage Farms of South Carolina, LLC; Prestage Farms, Inc.; and Prestage Foods, Inc.**

/s/Tiffany Rider Rohrbaugh
Tiffany Rider Rohrbaugh (*pro hac vice*)
Allison M. Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER, LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
trider@axinn.com
avissichelli@axinn.com

Jarod Taylor *(pro hac vice)*
AXINN, VELTROP & HARKRIDER, LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8109
Facsimile: (860) 275-8101
jtaylor@axinn.com

Jordan M. Tank
LIPE LYONS MURPHY NAHRSTADT & PONTIKIS, LTD.
230 West Monroe Street, Suite 2260
Chicago, IL 60606

jarod.bona@bonalawpc.com

James F. Lerner (*pro hac vice*)
BONA LAW PC
41 Madison Ave., Suite 2509
New York, NY 10010
Telephone: (212) 634-6861
james.lerner@bonalawpc.com

**Counsel for Defendants Foster Farms, LLC and Foster Poultry Farms LLC**

*/s/ Gregory G. Wrobel*
Gregory G. Wrobel, Bar No. 03122900
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7500
gwrobel@vedderprice.com

Henry W. Jones, Jr. (*pro hac vice*)
JORDAN PRICE WALL GRAY
JONES & CARLTON, PLLC
1951 Clark Avenue
Raleigh, NC 27605
Telephone: (919) 828-2501
hjones@jordanprice.com

**Counsel for Defendant House of Raeford Farms, Inc.**

Telephone: (312) 702-0586
jmt@lipelyons.com

**Counsel for Defendants Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; Tyson Prepared Foods, Inc.; and The Hillshire Brands Company**

*/s/ William L. Monts III*
Jacob D. Koering
MILLER, CANFIELD, PADDOCK & STONE, PLC
225 West Washington Avenue, Suite 2600
Chicago, IL 60606
Telephone: (312) 460-4272
koering@millercanfield.com

William L. Monts III (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

**Counsel for Defendant Agri Stats, Inc.**

## **CERTIFICATE OF SERVICE**

I certify that, on January 8, 2026, the foregoing Defendants' Joint Motion for Summary Judgment was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

                                                    */s/ Emily E. Chow*