IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In Re Turkey Antitrust Litigation* <br><br> This Document Relates To: <br><br> *Amory Investments, LLC v. Agri Stats et. al.,* No. 21-cv-06600 <br><br> *Aramark Food and Support Services Group, Inc. v. Agri Stats, Inc. et al.,* No 1:23-cv-4404 <br><br> *Carina Ventures LLC v. Agri Stats, Inc., et al.* No. 1:23-cv-16948 <br><br> *Winn-Dixie Stores, Inc. and Bi-Lo Holdings, Inc. v. Agri Stats, Inc., et al.,* No. 1:21-cv-04131 | Case No. 19-cv-8318 <br><br> Hon. Sunil R. Harjani <br> Hon. Keri L. Holleb Hotaling <br><br> **DEFENDANT COOPER FARMS, INC.'S MOTION FOR SUMMARY JUDGMENT AS TO ALL DIRECT ACTION PLAINTIFFS ("DAPS")** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Cooper Farms, Inc. ("Cooper Farms") respectfully moves this Court for summary judgment on all claims brought by Plaintiffs Amory Investments, LLC ("Amory), Aramark Food and Support Services Group, Inc. ("Aramark"), Carina Ventures LLC ("Carina"), Winn-Dixie Stores, Inc. ("Winn-Dixie"), and Bi-Lo Holdings, Inc. ("Bi-Lo") (collectively "Direct Action Plaintiffs" or "DAPs")[1] against Cooper Farms.

---

[1] *See* Doc. 379, Winn-Dixie & Bi-Lo's 1st Am. Compl.; *Aramark Food & Supp. Servs. Grp. v. Butterball LLC*, No. 23-cv-4404, Doc. 7, Aramark's Am. Compl. (Nov. 18, 2023); *Amory Invs. LLC v. Agri Stats, Inc.*, No. 1:21-cv-06600, Doc. 1, Amory's Compl. (Dec. 9, 2021); *Carina Ventures LLC v. Agri Stats, Inc.*, No. 4:23-cv-02685, Doc. 112, Carina's Am. Compl. (Dec. 1, 2023). The two certified plaintiff classes are no longer pending as to Cooper Farms. *See* Docs. 1355 & 1476 (Orders granting final approval of

In support of the motion, Cooper Farms will file on or before January 12, 2026 (i) a memorandum of law, (ii) a statement of undisputed facts, in accordance with Local Rule 56.1, and (iii) an appendix of exhibits with supporting exhibits, in accordance with the Court's Order Concerning Summary Judgment Proceedings. (Doc. 1426 (Oct. 2, 2025)).

Dated: January 9, 2026                                    Respectfully submitted,

*/s/ Jennifer A.L. Battle*
Jennifer A.L. Battle (admitted *pro hac vice*)
Theodore M. Munsell
Jill Rogers Spiker
Joel E. Sechler
CARPENTER LIPPS LLP
280 North High Street Suite 1300
Columbus, OH 43215
(614) 365-4100
Battle@carpenterlipps.com
Munsell@carpenterlipps.com
Spiker@carpenterlipps.com
Sechler@carpenterlipps.com

Michael L. McCluggage
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Ave, Suite 1100
Chicago, IL 60604
(312) 660-7600
Mmcluggage@eimerstahl.com
Dbirk@eimerstahl.com

*Counsel for Cooper Farms, Inc.*

---

settlements and final judgment as to the claims brought by Direct Purchaser Plaintiffs and Commercial and Institutional Indirect Purchaser Plaintiffs against, *inter alia*, Cooper Farms).

**CERTIFICATE OF SERVICE**

I certify that, on January 9, 2026, the foregoing Defendant Cooper Farms, Inc.'s Motion for Summary Judgment as to All Direct Action Plaintiffs was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

*/s/ Jennifer A.L. Battle*