**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

***IN RE TURKEY ANTITRUST LITIGATION***

This Document Relates To:

*Winn-Dixie Stores, Inc. et al v. Agri Stats, Inc. et al.*, No. 21-cv-04131;

*Amory Investments LLC v. Agri Stats, Inc. et al.*, No. 19-cv-00660;

*Aramark Food and Support Services Group, Inc. v Butterball LLC et al.*, No. 23-cv-04404; and

*Carina Ventures LLC v. Agri Stats, Inc. et al.*, No. 23-cv-16948

No. 19-cv-08318

Hon. Sunil R. Harjani
Hon. Keri L. Holleb Hotaling

**DEFENDANT FARBEST FOODS, INC.'S MOTION FOR SUMMARY JUDGMENT TO DISMISS DIRECT-ACTION PLAINTIFFS' COMPLAINTS**

Defendant Farbest Foods, Inc. ("Farbest"), by its attorneys, respectfully moves this Court for entry of an Order granting it summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on all claims brought against Farbest by Plaintiffs[1] in the above-captioned matters.

In support of this motion, Farbest will file on or before January 12, 2026: (i) a memorandum of law; (ii) a Local Rule 56.1 statement of undisputed material facts; and (iii) an appendix of exhibits with supporting exhibits, in accordance with the Court's Order Concerning Summary Judgment Proceedings (ECF 1426, dated Oct. 2, 2025).

[1] Farbest has settled with the Direct Purchaser Plaintiff and Commercial Indirect and Institutional Purchaser Plaintiff classes. *See* ECF 1355, 1476. Therefore, Farbest's Motion, Memorandum of Law in Support, and other supporting papers apply only to the direct action cases (captioned above) that have been consolidated into *In re Turkey Antitrust Litigation.*

Dated: January 9, 2026

Respectfully submitted,

/s/ *Gaspare J. Bono*
Gaspare J. Bono
Leslie A. Barry
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500
gap.bono@dentons.com
leslie.barry@dentons.com

Adam J. Wallstein
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
adam.wallstein@dentons.com

*Attorneys for Farbest Foods, Inc.*