**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Aramark Food and Support Services Group, Inc. v. Butterball LLC et al.*, No. 23-cv-04404,<br><br>and<br><br>*Winn-Dixie Stores, Inc. et al. v. Agri Stats, Inc. et al.*, No. 21-cv-04131 | Civil Action No. 19-cv-08318<br><br>Hon. Sunil R. Harjani<br>Hon. Keri L. Holleb Hotaling |

**DEFENDANT CARGILL'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation (together, "Cargill") respectfully move the Court for summary judgment on all claims brought by Direct Action Plaintiffs Winn-Dixie Stores, Inc, Bi-Lo Holding, LLC, and Aramark Food & Support Services Group, Inc.

In support of this motion, Cargill will file by January 12, 2026 (i) a memorandum of law, (ii) a Local Rule 56.1 statement of undisputed facts, and (iii) a declaration and appendix with supporting exhibits.

Dated: January 9, 2026

Respectfully submitted,

*/s/ Britt M. Miller*
Britt M. Miller
Matthew D. Provance
Timothy B. Leake
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com
tleake@mayerbrown.com

Rachel J. Lamorte (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3262
rlamorte@mayerbrown.com

X. Kevin Zhao
Davida S. Williams
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
kzhao@greeneespel.com
dwilliams@greeneespel.com

*Counsel for Cargill, Incorporated and Cargill Meat Solutions Corporation*