**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:19-cv-08318<br><br>Honorable Sunil R. Harjani<br>Honorable Keri L. Holleb Hotaling |

**DEFENDANTS AGRI STATS, INC.'S AND EXPRESS MARKETS, INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Agri Stats, Inc. and Express Markets, Inc. (collectively, "Agri Stats Defendants") respectfully move this Court for summary judgment on all claims brought by all Plaintiffs.

In support of their Individual Motion for Summary Judgment, Agri Stats Defendants will file on or before January 12, 2026 (1) a memorandum of law; (2) a statement of undisputed material facts, in accordance with Local Rule 56.1(a); and (3) an appendix of exhibits with supporting exhibits, in accordance with the Court's Order Concerning Summary Judgment Proceedings (Dkt. No. 1426 (Oct. 2, 2025)).

Dated: January 9, 2026

Respectfully submitted,

*_/s/ Justin W. Bernick_*
Justin W. Bernick
William L. Monts, III
Liam E. Phibbs
**HOGAN LOVELLS US LLP**
555 13th St. NW
Washington, DC 20004
(202) 537-5600
justin.bernick@hoganlovells.com
William.monts@hoganlovells.com
liam.phibbs@hoganlovells.com

*Counsel for Defendants Agri Stats, Inc. and Express Markets, Inc.*

**CERTIFICATE OF SERVICE**

I certify that, on January 9, 2026, the foregoing Defendants Agri Stats, Inc.'s and Express Markets, Inc.'s Motion for Summary Judgment was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

*/s/ Justin W. Bernick*
Justin W. Bernick