**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>*Direct Purchaser Plaintiff Action*;<br><br>*Winn-Dixie, Inc., et al. v. Agri Stats, et al.*;<br><br>*Aramark Food and Support Services Group, Inc. v. Butterball LLC, et al.*;<br><br>*Amory Investments LLC v. Agri Stats, Inc., et al.*;<br><br>*Carina Ventures LLC v. Agri Stats, Inc., et al.* | Civil Action No. 1:19-cv-08318<br><br>Hon. Sunil R. Harjani<br><br>Hon. Keri L. Holleb Hotaling |

**HOUSE OF RAEFORD FARMS, INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant House of Raeford Farms, Inc. ("HRF"), by its attorneys, respectfully moves this Court for entry of an Order granting it summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on all claims brought against HRF by Plaintiffs[1] in the above-captioned matters.

In support of this motion, HRF will file on or before January 12, 2026: (i) a memorandum of law; (ii) a Local Rule 56.1 statement of undisputed material facts; and (iii) an appendix of exhibits with supporting exhibits, in accordance with the Court's Order Concerning Summary Judgment Proceedings (ECF 1426, dated Oct. 2, 2025).

[1] HRF has reached a settlement in principle with the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs"). Accordingly, for the purposes of this motion, "Plaintiffs" does not include the CIIPPs.

Dated: January 9, 2026

Respectfully Submitted,

*/s/ Gregory G. Wrobel*
Gregory G. Wrobel, Bar No. 03122900
Eric Hyla, Bar No. 6341683
Kathryn E. Pilling, Bar No. 6346212
gwrobel@vedderprice.com
ehyla@vedderprice.com
kpilling@vedderprice.com
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

Henry W. Jones, Jr. (admitted *pro hac vice*)
hjones@jordanprice.com
Jordan Price Wall Gray Jones & Carlton, PLLC
2710 Wycliff Road, Suite 310
Raleigh, North Carolina 27607
Telephone: (919) 828-2501
Facsimile: (919) 834-8447

***Attorneys for Defendant House of Raeford Farms, Inc.***

**CERTIFICATE OF SERVICE**

I certify that, on January 9, 2026, the foregoing House of Raeford Farms, Inc.'s Motion for Summary Judgment was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

*/s/ Gregory G. Wrobel*