**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE TURKEY ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>*Amory Invs. LLC v. Agri Stats, Inc. et al.*, No. 1:21-cv-06600;<br><br>*Carina Ventures LLC v. Agri Stats, Inc. et al.*, No. 4:23-cv-02685; and<br><br>*Winn-Dixie, Inc. & Bi-Lo Holding, LLC v. Agri Stats, Inc. et al.*, No. 1:21-cv-04131 | Case No. 19-cv-08318<br><br>Hon. Sunil R. Harjani<br><br>Hon. Keri L. Holleb Hotaling |

**DEFENDANTS TYSON FOODS, INC.; TYSON FRESH MEATS, INC.; TYSON PREPARED FOODS, INC.; AND THE HILLSHIRE BRANDS COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., and Tyson Prepared Foods, Inc. (collectively, "Tyson") and Defendant The Hillshire Brands Company ("Hillshire") hereby move this Court to grant summary judgment in their favor as to all claims asserted against them by Direct Action Plaintiffs Winn-Dixie Stores, Inc.; Bi-Lo Holding, LLC; Amory Investments LLC; and Carina Ventures LLC in the above-captioned matters ("Motion").[1]

In support of this Motion, Tyson and Hillshire will file on or before January 12, 2026 (i) a memorandum of law; (ii) a statement of undisputed material facts, in accordance with Local Rule

[1] Tyson and Hillshire have settled with the Direct Purchaser Plaintiff Class and Commercial Indirect and Institutional Purchaser Plaintiff Class. (*See* Docs. 406, 433). Direct Action Plaintiff Aramark Food and Services Support Group, Inc. does not name any Tyson or Hillshire entity as a defendant. (*See Aramark Food & Supp. Servs. Grp. v. Butterball LLC*, No. 23-cv-04404, Doc. 7, Am. Compl. ¶ 54.) Therefore, Tyson and Hillshire's Motion and the Motion's supporting papers apply only to the direct action cases captioned above, which have been consolidated into *In re Turkey Antitrust Litigation*, No. 19-cv-08318.

56.1; and (iii) an appendix with supporting exhibits, in accordance with the Court's October 2, 2025 Order Concerning Summary Judgment Proceedings (Doc. 1426).

Dated: January 11, 2026

Respectfully submitted,

*/s/ Tiffany Rider Rohrbaugh*

Tiffany Rider Rohrbaugh (*pro hac vice*)
Allison M. Vissichelli (*pro hac vice*)
AXINN, VELTROP & HARKRIDER, LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
trider@axinn.com
avissichelli@axinn.com

Jarod Taylor (*pro hac vice*)
AXINN, VELTROP & HARKRIDER, LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101
jtaylor@axinn.com

Jordan M. Tank
LIPE LYONS MURPHY NAHRSTADT &
PONTIKIS, LTD.
230 West Monroe Street, Suite 2260
Chicago, IL 60606
Telephone: (312) 702-0586
jmt@lipelyons.com

*Counsel for Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; Tyson Prepared Foods, Inc.; and The Hillshire Brands Company*