**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE TURKEY ANTITRUST LITGATION, | Case No.: 1:19-cv-08318 |
| This Document Relates To: | Hon. Sunil R. Harjani<br>Hon. Keri L Holleb Hotaling |
| THE DIRECT PURCHASER PLAINTIFF ACTION | |

**DIRECT PURCHASER PLAINTIFFS' NOTICE OF SETTLEMENT WITH**
**DEFENDANT AGRI STATS, INC.**

Direct Purchaser Plaintiffs respectfully notify the Court that they have reached an agreement with Defendant Agri Stats, Inc. to settle all claims against Defendant Agri Stats, Inc. Consistent with the Parties' agreement, Direct Purchaser Plaintiffs will move for preliminary – and, ultimately, final – approval of the proposed settlement in the near future.

Dated: March 13, 2026

Respectfully submitted,

*/s/ Shana E. Scarlett*
Shana E. Scarlett
Rio S. Pierce
Abby R. Wolf
Sarah E. Dupree
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com
abbyw@hbsslaw.com
sarah.dupree@hbsslaw.com

Steve Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 North Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone:  (708) 628-4949
steve@hbsslaw.com
breanna@hbsslaw.com


*/s/ Brian D. Clark*
W. Joseph Bruckner (MN #147758)
Brian D. Clark (IL #6350416)
Simeon A. Morbey (MN #0391338)
Olivia T. Levinson (MN #0402953)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Telephone: (612) 339-6900
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
otlevinson@locklaw.com


***Co-Lead Counsel for Direct Purchaser Plaintiff Class***

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on March 13, 2026 a true and correct copy of the foregoing was electronically filed through the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

Dated: March 13, 2026

_/s/ Shana E. Scarlett_
Shana E. Scarlett