**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* | NO. 19-CV-08318 |
| THIS DOCUMENT RELATES TO: | HON. SUNIL R. HARJANI |
| COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION | HON. KERI L. HOLLEB HOTALING |

**UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' SETTLEMENT WITH HOUSE OF RAEFORD FARMS, INC.**

PLEASE TAKE NOTE that the Commercial and Institutional Indirect Purchaser Plaintiffs hereby move the Court for an order granting their Uncontested Motion for Preliminary Approval of the Settlement Agreement with Defendant House of Raeford Farms, Inc.. This motion is based on this Motion, Federal Rule of Civil Procedure 23, the concurrently filed Memorandum of Law and supporting declaration and exhibit, and all other evidence and arguments presented in the briefings and at the hearing on this motion.

Dated: March 30, 2026

By: *Sterling Aldridge*

Sterling Aldridge (pro hac vice)
Don Barrett
Katherine Barrett Riley
**BARRETT LAW GROUP, P.A**.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
saldridge@barrettlawgroup.com
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Michael J. Flannery
**CUNEO GILBERT FLANNERY &
LADUCA, LLP**
Two CityPlace Drive
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Evelyn Yifei Riley (pro hac vice)
Cody McCracken (pro hac vice)
**CUNEO GILBERT FLANNERY &
LADUCA, LLP**
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

***Co-Lead Class Counsel for the Commercial
and Institutional Indirect Purchaser
Plaintiff Class***

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on March 30, 2026, a copy of the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

/s/ *Sterling Aldridge*
Sterling Aldridge