**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE TURKEY ANTITRUST LITIGATION* | Civil Action No. 19-cv-08318 |
| This Documents Relates To: | Hon. Sunil R. Harjani |
| | Hon. Keri L. Holleb Hotaling |
| *Direct Purchaser Plaintiff Actions* | |

**DIRECT PURCHASER PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH AGRI STATS, INC., APPROVAL OF THE MANNER AND FORM OF CLASS NOTICE PLAN, AND RELATED RELIEF**

PLEASE TAKE NOTICE that the Direct Purchaser Plaintiffs ("DPPs") hereby move the Court for an order granting their Unopposed Motion for Preliminary Approval of the Settlement Agreement with Agri Stats, Inc., Approval of the Manner and Form of the Class Notice Plan, and Related Relief. This motion is based on this notice of motion and motion, Federal Rule of Civil Procedure 23, the concurrently filed Memorandum of Law and supporting declaration and exhibits, and all other evidence and arguments presented in the briefings and at the hearing of this motion.

Dated: March 31, 2026             Respectfully submitted,

<table>
<tr><td>

*s/ Shana E. Scarlett*

Shana E. Scarlett
Rio S. Pierce
Abby R. Wolf
Sarah E. Dupree
**HAGENS BERMAN SOBOL
SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com
abbyw@hbsslaw.com
sarah.dupree@hbsslaw.com

Steve Berman
Breanna Van Engelen
**HAGENS BERMAN SOBOL
SHAPIRO LLP**
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
steve@hbsslaw.com
breannav@hbsslaw.com

***Co-Lead Counsel for the Direct Purchaser
Plaintiff Class***

</td><td>

*s/ Brian D. Clark*

Brian D. Clark (IL #6350416)
W. Joseph Bruckner (MN #147758)
Simeon A. Morbey (MN #0391338)
Steve E. Serdikoff (PA #86773)
Olivia T. Levinson (MN #0402953)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
bdclark@locklaw.com
wjbruckner@locklaw.com
samorbey@locklaw.com
seserdikoff@locklaw.com
otlevinson@locklaw.com

</td></tr>
</table>

2