**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

John Gross and Company, Inc., et al.

                            Plaintiff,

v.

Agri Stats, Inc., et al.

                           Defendant.

Case No.: 1:19–cv–08318
Honorable Sunil R. Harjani

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

       MINUTE entry before the Honorable Sunil R. Harjani: Motion hearing held by telephone. For the reasons stated on the record and the absence of any objectors, the Court finds on preliminary review that the proposed settlement is within the range of possible approval and is at the preliminary stage, fair, reasonable, and adequate. As a result, the Direct Purchaser Plaintiffs ("DPPs") unopposed motion for preliminary approval of settlement with Agri Stats, Inc., approval of the manner and form of class notice plan, and related relief [1772] is granted. Final fairness hearing is set for 9/8/2026 at 10:00 a.m. via videoconference. The Court does not permit the use of cell phones for the videoconference Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The call–in number is (312) 646–0998 and the access code is 923 906 420#. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.