**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE TURKEY ANTITRUST LITIGATION

This Document Relates To:

COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION (Case No. 1:20-cv-02295)

Case No.: 1:19-cv-08318

Hon. Sunil R. Harjani
Hon. Keri L Holleb Hotaling

**COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' NOTICE OF SETTLEMENT WITH DEFENDANTS HORMEL FOODS CORPORATION AND JENNIE-O TURKEY STORE, INC.**

Commercial and Institutional Purchaser Plaintiffs respectfully notify the Court that they have reached an agreement with Defendants Hormel Foods Corporation and Jennie-O Turkey Store, Inc. (together "JOTS") to settle all claims against JOTS. The parties are working to finalize and document all the terms of that agreement, which is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23.

Consistent with the Parties' agreement, Commercial and Institutional Indirect Purchaser Plaintiffs will move for preliminary – and, ultimately, final – approval of a proposed settlement in the near future.

Dated: October 16, 2026

Respectfully submitted,

*/s/ Sterling Aldridge*

Sarah Sterling Aldridge (*pro hac vice*)
John W. ("Don") Barrett (*pro hac vice*)
Katherine Barrett Riley (*pro hac vice*)
**BARRETT LAW GROUP, P.A.**
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628

saldridge@barrettlawgroup.com
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

Michael J. Flannery
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
Two CityPlace Drive Second Floor
St. Louis, MO 63141 Tel: (314) 226-1015
mflannery@cuneolaw.com

Evelyn Riley *(pro hac vice)*
Cody McCracken *(pro hac vice)*
**CUNEO GILBERT & FLANNERY LADUCA, LLP**
2445 M St. NW, Suite 740
Washington, D.C. 20037
Tel: (202) 789-3960
Fax: (202) 789-1813
evelyn@cuneolaw.com cmccracken@cuneolaw.com

***Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiff Class***

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 16, 2026 a true and correct copy of the foregoing was electronically filed through the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/ Sterling Aldridge*
Sterling Aldridge